UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRED L. NANCE, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 22 C 3861 |
| v. | ) | |
| | ) | Judge Alonso |
| UNITED STATES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO DISMISS
OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

Defendants, United States and U.S. Department of Justice, by their attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby move to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6), or alternatively under Rule 56 for summary judgment in favor of the defendants because there are no genuine issues of material fact, and because defendants are entitled to judgment as a matter of law. In support, defendants submit a memorandum of law, defendants' Local Rule 56.1 Statement of Material Facts, and a notice to *pro se* litigants, herewith.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Kurt N. Lindland
KURT N. LINDLAND
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4163
kurt.lindland@usdoj.gov