**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Fred L. Nance Jr

                     Plaintiff,

v.                                             Case No.: 1:22–cv–03861
                                                   Honorable Jorge L. Alonso

United States, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 14, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's response to Defendant's motion to dismiss or alternatively for summary judgment [6] shall be filed by 11/14/22; Defendant's reply shall be filed by 11/28/22. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.