# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| FRED L NANCE JR | ) | |
| | ) | CASE # 22 CV 3861 |
| PLAINTIFF | ) | |
| | ) | HONORABLE JUDGE |
| VS | ) | JORGE L ALONSO |
| | ) | HONORABLE MAGISTRATE JUDGE: |
| UNITED STATES, et al. | ) | BETH W. JANTZ |
| | ) | |
| DEFENDANTS. | ) | Courtroom: 1903 |

## NOTICE OF FILING

KURT N. LINDLAND
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4163
kurt.lindland@usdoj.gov

 PLEASE TAKE NOTICE THAT on November 14, 2022, Plaintiff filed: Response to Motion to Dismiss and Summary Judgment; Response to Defendants Material Facts; Memorandum of Law; Additional Material Facts; Motion Pursuant to Rule 26 and 56(d); Rule 26 and 56(d) Affidavit; and a Table of Exhibits.

## CERTIFICATE OF SERVICE

 I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing Response to Motion to Dismiss and Summary Judgment; Response to Defendants Material Facts; Memorandum of Law; Additional Material Facts; Motion Pursuant to Rule 26 and 56(d); Rule 26 and 56(d) Affidavit; and a Table of Exhibits by causing a true and correct copy of the same to be sent by operation of the court.

**Dated: November 14, 2022**

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395 frednance@clickservices.org