## Second Chance Act - Misappropriation of Funds

From: Fred Nance Jr., Ph.D. (frednance@clickservices.org)

To: tbacpa52@yahoo.com

Cc: frednance@clickservices.org

Date: Wednesday, April 8, 2020, 11:37 AM CDT

Mr. Bradley:

Good afternoon. This is a courtesy email and report before I alert the Department of Justice. You are the accountant for the Second Chance Act (SCA) grant #2018-CY-BX-0025. EMAGES Inc. and C.L.I.C.K. Services, NFP are partners on this grant pursuant to the approved proposal submitted on May 1, 2018. Dr. Hattie Wash is the CEO of EMAGES. I, Dr. Fred L. Nance Jr., am the President & CEO of C.L.I.C.K. I am the Program Director for this grant. I believe a misappropriation of funds has occurred with this SCA grant.

As Program Director, you provide me with a monthly "Drawdown" of available funds for this grant. On the "Drawdown" sheet for March 30, 2020, it reports Dorothy Collins received $880.00 for pay period March 9, 2020 thru March 23, 2020. Dorothy Collins has not worked for this grant since resigning in January 2020. How long has their been a Drawdown of funds for Dorothy Collins since her resigning in January of 2020? I posed this question to Dr. Wash and she did not respond. Please respond. Thank you.

/s/Dr. Fred Nance Jr., PhD
Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


3.30.20 EMAGES Drawdown from OJP.pdf
282.7kB