## COVID-19 Pandemic Coverage

From: Hattie Wash (washhattie@gmail.com)

To: jwilliams@air.org; frednance@clickservices.org; daniel_jean716@yahoo.com

Date: Thursday, April 9, 2020, 12:57 PM CDT

Hello Mr. Williams:
Per your request following our conference call on Tuesday April 7, 2020, I am providing you a summary of how EMAGES Ma'at program is handling the pandemic crisis.

Out of the seven groups that we proposed to develop for our trauma and mentoring curriculum five of them are currently active. Services were continued in an attempt to keep clients involved with the program. Two groups one at Cook County Jail and one at the Special Needs unit of the Illinois Department of Correction outpatient program has been discontinued for the duration ofl the crisis. Consequently, in order not to comprise our research design. The second module of both the trauma and mentoring curriculum is being repeated to the five groups located at EMAGES.

The modality that is being used for group services is Teleheath. Each group member is provided a call in number with an access code that allow them to enter the group. All clients are encouraged to call in but a few clients are coming in. These clients are put in a separate room where they are able to enter the session either by their phones or an agency phone. Over all attendance to these sessions has been good.

I am forwarding you the email that was sent to staff. Let me know if additional information is required.
Thanks
Dr. Wash