## Incident# 522329 is assigned to Justice Grants Service Desk

From: justgrants.support@usdoj.gov

To: gmshdcomm@ojp.usdoj.gov

Cc: ████████████████

Date: Tuesday, April 27, 2021, 10:36 PM CDT

Hello,

The following Incident has been assigned to Justice Grants Service Desk:

| | |
|---|---|
| **Incident #** | **522329** |
| Summary: | BJA FY 21 SCA Community Based Reentry Program |
| Customer Name: | Fred Nance |

**Description**

I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.

I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen. IT DOES MATCH!!!

PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
████████████████

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

JustGrants Service Desk
U.S. Department of Justice (DOJ)
Phone: 1-833-872-5175
Email: JustGrants.Support@usdoj.gov
Service Desk Hours:
Monday - Friday 5am-9pm
Saturday, Sunday, and Federal holidays 9am-5pm

**Errors:**
- Federal Estimated Funding: The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen.

## Standard Applicant Information

### Project Information

| Project Title | Proposed Project Start Date | Proposed Project End Date |
|---|---|---|
| Trenstr Project | 10/1/21 | 9/30/24 |

| Federal Estimated Funding (Federal Share) | Applicant Estimated Funding (Non-Federal Share) | Program Income Estimated Funding |
|---|---|---|
| 750000 | —— | 750000 |

| Total Estimated Funding | | |
|---|---|---|
| 750000 | | |

**Areas Affected by Project (Cities, Counties, States, etc.)**

| Chicago |
|---|
| Cook County |
| Illinois |

### Type Of Applicant

**Type of Applicant 1: Select Applicant Type:**
M: Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

**Type of Applicant 2: Select Applicant Type:**
——

**Type of Applicant 3: Select Applicant Type:**
——

**Other (specify):**
——

### Application Submitter Contact Information

**Application POC Prefix Name**
Dr.

| Application POC First Name | Application POC Middle Name | Application POC Last Name |
|---|---|---|
| Fred | Lee | Nance |

**Application POC Suffix Name**
Jr.

| Organizational Affiliation | Title | Email ID |
|---|---|---|
| —— | President & CEO | f█████████████ |

| Phone Number | Fax Number | |
|---|---|---|

5/3/2021
Case: 1:22-cv-03861 Document #: 41-1 Filed: 11/14/22 Page 3 of 25 PageID #:294
Incident# 522349 has been logged for you

# Incident# 522349 has been logged for you

From:  justgrants.support@usdoj.gov

To:  ██████████████

Date:  Wednesday, April 28, 2021, 06:24 AM CDT

Greetings,

Thank you for contacting the Justice Grants Service Desk.
We have recorded your request for service and established incident # 522349 for tracking and future reference.

 **Description**

Fred Nance Jr. is the Application Submitter wanted to report he was not able to submit his application due to the error  Federal Estimated funding  (federal share)  in the Standard application screen does not match the federal funds in the consolidated category summary screen..  Stated numbers do match.  Also mentioned that he notified the helpdesk at 6:30pm and was on hold for 2.5 hours and received a message currently having system problem and to call back.  Stated he currently have a incident number 522329

If you need additional assistance please contact the Justice Grants Service Desk at 1-833-872-5175
Thank you,

JustGrants Service Desk
U.S. Department of Justice (DOJ)
Phone: 1-833-872-5175
Email: JustGrants.Support@usdoj.gov
Service Desk Hours:
Monday - Friday 5am-9pm
Saturday, Sunday, and Federal holidays 9am-5pm

## Incident# 522329 - Waiting for more information to resolve the issue

From: ojp.itservicedesk@usdoj.gov

To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: Wednesday, April 28, 2021, 09:31 AM CDT

Please note that the Escalation Clock has been **Paused** for the following Incident:

| | |
|---|---|
| **Incident #** | **522329** |
| Summary: | BJA FY 21 SCA Community Based Reentry Program |
| Customer Name: | Fred Nance |
| Location: | |
| Priority: | 3 |
| Status: | Waiting for Customer |
| Category: | JustGrants |
| Associate's name: | Al Roddy |

**Description**

I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.

I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen. IT DOES MATCH!!!

PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
▮▮▮▮▮▮▮▮▮▮

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

## Re: Fw: Incident# 522329 - BJA FY 21 SCA Community Based Reentry Program

From: grants@ncjrs.gov

To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: Wednesday, April 28, 2021, 11:00 AM CDT

Dear Fred,

Thank you for contacting the Response Center.

