## DOJ/BJA Late Application Appeals

| | |
|---|---|
| From: | Bethea, Andre (OJP) (andre.bethea@usdoj.gov) |
| To: | ███████████████████ |
| Date: | Tuesday, May 25, 2021 at 07:44 AM CDT |

Dear Health & Human Services Social Policy Analysis and Planning (Fred Nance):

The Office of Justice Programs (OJP) has received your appeal in response to the Second Chance Act Community-based Reentry FY 2021 grant solicitation. After careful consideration of your case, unfortunately the decision has been made to deny your appeal.

As a reminder, the solicitation provided guidance about the many steps necessary to submit an application. The most common errors are addressed below:

- A Data Universal Numbering System (DUNS)/ Unique Entity Identifier (UEI) registration or renewal was not submitted in a timely manner.

- A System for Award Management (SAM) registration or renewal was not submitted in a timely manner.

- **A valid application consistent with this solicitation by following the directions in Grants.gov was not submitted.** Within 24–48 hours after submitting the electronic application, the applicant should receive two notifications from Grants.gov. The first will confirm the receipt of the application and the second will state whether the application has been successfully validated, or rejected due to errors, with an explanation. It is possible to first receive a message indicating that the application is received and then receive a rejection notice a few minutes or hours later. Submitting well ahead of the deadline provides time to correct the problem(s) that caused the rejection. **Important:** OJP urges applicants to submit applications **at least 72 hours prior** to the application due date to allow time to receive validation messages or rejection notifications from Grants.gov, and to correct in a timely fashion any problems that may have caused a rejection notification.

The following conditions are generally insufficient to justify late submissions:
- Failure to register in SAM or Grants.gov in sufficient time (SAM registration and renewal can take as long as 10 business days to complete. The information transfer from SAM to Grants.gov can take up to 48 hours.)
- Failure to follow Grants.gov instructions on how to register and apply as posted on its website

- Failure to follow each instruction in the OJP solicitation
- Technical issues with the applicant's computer or information technology environment, including firewalls.
- Failure to contact the Response Center within 24 hours after the application deadline.

Please know that we acknowledge the amount of work required to prepare and submit an application.  We greatly appreciate your interest in this program and look forward to working with your organization in the future.

Sincerely,

**Andre Bethea**
*Policy Advisor*
Corrections & Reentry

**Office:** 202-353-0583

**Cell:** 202-598-6520

**Email:** Andre.Bethea@usdoj.gov



