

Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

## Clinical Consultants and Case Managers
20 messages

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>         Mon, Jul 6, 2020 at 11:16 AM
To: "Dr. Hattie Wash" <Washhattie@gmail.com>, tbacpa52@yahoo.com
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>
Bcc: "Dr. Fred Nance Jr." <frednance@clickservices.org>

Dr. Wash:

Good morning. Here is the June 2020 payroll document for the mentors. I need to talk to you and Mr. Bradley about their consultant fees. I reviewed my payroll sheets from February 2020 thru June 2020 and the cost for mentor/consultant fees is $11,000.00. The drawdown sheets for February 2020 thru June 2020 reports a total of $25,000.00. $2800.00 a month is being drawn down. This is a difference of $14,000.00. This is more than double what is needed for mentor consultant fees for this period of time. As you know, we cannot have money left in the bank after monthly drawdown expenses have been paid. Let me know if I have these figures correct or if I have something wrong.

Consultant Fees:
February 2020 - $2,150.00
March 2020 - $2,600.00
April 2020 - $2,100.00
May 2020 - $1,800.00
June 2020 - $2,300.00

Drawdown:
February 2020 - $2,800.00
March 2020 - $2,800.00
April 2020 - $2,800.00
May 2020 - $2,800.00
June 2020 - $2,800.00

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

 **June 2020 Contractual Fees.pdf**
61K

---

**Hattie Wash** <washhattie@gmail.com>         Mon, Jul 6, 2020 at 2:04 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

I will look at it but we can have money in the bank afte draw down. We cannot allow money to earn interest which is different.
[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>         Mon, Jul 6, 2020 at 2:19 PM
To: Hattie Wash <washhattie@gmail.com>

The accumulation of that much money over the period of time I mentioned is going to collect interest.
[Quoted text hidden]

---

**Hattie Wash** <washhattie@gmail.com>         Mon, Jul 6, 2020 at 6:01 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Interest is applied on accounts twice a year only

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>  Mon, Jul 6, 2020 at 7:06 PM
To: Hattie Wash <washhattie@gmail.com>

I would suggest we drawdown only monies we are using within the 30-day period. This is the policy.

[Quoted text hidden]

---

**Hattie Wash** <washhattie@gmail.com>  Mon, Jul 6, 2020 at 8:13 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

It is not the policy, if you read the financial manual we are allowed to draw down our total budget but it is not wise to do so because you will accur interest . However we are restricted to a monthly draw down but not restricted to the amount we draw down.  Since we do not know how the financial climate of this county is going to be extra money in the bank does not hurt as long as we stay within our award

Sent from my iPhone

> On Jul 6, 2020, at 7:06 PM, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com> wrote:
>
> [Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>  Mon, Jul 6, 2020 at 8:16 PM
To: "Dr. Fred Nance Jr." <frednance@clickservices.org>

FYI

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>  Mon, Jul 6, 2020 at 8:38 PM
To: Hattie Wash <washhattie@gmail.com>

In my professional opinion as a peer reviewer for the SCA, there is no logical reasoning or explanation to drawdown monies under the title of "clinical consultants and case managers" that is not directly allocated to the item during the 30–day period. Notwithstanding, to draw the monies down for the last 5 months. The Illinois Stay at Home order was not issued until the last week of March 2020. I recommend we stop this practice immediately.

[Quoted text hidden]

---

**Hattie Wash** <washhattie@gmail.com>  Tue, Jul 7, 2020 at 9:59 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Fred  take care of your duties as program director and let me do mine as CEO. You are trying to micro manage everything about the program. A peer reviewer is not a manager or an accountant stay in your lane. If you do not like the way I am running this program you have options.

Sent from my iPhone

> On Jul 6, 2020, at 8:38 PM, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com> wrote:
>
> [Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>  Tue, Jul 7, 2020 at 3:11 PM

To: Hattie Wash <washhattie@gmail.com>

Trust me. I know my options. I will take care of my business.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>    Tue, Jul 7, 2020 at 3:12 PM
To: "Dr. Fred Nance Jr." <frednance@clickservices.org>

FYI

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
Date: Tue, Jul 7, 2020 at 3:11 PM
Subject: Re: Clinical Consultants and Case Managers
To: Hattie Wash <washhattie@gmail.com>

[Quoted text hidden]
[Quoted text hidden]

