# Fwd: Clinical Consultants and Case Managers

From: Dr. Fred Nance Jr. (drfred.nancejr@gmail.com)

To: frednance@clickservices.org

Date: Tuesday, October 20, 2020, 04:03 PM CDT

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
Date: Tue, Jul 14, 2020 at 8:31 PM
Subject: Re: Clinical Consultants and Case Managers
To: Dr. Hattie Wash <Washhattie@gmail.com>, Thomas Bradley <tbacpa52@yahoo.com>
Cc: Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

Good evening. I reviewed my email to you about the drawdown. I made a mistake with the math. The mentors payroll from February 2020 thru June 2020 is $10,950.00. The drawdown amount for this period of time was $14,000.00, which is $3,050.00 exceeding the amount paid to the mentors. This is not an issue to be reported, BUT it should not happen. It gives the wrong impression. There is nothing wrong with addressing any issues regarding this grant. Getting offended about an inquiry is not the right way to go; address it and move on. When it is not addressed, it gives way to uncomfortable dialogue and unimaginable consequences.

On Mon, Jul 6, 2020 at 11:16 AM Dr. Fred Nance Jr. <drfred.nancejr@gmail.com> wrote:
> Dr. Wash:
>
> Good morning. Here is the June 2020 payroll document for the mentors. I need to talk to you and Mr. Bradley about their consultant fees. I reviewed my payroll sheets from February 2020 thru June 2020 and the cost for mentor/consultant fees is $11,000.00. The drawdown sheets for February 2020 thru June 2020 reports a total of $25,000.00. $2800.00 a month is being drawn down. This is a difference of $14,000.00. This is more than double what is needed for mentor consultant fees for this period of time. As you know, we cannot have money left in the bank after monthly drawdown expenses have been paid. Let me know if I have these figures correct or if I have something wrong.
>
> Consultant Fees:
> February 2020 - $2,150.00
> March 2020 - $2,600.00
> April 2020 - $2,100.00
> May 2020 - $1,800.00
> June 2020 - $2,300.00
>
> Drawdown:
> February 2020 - $2,800.00
> March 2020 - $2,800.00
> April 2020 - $2,800.00
> May 2020 - $2,800.00
> June 2020 - $2,800.00
>
> --
> /s/Dr. Fred Nance Jr., Ph.D.
> Human Services/Social Policy Analysis
> Program and Policy Development
> 708-921-1395

--
/s/Dr. Fred Nance Jr., Ph.D.

Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395


--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395