This e-mail is in reference to the technical issues you experienced while attempting to apply for the *Second Chance Act Community-Based Reentry Program* (BJA-2021-58002).

Applicants that experience unforeseen JustGrants technical issues beyond their control, which prevent them from submitting their application by the deadline, must contact the JustGrants User Support (https://justicegrants.usdoj.gov/user-support) or the SAM Help Desk (Federal Service Desk) at https://www.fsd.gov/gsafsd_sp to report the technical issue and receive a tracking number. The applicant must e-mail the OJP Response Center at grants@ncjrs.gov **by 11:59 pm Eastern on April 28, 2021 (within 24 hours after the application deadline)** to request approval to submit its application after the deadline. The e-mail to the OJP Response Center *must* include the following:

• Description of the technical difficulties experienced

• Complete timeline of the applicant's submission efforts

• Complete grant application (including all attachments)

• Applicant's DUNS number

• Any JustGrants or SAM tracking number(s)

**Note: OJP does not automatically approve requests to submit a late application.** After OJP reviews the applicant's request, and contacts the JustGrants or SAM Help Desk to verify the reported technical issues, OJP will inform the applicant whether the request to submit a late application has been approved or denied. If OJP determines that the untimely application submission was due to the applicant's failure to follow all required procedures, OJP will deny the applicant's request to submit its application.

The following conditions generally are insufficient to justify late submissions:

• Failure to register in SAM or JustGrants in sufficient time.

• Failure to follow JustGrants instructions on how to register and apply as posted on its website.

• Failure to follow each instruction in the OJP solicitation.

• Technical issues with the applicant's computer or information technology environment, such as issues with firewalls or browser incompatibility.

Please let us know if you have any further questions.

Thank you,

Ken Molter
**Customer Service Team Leader**

------------------------------------
Learn About Submitting an Application via JustGrants!

Please visit https://justicegrants.usdoj.gov/training-resources/justgrants-training/application-submission for additional information on the Application Submission Process in JustGrants. For the latest information and updates on DOJ's roll out of new grants management and payment management systems, sign up for JusticeGrants Updates emails from the COPS Office, OJP, and OVW at the following link:

https://public.govdelivery.com/accounts/USDOJOJP/subscriber/new?topic_id=USDOJOJP_586
*****************************************************

Disclaimer: The enclosed response may include referrals to non-Federal Government resources.
The resources, and the information contained therein, are only as reliable and complete as their originating source. Responsibility for the quality/accuracy of the information rests with the original source.

On 4/28/21 11:05 AM, Ph.D. Fred Nance Jr. wrote:

> Good morning. I received this information, which should have been disseminated so grant applicants for the BJA FY 21 Second Chance Act Community-Based Reentry Program would be aware of possible glitches in the system. Due to this glitch I experienced, I could not submit my grant application on April 27, 2021. Grant applicants not knowing this glitch was there are being disenfranchised and put at a disadvantaged for having their grant applications reviewed by BJA and Peer Reviewers. In the message below, it reports BJA "may" open grant applications due to this glitch. How can BJA not open up a grant application processes for this glitch, especially in my case because I submitted a complaint, incident #522329, before the deadline has passed? This is the information I submitted on April 27, 2021 before the grant application deadline.
>
> I submitted this message last night, April 27, 2021, regarding an JustGrants error message and system problems issue. I was given incident #522329. I was informed there is a glitch in your system as to the error message I received regarding the submission of my grant application. Please investigate and open my submission grant page up so I can submit my grant application for GRANT ███████. Thank you.
>
> This is the message I sent last evening, incident #522329:
>
> I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.
>
> I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen. IT DOES MATCH!!!
>
> PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).
>
> /s/Dr. Fred Nance Jr.
> Ph.D. Health & Human Services

Social Policy Analysis and Planning

████████████

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

----- Forwarded Message -----
**From:** JustGrants.Support@usdoj.gov <justgrants.support@usdoj.gov>
**To:** "████████████████████████████████>
**Sent:** Wednesday, April 28, 2021, 09:31:23 AM CDT
**Subject:** Incident# 522329 - BJA FY 21 SCA Community Based Reentry Program

DUNS #████████
Award #:████████████

Hello Dr. Nance,

  Per our phone conversation, since the application deadline has passed for this solicitation, please contact the Response Center with this ticket #522329 to let them know you missed the application deadline.  BJA will contact you if they determine that this solicitation should be reopened.  The attached instructions will assist you with entering the match amount correctly so you can submit this application if it is reopened by BJA.  If you have any additional match amount issues if the solicitation is reopened, you may open a new Helpdesk ticket so we can assist.  Please let me know if you have any questions before this ticket is closed.