---

**Hattie Wash** <washhattie@gmail.com>    Tue, Jul 7, 2020 at 3:21 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Thank you
[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>    Wed, Jul 8, 2020 at 7:46 AM
To: "Dr. Hattie Wash" <Washhattie@gmail.com>, tbacpa52@yahoo.com
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>
Bcc: "Dr. Fred Nance Jr." <frednance@clickservices.org>

The problem I have with the 2 fiscal issues raised is you never informed me "before" the actions took place. We are partners with this SCA grant. I am not an employee of EMAGES. If you believe you do not have an obligation to inform me "before" you take fiscal actions outside of grant and budget items and requirements, you cannot expect or deserve to know actions I take as the Director of the program. Your intentional disrespect for my knowledge of the SCA and my professionalism is a grave mistake. No matter what disrespectful and challenging statements you have said to me, I have not returned the favor. You told me, in your disrespectful way, "I know my options". Yes, I know my options; and my obligations.

[Quoted text hidden]

---

**Hattie Wash** <washhattie@gmail.com>    Wed, Jul 8, 2020 at 5:50 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Fred we are not partners. We collaborated on this project.  As I said before EMAGES is the fiscal sponsor of this grant.  This is a EMAGES program and yes you are a staff person of EMAGES.  The name on your paycheck is EMAGES. I have attempted to explain this to you but you do not get it.  At this point I am ready to give the program up.  Mentors are complaining about you micro managing their groups weekly, having them come in and email you information instead of you coming in getting it out of your box and overlooking Daniel Jean as their supervisor.  MAAT is not EMAGES only program but it is a part of EMAGES it is not separate and I manage it the same way I manage my other programs. I am not involved in the day to day operations of any of the programs and neither should you as a program Director.  You should be establishing relationships outside of the agency, gathering support, securing resources instead of spending time collecting data. That is the role of the supervisor and evaluator.  Read your job description and follow some of the things there. In my opinion you are to involved in the day to day operations of the MAAT project. I know any way I response to you will be viewed as disrespectful but that is not my intentions, I only deal in facts as I see them and right now with everything that is going on this program is a burden.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>    Wed, Jul 8, 2020 at 6:06 PM
To: Hattie Wash <washhattie@gmail.com>

I asked you to stop threatening me. If you think I work for EMAGES, Fire me! You need to read our proposal. I purposely placed language in it to avoid you doing what you did to me in 2010. You took $20,00.00 from me. Give the program up if

that is your position. I have kept notes on all facets of this program. My emails are legal documents. Mentors can complain all they want too. They need to do their job. Give the program up. I'll take it. I'll send am email to the grant manager and Mr. Bethea. I can add this new fiscal issue to my other fiscal complaint. As the fiscal agent you will have to pay the money back.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>  Wed, Jul 8, 2020 at 6:06 PM
To: "Dr. Fred Nance Jr." <frednance@clickservices.org>

FYI

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
Date: Wed, Jul 8, 2020 at 6:06 PM
Subject: Re: Clinical Consultants and Case Managers
To: Hattie Wash <washhattie@gmail.com>

[Quoted text hidden]
[Quoted text hidden]

---

**Hattie Wash** <washhattie@gmail.com>  Wed, Jul 8, 2020 at 7:07 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Okay call and you can have the program but not at my agency or with my clients we can make it effective as soon as possible.

Sent from my iPhone

> On Jul 8, 2020, at 6:06 PM, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com> wrote:
>
> 
> [Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>  Wed, Jul 8, 2020 at 7:19 PM
To: Hattie Wash <washhattie@gmail.com>
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Dr. Fred Nance Jr." <frednance@clickservices.org>

This does not happen overnight. I will confer with Congressman Davis regarding the process. After my conversation with the Congressman, I will schedule a meeting with the grant manager and Mr. Bethea. I have heard of this process. I will have to disclose the reasoning behind the transfer. Just as a reminder, the participants in the program are IDOC clients.
[Quoted text hidden]

---

**Hattie Wash** <washhattie@gmail.com>  Thu, Jul 9, 2020 at 10:08 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Okay set it up

Sent from my iPhone

> On Jul 8, 2020, at 7:19 PM, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com> wrote:
>
> 
> [Quoted text hidden]

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com> Thu, Jul 9, 2020 at 10:52 AM
To: "Dr. Fred Nance Jr." <frednance@clickservices.org>

FYI

---------- Forwarded message ---------
From: **Hattie Wash** <washhattie@gmail.com>
Date: Thu, Jul 9, 2020 at 10:08 AM
Subject: Re: Clinical Consultants and Case Managers

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]