Al Roddy
JustGrants Service Desk
U.S. Department of Justice (DOJ)
Phone: 1-833-872-5175
Email: JustGrants.Support@usdoj.gov
Service Desk Hours:
Monday - Friday 5am-9pm
Saturday, Sunday, and Federal holidays 9am-5pm

## Incident# 522698 has been logged for you

From: JustGrants.Support@usdoj.gov (justgrants.support@usdoj.gov)

To: ███████████████

Date: Wednesday, April 28, 2021, 12:39 PM CDT

Greetings,

Thank you for contacting the Justice Grants Service Desk.
We have recorded your request for service and established incident # 522698 for tracking and future reference.
**Description**
Good afternoon. I received the JustGrants document attached to regarding "Applicants that experience unforeseen JustGrants technical issues beyond their control, which prevent them from submitting their application by the deadline, must contact the JustGrants User Support...." Therefore, here is my statement. Pursuant to the document attached please send me a tracking number.

I received information, which should have been disseminated so grant applicants for the BJA FY 21 Second Chance Act Community-Based Reentry Program would be aware of possible glitches in the system. Due to this glitch I experienced, I could not submit my grant application on April 27, 2021. Grant applicants not knowing this glitch was there are being disenfranchised and put at a disadvantaged for having their grant applications reviewed by BJA and Peer Reviewers. In the message below, it reports BJA "may" open grant applications due to this glitch. How can BJA not open up a grant application processes for this glitch, especially in my case because I submitted a complaint, incident #522329, before the deadline has passed? This is the information I submitted on April 27, 2021 before the grant application deadline.

I submitted this message last night, April 27, 2021, regarding an JustGrants error message and system problems issue. I was given incident #522329. I was informed there is a glitch in your system as to the error message I received regarding the submission of my grant application. Please investigate and open my submission grant page up so I can submit my grant application for GRANT ██████. Thank you.

This is the message I sent last evening, incident #522329:

I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.

I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen. IT DOES MATCH!!!

PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).


/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
████████████

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally

privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

If you need additional assistance please contact the Justice Grants Service Desk at 1-833-872-5175
Thank you,

JustGrants Service Desk
U.S. Department of Justice (DOJ)
Phone: 1-833-872-5175
Email: JustGrants.Support@usdoj.gov
Service Desk Hours:
Monday - Friday 5am-9pm
Saturday, Sunday, and Federal holidays 9am-5pm

## JustGrants Glitches

From:   Dr. Fred L Nance Jr., Ph.D. ███████████████████)

To:     ████████████████████████████████████████████████
        ██████████████

Cc:     ███████████████████

Date:   Thursday, April 29, 2021, 01:56 PM CDT

Congressman Davis:

Good afternoon. I thought it would be important for me to share some information I was given regarding the glitches in JustGrants. Mr. Al Roddy, an Executive specialist (17 years) with JustGrants, shared the attached document with me. Mr. Roddy informed me many Second Chance Act grant applicants are having problems submitting their information because of the JustGrants glitches in their system; most notably, JustGrants is not informing grant applicants. Mr. Roddy stated to me he pulled my "incident report" from the system because he knew me. I did not know where he met me or how he knew me until this morning. As I was going through my incident reports to JustGrants, I came across an incident report in October of 2020 on my Whistleblower Act claims against DOJ. Mr. Roddy was assigned to my incident report. Mr. Roddy says he had a discussion with me. I do not remember it.

The issue I have attempting to submit my grant application was due to budget items not being presented appropriately in the JustGrants system, which was not my error. The glitch in their system caused the error. JustGrants staff have working knowledge of this glitch and failed to present the issues to grant applicants. Grant applicants can appeal, but how many will bother to go through the processes. The document attached, which was given to me, will solve my problems on appeal.

I have questions: How many grant applicants were disenfranchised and put at a disadvantaged due to glitches in the JustGrants system that JustGrants staff know exist? Since you are the principle author and designer of the Second Chance Act, how will your office handle this issue? I am going to stay in my lane on this one, no social media; as long as JustGrants re-opens my portal and allows me to submit my grant application. The glitch that caused the rejection of my grant application is embodied in the attachment here. I know now why the JustGrants system did not allow my grant application. Second Chance Act grant applicants are not aware of how to get around this budget glitch without this document.

On another note: I received an invite today to be a peer reviewer for the grant I am submitting. Of course, I accepted. My plan is to discuss this glitch issue during the peer consensus call that takes place after grading grant applications. I will not give up my source regarding this document. I will discuss it in an abstract sort of way on how to make things better for grant applicants and JustGrants. I know I cannot save the world, but I can damn sure try to save a few. Excuse my language. If you want to talk about this issue, I can verbally explain and walk you through the nonsense.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning



NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

4.28.21 Budget Summary Instructions for Match 4.26.21.pdf
135.5kB

**Consolidated Budget Summary Brief Instructions for OJP Match**

Applicants should first enter their budget costs in each category to arrive at a total project cost over the requested number of years. Total project costs entered across categories should include any anticipated federal funding, match, or program income.

At the very end of the budget in the consolidated budget, the applicants will then indicate the portion of the total project costs being requested as federal funding, match, and program income. The federal funds, match amount, and program income amount are all the proposed portion/percentage of the total project costs. (In other words, Federal Funds + Match Amount + Program Income Amount = Total Project Costs in the Consolidated Budget Summary.)

**There are two different potential views applicants may see to enter match into the consolidated budget summary: 1. OJP Multi-year consolidated budget summary that has different match amounts by years (page 2 below) or 2. OJP Multi-year consolidated budget summary that is just entered once/not different match amounts by years (page 3 below).**

After completing this budget detail summary, please confirm that the following final values entered in this section are identical to those entered in the corresponding estimated cost section of the Standard Applicant Information. Specifically, the following must be equivalent. If they are not, you will not be able to submit this application until they are updated to be equivalent (and could be updated in either the standard applicant information or in the budget).

| Standard Applicant Information | Equals | Budget Summary |
|---|---|---|
| Total Estimated Funding | = | Total Project Costs |
| Federal Estimated Funding (federal share) | = | Federal Funds |
| Applicant Estimated Funding (non-federal share) | = | Match Amount |
| Program Income Estimated Funding | = | Program Income Amount |

View of the fields in the Consolidated Budget Summary that must match the federal estimated funding, applicant estimated funding, and program income estimated funding in the standard applicant.

| Total Project Costs | $25,000.00 | $25,000.00 | $20,000.00 | | $70,000.00 | |
|---|---|---|---|---|---|---|

| | | Total | Percentage |
|---|---|---|---|
| Federal Funds | | | |
| Match Amount | | | |
| Program Income Amount | | | |

**View #1:**

**OJP Multi-year consolidated budget summary (different match amounts by years).**

If an applicant sees a view like this, then the applicant enters a match amount for each year of the budget.

If this is the view that applicants are seeing, then they should enter the match within each year (highlighted fields). The form will automatically total the match portion for the full project automatically (where it says "Match Amount" with the $30,000 highlighted above). That "match amount" for the full project costs ($30,000 below) will need to equal the value entered into the Applicant Estimated Funding (non-federal share) in the Standard Applicant Information section of the application in order to submit.



**View #2:**

**OJP Multi-year consolidated budget summary to enter match.**

If the applicant sees a view like this, they only enter the match amount one time for the total project costs. If this is the view that applicants are seeing, then they should enter the match directly in the match amount (highlighted below). That "match amount" for the full project costs will need to equal the value entered into the Applicant Estimated Funding (non-federal share) in the Standard Applicant Information section of the application in order to submit.

| | | | | |
|---|---|---|---|---|
| Total Direct Costs | $208,584.00 | $18,584.00 | $18,584.00 | $245,752.00 |
| Indirect Costs | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Project Costs** | $208,584.00 | $18,584.00 | $18,584.00 | **$245,752.00** |

| | Total | Percentage |
|---|---|---|
| Federal Funds | $45,652.00 | 19.00% |
| Match Amount | $200,100.00 | 81.00% |
| Program Income Amount | | |

Case: 1:22-cv-03861 Document #: 13-1 Filed: 11/14/22 Page 15 of 25 PageID #:306

General Services Administration Federal - Your Incident INC-GSAFSD5116394 has comments added

From:   General Services Administration Federal (gditshared@servicenowservices.com)

To:     ███████████████████

Date:   Wednesday, April 28, 2021, 01:10 PM CDT

# INC-GSAFSD5116394 - JustGrants Unforeseen Technical Issues

## Comments:

**2021-04-28 14:09:48 EDT - Savannah Rogers**                    Additional comments
Thank you for contacting the Federal Service Desk. I will be happy to assist you with your issue today. The issue you are having is with just grants and our help desk does not assist with that website therefore you will need to reach out to just grants. You registration in sam is showing active therefore the issue is with their site.
Knowledge article KB0016313: How do I find the status of an entity registration in SAM?
Your Incident number is INC-GSAFSD5116394
Please visit FSD.gov for instant access for information that may assist you.
Thank you,
Federal Service Desk

You can view all the details of the incident by following the link below:

Take me to the Incident

Thank you.

Ref:MSGPROD9057289_X74Q44Q0pDb5Rv9u

## General Services Administration Federal - Your incident INC-GSAFSD5116394 has been resolved

From:   General Services Administration Federal (gditshared@servicenowservices.com)

To:   ██████████████████

Date:   Wednesday, April 28, 2021, 01:10 PM CDT

# INC-GSAFSD5116394 - JustGrants Unforeseen Technical Issues

The incident will automatically close in 3 days

## Summary details

Resolved by: Savannah Rogers

Resolved notes: : Informed AEU their registration is sam is active therefore they will need to reach out to just grants help desk for them to resolve the issue

You can view all the details of the incident by following the link below:

Take me to the Incident

Thank you.

Unsubscribe | Notification Preferences

Ref:MSGPROD9057290_gvM76kDvBM8O8w4Q

Request Approval To Submit Grant Application After The Deadline 1st Email

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. ( ████████████████ ) |
| To: | grants@ncjrs.gov |
| Cc: | ████████████████████ |
| Date: | Wednesday, April 28, 2021, 04:16 PM CDT |

Good afternoon. C.L.I.C.K. Services, NFP's accountant for this grant application has a full-time job. This accountant will need to review the "Word" document issued by BJA Help Desk that is attached to see how it works with our grant application. Pursuant to the attached Response Center document, C.L.I.C.K. Services, NFP submits the following and possibly multiple emails because of the Response Center wanting the complete grant application documents/attachments:

Description of the technical difficulties experienced and Timeline of Applicant's Submission Efforts -

I received information, which should have been disseminated so grant applicants for the BJA FY 21 Second Chance Act Community-Based Reentry Program would be aware of possible glitches in the system. Due to this glitch I experienced, I could not submit my grant application on April 27, 2021. Grant applicants not knowing this glitch was there are being disenfranchised and put at a disadvantaged for having their grant applications reviewed by BJA and Peer Reviewers. In the message below, it reports BJA "may" open grant applications due to this glitch. How can BJA not open up a grant application processes for this glitch, especially in my case because I submitted a complaint, incident #522329, before the deadline has passed? This is the information I submitted on April 27, 2021 before the grant application deadline.

I submitted this message last night, April 27, 2021, regarding an JustGrants error message and system problems issue. I was given incident #522329. I was informed there is a glitch in your system as to the error message I received regarding the submission of my grant application. Please investigate and open my submission grant page up so I can submit my grant application for GRANT ██████████. Thank you.

This is the message I sent last evening, incident #522329:

I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.

I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen." IT DOES MATCH!!!

PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).

Complete Grant Application attached
Duns Number - ███████
New JustGrants Tracking Number - Incident #522698
SAM Tracking Number - INC-GSAFSD5116394

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
███████████

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

 4.28.21 Budget Summary Instructions for Match 4.26.21.docx
240.7kB

 Trenstr Project Abstract.pdf
106.2kB

 Trenstr Project Proposal.pdf
820kB

 Trenstr Project Timeline.pdf
304.7kB

 4.28.21 JustGrants and SAM Incident Reports.pdf
194.7kB

 Logic Model Abstract and Detail.pdf
407.5kB

 Resumes.pdf
1MB

 Trenstr Exhibits.pdf
3.6MB

 Mentoring and Trauma Curricula.pdf
3.5MB

 Other MOUs.pdf
4.4MB

## Incident# 524631 has been logged for you

From: justgrants.support@usdoj.gov

To: ▓▓▓▓▓▓▓▓▓▓▓▓

Date: Monday, May 3, 2021, 07:14 AM CDT

Greetings,

Thank you for contacting the Justice Grants Service Desk.
We have recorded your request for service and established incident # 524631 for tracking and future reference.
 **Description**
While under extreme duress, anxiety, and stress, C.L.I.C.K. Services, NFP (C.L.I.C.K.) is upgrading and filing
this complaint or "incident" pursuant to the Whistleblower Act. C.L.I.C.K. is filing these incident reports, again,
under the protection of the Whistleblower Act to prevent any retaliatory acts or nature thereof against this entity.
Exhibit A clearly shows why C.L.I.C.K.'s grant application was denied submission. Exhibit B clearly shows how
this JustGrants glitch/error could be corrected, which should have been provided to all grant applicants to avoid
what happened to C.L.I.C.K. JustGrants was aware of this particular glitch and did nothing to prevent or correct
it.

NCJRS sent C.L.I.C.K. the attached exhaustive list of things (labeled 4/30/21) needed because of what they call
"technical" errors. Is NCJRS suggesting or stating C.L.I.C.K. caused or is responsible for these "technical"
errors? NCJRS requested a list of things as if they are investigating C.L.I.C.K. instead of fixing the JustGrants
system. C.L.I.C.K. will not be the scapegoat in this mater. This is a public interest matter/case.

The email chain attached demonstrates C.L.I.C.K.'s duty reporting the error/glitch in a timely manner and its
attempt to correct the error, if given a chance, since obtaining Exhibit B. Yet, since reporting this glitch/error,
JustGrants is acting like this is rocket science; sending C.L.I.C.K. through this lengthy processes of proving the
glitch. C.L.I.C.K. needs to get this nonsense off its desk so it can concentrate on other business matters.
Wherefore, C.L.I.C.K. submits the following documentation attached to support its claims and request its grant
application portal re-opened as soon as possible so the processes of submitting is completed. Thank you.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
▓▓▓▓▓▓▓▓▓▓

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and
all attachments transmitted with it are intended solely for the use of the addressee and may contain legally
privileged and confidential information. If the reader of this message is not the intended recipient, or an
employee or agent responsible for delivering this email message to the intended recipient, you are hereby
notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly
prohibited. If you have received this email message and its attachments if any, in error, please notify the sender
immediately by replying to the message and please delete it from your computer. Thank you.

If you need additional assistance please contact the Justice Grants Service Desk at 1-833-872-5175
Thank you,

JustGrants Service Desk
U.S. Department of Justice (DOJ)
Phone: 1-833-872-5175
Email: JustGrants.Support@usdoj.gov
Service Desk Hours:
Monday - Friday 5am-9pm
Saturday, Sunday, and Federal holidays 9am-5pm

Incident# 524631 is closed.

From: JustGrants.Support@usdoj.gov (justgrants.support@usdoj.gov)

To: ▓▓▓▓▓▓▓▓▓▓▓▓▓

Date: Wednesday, May 5, 2021, 02:45 PM CDT

Greetings,

Your incident# 524631 has been closed.

If you need further assistance, please do not reply to this email. Instead, please open a new incident at one of the contact points listed below.
We are committed to providing excellent customer service. Customer feedback is an essential component of our continuous improvement plan.
Please provide your feedback by completing the attached customer satisfaction survey.

**Please click here to complete the customer satisfaction survey.**

**Description**
While under extreme duress, anxiety, and stress, C.L.I.C.K. Services, NFP (C.L.I.C.K.) is upgrading and filing this complaint or "incident" pursuant to the Whistleblower Act. C.L.I.C.K. is filing these incident reports, again, under the protection of the Whistleblower Act to prevent any retaliatory acts or nature thereof against this entity. Exhibit A clearly shows why C.L.I.C.K.'s grant application was denied submission. Exhibit B clearly shows how this JustGrants glitch/error could be corrected, which should have been provided to all grant applicants to avoid what happened to C.L.I.C.K. JustGrants was aware of this particular glitch and did nothing to prevent or correct it.

NCJRS sent C.L.I.C.K. the attached exhaustive list of things (labeled 4/30/21) needed because of what they call "technical" errors. Is NCJRS suggesting or stating C.L.I.C.K. caused or is responsible for these "technical" errors? NCJRS requested a list of things as if they are investigating C.L.I.C.K. instead of fixing the JustGrants system. C.L.I.C.K. will not be the scapegoat in this mater. This is a public interest matter/case.

The email chain attached demonstrates C.L.I.C.K.'s duty reporting the error/glitch in a timely manner and its attempt to correct the error, if given a chance, since obtaining Exhibit B. Yet, since reporting this glitch/error, JustGrants is acting like this is rocket science; sending C.L.I.C.K. through this lengthy processes of proving the glitch. C.L.I.C.K. needs to get this nonsense off its desk so it can concentrate on other business matters. Wherefore, C.L.I.C.K. submits the following documentation attached to support its claims and request its grant application portal re-opened as soon as possible so the processes of submitting is completed. Thank you.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
▓▓▓▓▓▓▓▓▓▓▓▓

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

**Resolution**
junk email

Thank you,

JustGrants Service Desk
U.S. Department of Justice (DOJ)
Phone: 1-833-872-5175
Email: JustGrants.Support@usdoj.gov
Service Desk Hours:
Monday - Friday 5am-9pm
Saturday, Sunday, and Federal holidays 9am-5pm

## Re: Response to your grant inquiry from the National Criminal Justice Reference Service (NCJRS)

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. ███████████████ ) |
| To: | grants@ncjrs.gov |
| Cc: | ██████████████ |
| Date: | Wednesday, May 5, 2021, 07:48 PM CDT |

This delay in making a decision to open up my grant application so I can submit it is discriminating and disenfranchising me. I have been on Congressman Danny K. Davis' Second Chance Act Advisory Committee since 2007. I assisted in developing the language for the Second Chance Act Bill signed by President Bush on April 10, 2008. I have been a Peer Reviewer for Second Chance Act grants since 2009, examining and grading over 100 grant applications. I am considered for peer reviewing the BJA FY 21 Second Chance Act Community-Based Reentry Program solicitation, which I am aware I cannot peer review my own grant application or grant applications of individuals I may have a personal or professional relationship.

My tentative peer reviewer orientation call for this Second Chance Act solicitation is June 4, 2021. Peer Reviewers will received grant proposals after the orientation call. Before a peer reviewer orientation call, BJA conducts their preliminary review of all grant applications to see if they meet the minimum requirement to proceed to Peer Review. This is happening now!

The decision to open up my grant application in JustGrants should have happened days ago. The evidence I presented on April 27th and 28th for opening my grant application up is overwhelming. This is why I am reporting JustGrants is discriminating and disenfranchising C.L.I.C.K. Services, NFP. This violates DOJ, BJA, OJP discrimination policies.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
████████████████

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Wednesday, May 5, 2021, 05:04:56 PM CDT, <grants@ncjrs.gov> wrote:

Dear Sir or Madam,

The Response Center has received your request regarding Office of Justice Programs (OJP) funding, and it is

currently being processed. You should receive a response from an Information Specialist within one working day, depending on the complexity of your request.

Thank you.

----------

UPCOMING JUSTGRANTS SITE MAINTENANCE

Due to planned DOJ financial management system upgrades, the Justice Grants System (JustGrants) will be unavailable for users from Friday, May 7, 2021 at 5:30 p.m. ET to Wednesday, May 12, 2021 at 5:30 a.m. ET.

During this time, no grants management or application submission activities will be accessible in JustGrants. If you attempt to access the system, you will receive a service dashboard message.

Access to JustGrants will be restored once the system is back online after 5:30 a.m. ET on May 12, 2021.

To prepare for the system outage, it is advised that any time-sensitive action that needs to be completed in JustGrants is done as soon as possible. Any work on applications that is saved prior to the system being taken offline on May 7, 2021 at 5:30 p.m. will not be lost.


----- Original Message -----
From: "Dr. Fred L Nance Jr., Ph.D." ███████████████████>
Sent: Wednesday, May 5, 2021 9:54:36 PM GMT
Subject: Re: Incident# 522329 - BJA FY 21 SCA Community Based Reentry Program

>Mr. Ken Molter:
>Good evening. When are you and/or your team going to open my grant application so I can submit it? I submitted sufficient documentation on April 28, 2021, as instructed by your email above, to support the JustGrants system error preventing me from submitting my grant application on April 27, 2021.
>Please provide the reasoning for the delay in opening up my application so I can submit it. On or about April 28, 2021, at 9:31 am, Mr. Al Roddy gave me instructions on how to correct the JustGrants system error in order to submit my application. Here is Mr. Al Roddy information, which was on the email he sent me:
>Al Roddy
>JustGrants Service Desk
>U.S. Department of Justice (DOJ)
>Phone: 1-833-872-5175
>Email: JustGrants.Support@usdoj.gov
>These instructions were not available to me during the submission processes. I started calling the JustGrants service desk on April 27, 2021 around 6:35 pm (CST). I was on hold (#18 in cue) until approximately 10:15 pm (CST). No one responded to my call. After no one responded to my call, I contacted the service desk (Incident #522329 or #522698). As stated earlier, the JustGrants system would not let me submit due to this message: "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen." My federal share did match the consolidated category summary! Please respond and open up my application so I can submit it. Thank you.
>
>/s/Dr. Fred Nance Jr.
>Ph.D. Health & Human Services
>Social Policy Analysis and Planning
>███████████████████
████████████
>
>NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.
>
> On Wednesday, April 28, 2021, 11:00:39 AM CDT, <grants@ncjrs.gov> wrote:

Re: Incident# 522329 - BJA FY 21 SCA Community Based Reentry Program

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. (█████████████) |
| To: | grants@ncjrs.gov |
| Cc: | ████████████████ |
| Date: | Thursday, May 6, 2021, 11:31 AM CDT |

Mr. Molter:

Good morning. First, I want to thank you for responding. Second, I am not interested in future grant applications at this time. I want to have equal access to the Second Chance grant application processes I ascribed too, which includes non-discriminatory practices and policies. Third, I have been a Peer Reviewer for Second Chance Act grants since 2009. I get the updates I need. In addition, I am being considered to peer review the Second Chance Act grant applications. My orientation call is June 4, 2021. After the orientation call, we will have access to the grant applications for review. JustGrants has disenfranchised C.L.I.C.K. Services, NFP from this processes. If I am not chosen to peer review the Second Chance Act grant application I was chosen to do via email, I will assume this JustGrants process has discriminated against me and stop my peer review.

Finally, JustGrants is aware of the many "unforeseen technical issues beyond a grant applicant's control." My issue is one of them. My issue is not rocket science. You state my issue is being reviewed by BJA leadership. Are you aware I have a pending lawsuit against DOJ, BJA, OJP? The litigation can be seen and reviewed on my Twitter page at: http://www.twitter.com/clickforjustice. I was a Whistleblower who was terminated.

If C.L.I.C.K.'s issue goes south, I will supplement my litigation. If this is happening to me, it is happening to others. This is a public issue/matter/case. This is why I informed Congressman Danny K. Davis and the Ways and Means Committee/Appropriation Committee. I am not requesting you give me anything except a chance to compete with my peers and colleagues. Grant applicants who have suffered "unforeseen technical issues" with JustGrants and just dropped out after putting detailed and elaborate work must be heard by the public at large and the Congress. JustGrants cannot discriminate and disenfranchise companies and organizations.

Respectfully submitted

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
████████████████

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email

message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Thursday, May 6, 2021, 09:20:59 AM CDT, <grants@ncjrs.gov> wrote:

Hello Fred,

Thank you for contacting the Response Center.

The information that you originally provided was forwarded to Bureau of Justice Assistance (BJA) leadership for review on April 29, 2021. Because JustGrants is a new system, BJA is still looking into the technical issues that caused application submission problems. Someone from BJA will be in touch as soon as a decision has been made regarding your application. Unfortunately, we do not have a timeframe as to when to expect this decision.

If you are interested in receiving additional information on future funding opportunities from the Bureau of Justice Assistance (BJA), please visit https://bja.ojp.gov/subscribe to subscribe to the 'NewsfromBJA' newsletter. The 'NewsfromBJA' newsletter contains information about new publications, BJA program highlights, funding opportunities, and other information of interest to BJA's audience.

Finally, you may also want to sign up to receive 'Grants & Funding News' to learn about solicitation releases, funding-related webinars, and more from our federal sponsors. Please visit following web page to subscribe to this newsletter:

https://public.govdelivery.com/accounts/USDOJOJP_COMMS/subscriber/new?topic_id=USDOJOJP_COMMS_25

Please let us know if you have any further questions.

Thank you,

Ken Molter
Customer Service Team Leader

-----------------------------------
UPCOMING JUSTGRANTS SITE MAINTENANCE

Due to planned DOJ financial management system upgrades, the Justice Grants System (JustGrants) will be unavailable for users from Friday, May 7, 2021 at 5:30 p.m. ET to Wednesday, May 12, 2021 at 5:30 a.m. ET.

During this time, no grants management or application submission activities will be accessible in JustGrants. If you attempt to access the system, you will receive a service dashboard message.

Access to JustGrants will be restored once the system is back online after 5:30 a.m. ET on May 12, 2021.

To prepare for the system outage, it is advised that any time-sensitive action that needs to be completed in JustGrants is done as soon as possible. Any work on applications that is saved prior to the system being taken offline on May 7, 2021 at 5:30 p.m. will not be lost.

*********************************************************
Disclaimer: The enclosed response may include referrals to non-Federal Government resources. The resources, and the information contained therein, are only as reliable and complete as their originating source. Responsibility for the quality/accuracy of the information rests with the original source.

On 5/5/21 5:54 PM, Ph.D. Fred Nance Jr. wrote:

> Mr. Ken Molter:
>
> Good evening. When are you and/or your team going to open my grant application so I can submit it? I submitted sufficient documentation on April 28, 2021, as instructed by