

# GMS Report
## Second Chance Act Community Program
## 2018-CY-BX-0025
## Reporting Period: January 1 - June 30, 2020

This report is generated for the Establishing, Managing & Generating Effective Services, INc. grantee for federal award number 2018-CY-BX-0025. The award amount is $ 500,000. It reflects performance measurement data for the period January 1 - June 30, 2020. Any funds reported only represent an estimate of dollars allocated or used for activities covered by this award.

## Project Description

The Second Chance Act of 2007 (Pub. L. 110-199) provides a comprehensive response to the increasing number of incarcerated adults and juveniles who are released from prison, jail, and juvenile residential facilities and returning to communities. The Second Chance Act grant funding is designed to help communities develop and implement comprehensive and collaborative strategies that address the challenges posed by reentry and recidivism reduction. ?Reentry? is not a specific program, but rather a process that starts when an individual is initially incarcerated and ends when he or she has been successfully reintegrated in the community as a law-abiding citizen. Section 211 of the Act authorizes grants to nonprofit organizations and federally recognized Indian tribes that may be used for comprehensive evidenced-based wrap-around services/programs. The goal of the Comprehensive Community-Based Adult Reentry Program is the use of reentry plans that address the identified needs of the individuals and is supported by trained mentors to promote the safe and successful community reintegration of adults who have been incarcerated. These needs are often related to housing, employment, substance abuse, and mental health. The Second Chance Act Comprehensive Community-Based Adult Reentry Program supports organizations providing comprehensive reentry services to program participants who are screened, assessed, and identified for program participation pre-release. During the post-release phase of the reentry program, participants will receive case management services and be connected to evidence-based programming designed to ensure that the transition from prison or jail to the community is safe and successful. The grantee will provide pre-release mentoring and trauma-informed curriculum to 75 people with a sex offense charge or conviction that are returning to Chicago from Cook County Jail or Illinois Department of Corrections. Pre-release, the program will use standardized assessments and behavioral tools, such as motivational interviewing and cognitive behavior techniques, to identify and address criminogenic behaviors. Post-release, the program will provide individual and group counseling, case management, and aftercare services. CA/NCF

| Award Information | |
|---|---|
| 2. Federal Congressional District of where services occur: | IL-01 |
| 3. Please specify the implementing organization type: | Nonprofit organization |
| 4. Is the implementing organization a faith-based program? Organizations nationwide may self-define themselves as faith-based organizations. | No |
| 5. Is the implementing organization a community-based program? BJA defines community-based programs as found in statute 42 U.S.C. § 3791(a)(11): neighborhood or community-based organizations as "organizations, including faith-based, are representative of communities or significant segments of communities." | Yes |

# Performance Measurement Data

| Performance Measurement | PROGRAM ADMINISTRATION - Program Characteristics ||
|---|---|---|
| | Jan - Mar 20 | Apr - Jun 20 |
| 15. Is the mentoring program **jail based** or **prison based**? | Both | Both |
| 16. Enter a mentoring **program description** below. | | |
|     **Jan - Mar 20**   Mentors provide emotional support and encouragement to individuals by promoting positive lifestyle changes by way of cognitive and behavioral techniques. Mentoring in this context is the process of providing pre- and post-release services to detainees in jails and prisons as well as to those reintegrating back into their communities via a trauma informed and mentoring curricula. In addition to providing group mentoring, mentors also provide case management services to the participants to help them acquire needed community resources, such as housing, physical and mental health services, employment, and job training skills. Mentors assist participants in understanding trauma that they may have experienced and learn ways to cope with the trauma. |||
|     **Apr - Jun 20**   Mentors provide emotional support and encouragement to individuals by promoting positive lifestyle changes by way of cognitive and behavioral techniques. Mentoring in this context is the process of providing pre- and post-release services to detainees in jails and prisons as well as to those reintegrating back into their communities via a trauma informed and mentoring curricula. In addition to providing group mentoring, mentors also provide case management services to the participants to help them acquire needed community resources, such as housing, physical and mental health services, employment, and job training skills. Mentors assist participants in understanding trauma that they may have experienced and learn ways to cope with the trauma. |||
| 17. List the **target population** the grantee will be serving. | | |
|     **Jan - Mar 20**   The target population is any adult age 18 or older who has been charged or convicted of a sexual offense and assessed to be of medium to high-risk for recidivism. This population of individuals are either currently detained in the Department of Cook County jail, or on supervision, probation or parole due to a sexual offense charge or conviction. |||
|     **Apr - Jun 20**   The target population is any adult age 18 or older who has been charged or convicted of a sexual offense and assessed to be of medium to high-risk for recidivism. This population of individuals are either currently detained in the Department of Cook County jail, or on supervision, probation or parole due to a sexual offense charge or conviction. |||
| 18. What is the **expected number of participants** the mentoring program plans to serve? Please provide the number of expected participants over the life of the grant award. This value may correspond to what was reported in the grant application. | 75 | 75 |
| 19. What is the **expected number of mentors** the program plans to participate? | 10 | 10 |
| 20. What is the date that the mentoring program first enrolled a participant with the **BJA Second Chance Act award funding**? | 10/01/2019 | 10/01/2019 |
| 21. What is the date that the mentoring program **first enrolled** a participant? | 10/01/2019 | 10/01/2019 |
| Performance Measurement | PROGRAM ADMINISTRATION - Baseline Recidivism ||
| | Jan - Mar 20 | Apr - Jun 20 |
| 22. Have you calculated a baseline recidivism rate? | | |
|   A. Yes/No | Yes | Yes |
|   B. If no, please explain and skip remainder of section | | |
|     Jan - Mar 20   NR |||
|     Apr - Jun 20   NR |||
| 23. What is the **baseline recidivism rate**? | 3 | 3 |
| 24. What **population** was the baseline recidivism rate calculated for? Select one. | | |
|   A. Other | Other | Other |
|   B. If other, please explain: | | |

| | | | |
|---|---|---|---|
| **Jan - Mar 20** | Our pre-release target population is based upon individuals who are presently charged with a sex offense and are detainees in the Cook County jail and our post-release population are those who have been convicted of a sex offense who are on court supervision, probation, and parole as well as those persons referred to treatment with charges related to inappropriate sexual behaviors. | | |
| **Apr - Jun 20** | Our pre-release target population is based upon individuals who are presently charged with a sex offense and are detainees in the Cook County jail and our post-release target population are those who have been convicted of a sex offense who are on court supervision, probation, and parole as well as those persons referred to treatment with charges related to inappropriate sexual behaviors. | | |
| 25. What **type** of baseline **recidivism rate** is the grantee providing? Select one. A. Reconviction rate | | Reconviction rate | Reconviction rate |
| B. If other, please explain: | | | |
| **Jan - Mar 20** | NR | | |
| **Apr - Jun 20** | NR | | |
| 26. How long was the **follow-up period** for the baseline rate? | | 12 | 12 |
| 27. What **percent reduction** in recidivism is the grantee trying to achieve? | | 1 | 1 |
| 28. What is the **expected date** when the recidivism reduction will be achieved? | | 09/30/2021 | 09/30/2021 |
| 29. Is there any other **additional information** you would like to provide about the baseline rate or your recidivism reduction goal? If "no," write N/A. | | | |
| **Jan - Mar 20** | N/A | | |
| **Apr - Jun 20** | N/A | | |

| Performance Measurement | PROGRAM ADMINISTRATION - Mentoring Characteristics ||
|---|---|---|
| | Jan - Mar 20 | Apr - Jun 20 |
| 30. How many mentors were **recruited** to participate in training? | | |
| A. For participants receiving pre-release services | 10 | 8 |
| B. For participants receiving post-release services | 10 | 8 |
| 31. How many mentors **successfully completed** the mentor training? | | |
| A. For participants receiving mentoring and pre-release services | 10 | 6 |
| B. For participants receiving mentoring and post-release services | 10 | 6 |
| 32. Of those who successfully completed the mentor training, how many **NEW** mentors participated in the program? | | |
| A. For participants receiving mentoring and pre-release services | 0 | 0 |
| B. For participants receiving mentoring and post-release services | 0 | 0 |
| 33. What is the **total number** of **mentors** who participated during the reporting period? | | |
| A. For participants receiving mentoring and pre-release services | 8 | 6 |
| B. For participants receiving mentoring and post-release services | 8 | 6 |
| 34. How many **mentors left** the program during the reporting period? | 2 | 2 |
| 34. How many **mentors left** the program in the reporting period? | 2 | 2 |

| | | |
|---|---:|---:|
| 35. How many participants needed to be **matched** to a mentor? | | |
|    A. For participants receiving mentoring and pre-release services | 0 | 0 |
|    B. For participants receiving mentoring and post-release services | 13 | 2 |
| 36. How many **NEW matches** were made between participants and mentors? | | |
|    A. For participants receiving mentoring and pre-release services | 0 | 0 |
|    B. For participants receiving mentoring and post-release services | 13 | 2 |
| 37. Does the mentoring program conduct **group mentoring** sessions? | Yes | Yes |
| 38. What is the **maximum number** of **participant**s able to be included within group mentoring sessions? | | |
|    A. For participants receiving mentoring and pre-release services | 15 | 15 |
|    B. For participants receiving mentoring and post-release services | 15 | 15 |

*NR = not reported

| Performance Measurement | PARTICIPANT CHARACTERISTICS - Eligibile and Admitted Participants | |
|---|---|---|
| | **Jan - Mar 20** | **Apr - Jun 20** |
| 39. How many individuals were **eligible** to participate in the mentoring program? | | |
|    A. Number eligible for pre-release services | 16 | 0 |
| 40. How many **total** participants were **enrolled** in the mentoring program? | | |
|    A. Total number enrolled to pre-release services | 3 | 0 |
|    B. Total number enrolled to post-release services | 85 | 87 |
| 41. How many **NEW participants** were **admitted** to the mentoring program? | | |
|    A. Number of NEW participants admitted in pre-release services | 0 | 0 |
|    B. Number of NEW participants admitted in post-release services | 13 | 2 |
|    C. Of the number of NEW participants enrolled in post-release, how many completed the pre-release program requirements? | 0 | 0 |

| Performance Measurement | PARTICIPANT CHARACTERISTICS - Assessment Activities | |
|---|---|---|
| | **Jan - Mar 20** | **Apr - Jun 20** |
| 42. Does the mentoring program use a **risk assessment**? | Yes | Yes |
| 43. Is the risk assessment instrument **validated**? | Validated and normalized | Validated and normalized |
| 44. What risk **assessment** instrument is used? | | |
|    A. Other | Other | Other |
|    B. If other, please specify | | |
|       Jan - Mar 20 | The risk assessments will be used for the trauma informed and mentoring curricula, which are: Static 99-R, Adverse Childhood Events (A.C.E.), Patient Health Questionnaire, Generalized Anxiety Disorder, Drug Abuse Screen Test, and Alcohol Use Disorders Identification Test. | |
|       Apr - Jun 20 | The risk assessments will be used for the trauma informed and mentoring curricula, which are: Static 99-R, Adverse Childhood Events (A.C.E.), Patient Health Questionnaire, Generalized Anxiety Disorder, Drug Abuse Screen Test, and Alcohol Use Disorders Identification Test. | |

| Performance Measurement | PARTICIPANT CHARACTERISTICS - Assessment Activities |
|---|---|

| Low- Moderate- High-Risk Participants | Pre-release |
|---|---|
| **Jan - Mar 20** | |

45. What was the **risk assessment level** of **NEW pre-release** participants?

| | |
|---|---|
| Low Risk | NR |
| Moderate Risk | NR |
| High Risk | NR |
| Don't know | NR |
| The sum of this table (Calculated Value) should be equal to the number of NEW participants enrolled in the program during the reporting period (Auto fill Value). | NR |

*NR = not reported

| Low- Moderate- High-Risk Participants | Pre-release |
|---|---|
| **Apr - Jun 20** | |
| Low Risk | NR |
| Moderate Risk | NR |
| High Risk | NR |
| Don't know | NR |
| The sum of this table (Calculated Value) should be equal to the number of NEW participants enrolled in the program during the reporting period (Auto fill Value). | NR |

*NR = not reported

| Performance Measurement | PARTICIPANT CHARACTERISTICS - Assessment Activities ||
|---|---|---|
| | Jan - Mar 20 | Apr - Jun 20 |
| 46. How many **NEW** participants received a **case plan** (transition plan)? | | |
| A. For participants receiving pre-release services | 0 | 0 |

| Performance Measurement | PARTICIPANT CHARACTERISTICS - Race, Ethnicity, and Gender ||
|---|---|---|
| Ethnicity | Males | Females |
| **Jan - Mar 20** | | |

47. Enter the appropriate **ethnicity and gender**, and then **race and gender**, of **NEW** participants admitted to the **pre-release** mentoring program.

| | | |
|---|---|---|
| Hispanic or Latino/a | NR | NR |
| Non-Hispanic or Latino/a | NR | NR |
| Unknown | NR | NR |
| The sum of this table (Calculated Value) should be equal to the number of NEW participants admitted to the program during the reporting period (Auto fill Value). | NR | 0 |

*NR = not reported

| Ethnicity | Males | Females |
|---|---|---|
| **Apr - Jun 20** | | |
| Hispanic or Latino/a | NR | NR |
| Non-Hispanic or Latino/a | NR | NR |
| Unknown | NR | NR |
| The sum of this table (Calculated Value) should be equal to the number of NEW participants admitted to the program during the reporting period (Auto fill Value). | NR | NR |

*NR = not reported

| Race | Males | Females |
|---|---|---|
| **Jan - Mar 20** | | |

47. Enter the appropriate **ethnicity and gender**, and then **race and gender**, of **NEW** participants admitted to the **pre-release** mentoring program.

| Race | Males | Females |
|---|---|---|
| White | 0 | 0 |
| Black or African American | 0 | 0 |
| Asian | 0 | 0 |
| American Indian or Alaska Native | 0 | 0 |
| Pacific Islander or Native Hawaiian | 0 | 0 |
| Multiracial | 0 | 0 |
| Unknown | 0 | 0 |
| The sum of this table (Calculated Value) should be equal to the number of NEW participants admitted to the program during the reporting period (Auto fill Value). | 0 | 0 |

| Race | Males | Females |
|---|---|---|
| **Apr - Jun 20** | | |
| White | 0 | 0 |
| Black or African American | 0 | 0 |
| Asian | 0 | 0 |
| American Indian or Alaska Native | 0 | 0 |
| Pacific Islander or Native Hawaiian | 0 | 0 |
| Multiracial | 0 | 0 |
| Unknown | 0 | 0 |
| The sum of this table (Calculated Value) should be equal to the number of NEW participants admitted to the program during the reporting period (Auto fill Value). | NR 0 | |

*NR = not reported

| Performance Measurement | SUCCESSFUL AND UNSUCCESSFUL COMPLETIONS - Successful Completions | |
|---|---|---|
| | Jan - Mar 20 | Apr - Jun 20 |
| 48. **Define** successful completion for the mentoring program. Successful completion definitions can be either process-based (e.g., the program participant has completed 70% of program requirements or individual case plan within 1 year) or outcome-based (e.g., the program participant has achieved core benchmark goals of the program that are not necessarily related to behaviors (such as, but not limited to, attaining stable housing, attaining employment, achieving a GED, etc.) within 1 year). | | |
| **Jan - Mar 20** | Successful completion is based upon completion of our Trauma-informed and Mentoring Curricula, which has 4 modules each. Due to discharge from program or dropouts, twenty-seven participants, which is 36% of a population of 75, will complete the program if 2 trauma-informed and 2 mentoring modules are done. Fifty-six participants, which is 75% of a population of 75, will complete the program if they have completed all 4 trauma-informed and mentoring modules. | |
| **Apr - Jun 20** | Successful completion is based upon completion of our Trauma-informed and Mentoring Curricula, which has 4 modules each. Due to discharge from program or dropouts, twenty-seven participants, which is 36% of a population of 75, will complete the program if 2 trauma-informed and 2 mentoring modules are done. Fifty-six participants, which is 75% of a population of 75, will complete the program if they have completed all 4 trauma-informed and mentoring modules. | |
| 49. What is the expected mentoring **program length** in **months**? | | |
| A. For participants receiving pre-release services | 24 | 24 |
| B. For participants receiving post-release services | 24 | 24 |

| # | Question | Jan - Mar 20 | Apr - Jun 20 |
|---|---|---|---|
| 50. | Did any participants leave the program, either successfully or unsuccessfully, during the reporting period? | Yes | Yes |
| 51. | Have any participants **successfully completed** the mentoring program requirements during the reporting period?<br>A. Yes (Go to question 52)<br>　No (Go to question 53)<br>B. If no, why have participants **not successfully completed** the mentoring program? | No | Yes |
| | Jan - Mar 20 | Successful completion is based upon completion of our Trauma-informed and Mentoring Curricula, which has 4 modules each. Due to discharge from program or dropouts, twenty-seven participants, which is 36% of a population of 75, will complete the program if 2 trauma-informed and 2 mentoring modules are done. Fifty-six participants, which is 75% of a population of 75, will complete the program if they have completed all 4 trauma-informed and mentoring modules. No participants have met this criteria. | | |
| | Apr - Jun 20 | NR | | |
| 52. | How many **participants successfully completed** the mentoring program requirements? | | |
| | A. Number of participants who completed pre-release services | NR | 0 |
| | B. Number of participants who completed post-release services | NR | 1 |
| | C. Of those participants who completed post-release services, how many participants also successfully completed a pre-release program? | NR | 0 |

| Performance Measurement | SUCCESSFUL AND UNSUCCESSFUL COMPLETIONS - Unsuccessful Completions | |
|---|---|---|
| | Jan - Mar 20 | Apr - Jun 20 |
| 53. Have any participants **unsuccessfully exited** the mentoring program during the reporting period? | Yes | No |

*NR = not reported

| Performance Measurement | SUCCESSFUL AND UNSUCCESSFUL COMPLETIONS - Unsuccessful Completions |
|---|---|
| Unsuccessful Completions | Pre-release |
| | Jan - Mar 20 |

54. Enter the number of individuals who **did not complete** the mentoring program for the categories below.

| | |
|---|---|
| Number of participants no longer in the program due to **failure to meet program requirements** | 0 |
| Number of participants no longer in the program due to **court or criminal involvement** (technical violation, arrest, conviction, revocation, reincarceration) | 0 |
| Number of participants no longer in the program due to **a lack of engagement** (no shows and nonresponsive participants) | 0 |
| Number of participants no longer in the program due to **absconding** | 0 |
| Number of participants no longer in the program due to **relocating or case transfer** | 0 |
| Number of participants no longer in the program due to **death or serious illness** | 0 |
| Number of participants who did not complete the program for **other reasons** (please specify) | 0 |
| **Specify other** reasons (2000 characters) | NR |
| The sum of this table (Calculated Value) should be less than or equal to the total number of participants enrolled in the pre-release program during the reporting period (Auto fill Value). | 0 |

*NR = not reported

| Unsuccessful Completions | Pre-release |
|---|---|
| **Apr - Jun 20** | |
| Number of participants no longer in the program due to **failure to meet program requirements** | NR |
| Number of participants no longer in the program due to **court or criminal involvement** (technical violation, arrest, conviction, revocation, reincarceration) | NR |
| Number of participants no longer in the program due to **a lack of engagement** (no shows and nonresponsive participants) | NR |
| Number of participants no longer in the program due to **absconding** | NR |
| Number of participants no longer in the program due to **relocating or case transfer** | NR |
| Number of participants no longer in the program due to **death or serious illness** | NR |
| Number of participants who did not complete the program for **other reasons** (please specify) | NR |
| **Specify other** reasons (2000 characters) | NR |
| The sum of this table (Calculated Value) should be less than or equal to the total number of participants enrolled in the pre-release program during the reporting period (Auto fill Value). | NR |

*NR = not reported

| Unsuccessful Completions | Post-release |
|---|---|
| **Jan - Mar 20** | |
| 54. Enter the number of individuals who **did not complete** the mentoring program for the categories below. | |
| Number of participants no longer in the program due to **failure to meet program requirements** | 1 |
| Number of participants no longer in the program due to **court or criminal involvement** (technical violation, arrest, conviction, revocation, reincarceration) | 6 |
| Number of participants no longer in the program due to **a lack of engagement** (no shows and nonresponsive participants) | 0 |
| Number of participants no longer in the program due to **absconding** | 0 |
| Number of participants no longer in the program due to **relocating or case transfer** | 1 |
| Number of participants no longer in the program due to **death or serious illness** | 0 |
| Number of participants who did not complete the program for **other** reasons (please specify) | 8 |
| **Specify other** reasons (2000 characters). If none, please enter "n/a". | 3 participants met their parole requirements and was released from services. 5 participants had employment that conflicted with services and they opted out of the program. |
| The sum of this table (Calculated Value) should be less than or equal to the total number of participants enrolled in the post-release program during the reporting period (Auto fill Value). | 16 |

| Unsuccessful Completions | Post-release |
|---|---|
| **Apr - Jun 20** | |
| Number of participants no longer in the program due to **failure to meet program requirements** | NR |
| Number of participants no longer in the program due to **court or criminal involvement** (technical violation, arrest, conviction, revocation, reincarceration) | NR |
| Number of participants no longer in the program due to **a lack of engagement** (no shows and nonresponsive participants) | NR |
| Number of participants no longer in the program due to **absconding** | NR |

| | |
|---|---|
| Number of participants no longer in the program due to **relocating or case transfer** | NR |
| Number of participants no longer in the program due to **death or serious illness** | NR |
| Number of participants who did not complete the program for **other** reasons (please specify) | NR |
| **Specify other** reasons (2000 characters). If none, please enter "n/a". | NR |
| The sum of this table (Calculated Value) should be less than or equal to the total number of participants enrolled in the post-release program during the reporting period (Auto fill Value). | NR |

*NR = not reported

| Performance Measurement | SUCCESSFUL AND UNSUCCESSFUL COMPLETIONS - Outcomes for Post-release Program Exits |
|---|---|
| **Low-Moderate-and High-Risk Program Exits** | **Successful Completers** |
| **Jan - Mar 20** | |
| 55. What was the **risk assessment** level for those individuals who exited post-release services? | |
| Low Risk | NR |
| Moderate Risk | NR |
| High Risk | NR |
| Don't Know | NR |
| The sum of the column (Calculated Value) should be equal to the number of successful completers who exited the program. (Auto fill Value). | NR |
| The number of successful completers who exited the program. (Auto fill Value). | NR |

*NR = not reported

| Low-Moderate-and High-Risk Program Exits | Successful Completers |
|---|---|
| **Apr - Jun 20** | |
| Low Risk | 1 |
| Moderate Risk | 0 |
| High Risk | 0 |
| Don't Know | 0 |
| The sum of the column (Calculated Value) should be equal to the number of successful completers who exited the program. (Auto fill Value). | 1 |
| The number of successful completers who exited the program. (Auto fill Value). | 1 |

| Low-Moderate-and High-Risk Program Exits | Unsuccessful Completers |
|---|---|
| **Jan - Mar 20** | |
| 55. What was the **risk assessment** level for those individuals who exited post-release services? | |
| Low Risk | 3 |
| Moderate Risk | 7 |
| High Risk | 6 |
| Don't Know | 0 |
| Sum of the column (Calculated Value) should be equal to the number of unsuccessful completers who exited the program during the reporting period. (Auto fill Value) | 16 |
| Sum number of unsuccessful completers who exited the program during the reporting period. (Auto fill Value) | 16 |

| Low-Moderate-and High-Risk Program Exits | Unsuccessful Completers |
|---|---|
| **Apr - Jun 20** | |
| Low Risk | NR |

| | |
|---|---|
| Moderate Risk | NR |
| High Risk | NR |
| Don't Know | NR |
| Sum of the column (Calculated Value) should be equal to the number of unsuccessful completers who exited the program during the reporting period. (Auto fill Value) | NR |
| Sum number of unsuccessful completers who exited the program during the reporting period. (Auto fill Value) | NR |

*NR = not reported

| Post-release Program Exits and Employment | Exited with Employment | Don't Know |
|---|---|---|
| **Jan - Mar 20** | | |
| 56. How many post-release participants **exited** the mentoring program and were **employed** during the reporting period? | | |
| Participants who successfully completed the program | NR | NR |
| The sum of the row (Calculated Value) should be less than or equal to the number of successful completers who exited the program during the reporting period. (Auto fill Value) | NR | NR |

*NR = not reported

| Post-release Program Exits and Employment | Exited with Employment | Don't Know |
|---|---|---|
| **Apr - Jun 20** | | |
| Participants who successfully completed the program | 1 | 0 |
| The sum of the row (Calculated Value) should be less than or equal to the number of successful completers who exited the program during the reporting period. (Auto fill Value) | 1 | 1 |

| Post-release Program Exits and Employment | Exited with Employment | Don't Know |
|---|---|---|
| **Jan - Mar 20** | | |
| Participants who unsuccessfully completed the program | 16 | 0 |
| The sum of the row (Calculated Value) should be less than or equal to the number of unsuccessful completers who exited the program during the reporting period. (Auto fill Value) | 16 | 16 |

| Post-release Program Exits and Employment | Exited with Employment | Don't Know |
|---|---|---|
| **Apr - Jun 20** | | |
| Participants who unsuccessfully completed the program | NR | NR |
| The sum of the row (Calculated Value) should be less than or equal to the number of unsuccessful completers who exited the program during the reporting period. (Auto fill Value) | NR | NR |

*NR = not reported

| Post-release Program Exits and Housing | Exited with Housing | Don't Know |
|---|---|---|
| **Jan - Mar 20** | | |
| 57. How many post-release participants **exited** the mentoring program and were **housed** during the reporting period? | | |
| Participants who successfully completed the program | NR | NR |
| The sum of the row (Calculated Value) should be less than or equal to the number of successful completers who exited the program during the reporting period. (Auto fill Value) | NR | NR |

*NR = not reported

| Post-release Program Exits and Housing | Exited with Housing | Don't Know |
|---|---|---|
| **Apr - Jun 20** | | |
| Participants who successfully completed the program | 1 | 0 |
| The sum of the row (Calculated Value) should be less than or equal to the number of successful completers who exited the program during the reporting period. (Auto fill Value) | 1 | 1 |

| Post-release Program Exits and Housing | Exited with Housing | Don't Know |
|---|---|---|
| **Jan - Mar 20** | | |
| Participants who unsuccessfully completed the program | 16 | 0 |
| The sum of the row (Calculated Value) should be less than or equal to the number of unsuccessful completers who exited the program during the reporting period. (Auto fill Value) | 16 | 16 |

| Post-release Program Exits and Housing | Exited with Housing | Don't Know |
|---|---|---|
| **Apr - Jun 20** | | |
| Participants who unsuccessfully completed the program | NR | NR |
| The sum of the row (Calculated Value) should be less than or equal to the number of unsuccessful completers who exited the program during the reporting period. (Auto fill Value) | NR | NR |

*NR = not reported

| Performance Measurement | TREATMENT INTERVENTIONS AND SERVICES - Cognitive-based Services | |
|---|---|---|
| | Jan - Mar 20 | Apr - Jun 20 |
| 58. Does the mentoring program **refer** individuals out to other agencies to receive cognitive-based services? | No | No |
| 59. How many **NEW participants** were **referred out** to receive cognitive-based services? | | |
| A. For participants receiving pre-release services | NR | NR |
| B. For participants receiving post-release services | NR | NR |
| 60. Does the mentoring program provide cognitive-based services **directly** to participants? | Yes | Yes |
| 61. How many **total** participants were **enrolled** in cognitive-based services that were **directly provided** during the reporting period? | | |
| A. For participants receiving pre-release services | 0 | 0 |
| B. For participants receiving post-release services | 85 | 73 |
| 62. How many **NEW participants** were **enrolled** in cognitive-based services that were **directly provided**? | | |
| A. For participants receiving pre-release services | 0 | 0 |
| B. For participants receiving post-release serviecs | 13 | 2 |

| Performance Measurement | TREATMENT INTERVENTIONS AND SERVICES - Mental Health Services | |
|---|---|---|
| | Jan - Mar 20 | Apr - Jun 20 |
| 63. Does the mentoring program **refer** individuals out to other agencies to receive mental health services? | No | No |

| | | |
|---|---|---|
| 64. How many **NEW participants** were **referred out** to receive mental health services? | | |
| A. For participants receiving post-release services | NR | NR |
| 65. Does the mentoring program provide mental health services **directly** to participants? | Yes | Yes |
| 66. How many **total** participants were **enrolled** in mental health services that were **directly provided** during the reporting period? | | |
| A. For participants receiving post-release services | 4 | 3 |
| 67. How many **NEW participants** were **enrolled** in mental health services that were **directly provided**? | | |
| A. For participants receiving post-release services | 3 | 0 |
| **Performance Measurement** | **TREATMENT INTERVENTIONS AND SERVICES - Substance Abuse Services** | |
| | **Jan - Mar 20** | **Apr - Jun 20** |
| 68. Does the mentoring program **refer** individuals out to other agencies to receive substance abuse services? | No | No |
| 69. How many **NEW participants** were **referred out** to receive substance abuse services? | | |
| A. For participants receiving post-release services | NR | NR |
| 70. Does the mentoring program provide substance abuse services **directly** to participants? | Yes | Yes |
| 71. How many **total** participants were **enrolled** in substance abuse services that were **directly provided** during the reporting period? | | |
| A. For participants receiving post-release services | 2 | 2 |
| 72. How many **NEW participants** were **enrolled** in substance abuse services that were **directly provided**? | | |
| A. For participants receiving post-release services | 2 | 0 |
| **Performance Measurement** | **TREATMENT INTERVENTIONS AND SERVICES - Employment Services** | |
| | **Jan - Mar 20** | **Apr - Jun 20** |
| 73. Does the mentoring program **refer** individuals out to other agencies to receive employment services? | Yes | Yes |
| 74. How many **NEW participants** were **referred out** to receive employment services? | | |
| A. For participants receiving post-release services | 0 | 0 |
| 75. Does the mentoring program provide employment services **directly** to participants? | No | No |
| 76. How many **total** participants were **enrolled** in employment services that were **directly provided** during the reporting period? | | |
| A. For participants receiving post-release services | NR | NR |
| 77. How many **NEW participants** were enrolled in employment services that were **directly provided**? | | |

| | Performance Measurement | Jan - Mar 20 | Apr - Jun 20 |
|---|---|---|---|
| | A. For participants receiving post-release services | NR | NR |
| 78. | How many participants who were directly provided with employment services **obtained employment**? | | |
| | A. For participants receiving post-release services | NR | NR |
| | **Performance Measurement** | **TREATMENT INTERVENTIONS AND SERVICES - Educational Services** | |
| | | **Jan - Mar 20** | **Apr - Jun 20** |
| 79. | Does the mentoring program refer individuals out to other agencies to receive educational services? | Yes | Yes |
| 80. | How many **NEW participants** were **referred out** to receive educational services? | | |
| | A. For participants receiving post-release services | 0 | 0 |
| 81. | Does the mentoring program provide educational services **directly** to participants? | No | No |
| 82. | How many **total** participants were **enrolled** in educational services that were **directly provided** during the reporting period? | | |
| | A. For participants receiving post-release services | NR | NR |
| 83. | How many **NEW participants** were **enrolled** in educational services that were **directly provided**? | | |
| | A. For participants receiving post-release services | NR | NR |
| 84. | How many participants who were directly provided with educational services obtained a **high school diplom**a or **equivalent (GED)**? | NR | NR |
| 85. | How many participants who were directly provided with educational services obtained a **vocational certificate**? | | |
| | A. For participants receiving post-release services | NR | NR |
| 86. | How many participants who were directly provided with educational services obtained a **higher education**? | | |
| | A. For participants receiving post-release services | NR | NR |
| | **Performance Measurement** | **TREATMENT INTERVENTIONS AND SERVICES - Housing Services** | |
| | | **Jan - Mar 20** | **Apr - Jun 20** |
| 87. | Does the mentoring program **refer** individuals out to other agencies to receive housing services? | Yes | Yes |
| 88. | How many **NEW participants** were **referred out** to receive housing services? | | |
| | A. For participants receiving post-release services | 0 | 0 |
| 89. | Does the mentoring program provide housing services **directly** to participants? | No | No |
| 90. | How many **total** participants were **enrolled** in housing services that were **directly provided** during the reporting period? | | |
| | A. For participants receiving post-release services | NR | NR |
| 91. | How many **NEW participants** were **enrolled** in housing services that were **directly provided**? | | |

| | | | |
|---|---|---|---|
| A. For participants receiving post-release services | | NR | NR |
| 92. How many participants who were directly provided with services **obtained housing**? | | NR | NR |

*NR = not reported

| **Performance Measurement** | **Affordable Care Act (ACA) Implementation Health Reform - Direct Services** | |
|---|---|---|
| | **Jan - Mar 20** | **Apr - Jun 20** |
| 1. During the reporting period, did you serve or provide direct services to a population of program participants? Services delivered to participants can be funded through a direct grant, contract, or subaward. | Yes | Yes |

| **Performance Measurement** | **Affordable Care Act (ACA) Implementation Health Reform - Eligibility and Enrollment** | |
|---|---|---|
| | **Jan - Mar 20** | **Apr - Jun 20** |
| 2. Does your program track health care coverage for participants? This includes screening participants for health care eligibility, providing enrollment services/support, or tracking/gathering information regarding participants who already have health care. Health care includes programs such as Medicaid, Medicare, or veterans benefits. | No | No |

| **Performance Measurement** | **Affordable Care Act (ACA) Implementation Health Reform - Eligibility and Enrollment** | | |
|---|---|---|---|
| **Measure** | During the reporting period how many NEW program participants came into the program with: (NEW participants are those who began participating in the program for the first time during the reporting period.) | During the reporting period how many program participants were found to be ELIGIBLE for: (Eligible participants are those who meet the requirements to qualify for health care coverage. Not all eligible applicants will necessarily be enrolled in coverage.) | During the reporting period how many program participants were ENROLLED in: (Enrolled participants are those who were enrolled in health care benefits during the reporting period.) |
| **Jan - Mar 20** | | | |
| 3. Please complete the following table about health care and Medicaid coverage for your program during the reporting period. | | | |
| **ANY** health care coverage (Health care coverage includes both private health insurance and government health benefits. Examples include health insurance that is employment based, marketplace coverage/self-insured, Medicare, Medicaid, military health care, or benefits from the Department of Veterans Affairs.) | NR | NR | NR |
| Of those, **Medicaid** coverage (Medicaid is a joint federal–state program that provides health coverage or nursing home coverage to people meeting the Federal low-income level qualifications, including children, pregnant women, parents of eligible children, people with disabilities, and elderly people needing nursing home care.) | NR | NR | NR |

*NR = not reported

| **Measure** | During the reporting period how many NEW program participants came into the program with: (NEW participants are those who began participating in the program for the first time during the reporting | During the reporting period how many program participants were found to be ELIGIBLE for: (Eligible participants are those who meet the requirements to qualify for health care coverage. Not all eligible applicants will necessarily be enrolled in | During the reporting period how many program participants were ENROLLED in: (Enrolled participants are those who were enrolled in health care benefits during the reporting period.) |
|---|---|---|---|

| Measures | (During the reporting period.) | (...necessarily be enrolled in coverage.) | (...reporting period.) |
|---|---|---|---|
| **Apr - Jun 20** | | | |
| **ANY** health care coverage (Health care coverage includes both private health insurance and government health benefits. Examples include health insurance that is employment based, marketplace coverage/self-insured, Medicare, Medicaid, military health care, or benefits from the Department of Veterans Affairs.) | NR | NR | NR |
| Of those, **Medicaid** coverage (Medicaid is a joint federal–state program that provides health coverage or nursing home coverage to people meeting the Federal low-income level qualifications, including children, pregnant women, parents of eligible children, people with disabilities, and elderly people needing nursing home care.) | NR | NR | NR |

*NR = not reported

| Measures | During the reporting period how many program participants were found to be ELIGIBLE at exit for: (Eligible participants are those who meet the requirements to qualify for health care coverage. Not all eligible applicants will necessarily be enrolled in coverage.) | During the reporting period how many program participants were ENROLLED at exit in: (Enrolled participants are those who were enrolled in health care benefits at program exit.) |
|---|---|---|
| **Jan - Mar 20** | | |

4. Please complete the following table for health care and Medicaid coverage for participants EXITING the program during the reporting period. Program exit can either mean successfully completing program requirements or unsuccessfully exiting without completing all program requirements and can occur at any time during the reporting period.

| Measures | Eligible | Enrolled |
|---|---|---|
| **ANY** health care coverage (Health care coverage includes both private health insurance and government health benefits. Examples include health insurance that is employment based, marketplace coverage/self-insured, Medicare, Medicaid, military health care, or benefits from the Department of Veterans Affairs.) | NR | NR |
| Of those, **Medicaid** coverage (Medicaid is a joint federal–state program that provides health coverage or nursing home coverage to people meeting the Federal low-income level qualifications, including children, pregnant women, parents of eligible children, people with disabilities, and elderly people needing nursing home care.) | NR | NR |

*NR = not reported

| Measures | During the reporting period how many program participants were found to be ELIGIBLE at exit for: (Eligible participants are those who meet the requirements to qualify for health care coverage. Not all eligible applicants will necessarily be enrolled in coverage.) | During the reporting period how many program participants were ENROLLED at exit in: (Enrolled participants are those who were enrolled in health care benefits at program exit.) |
|---|---|---|
| **Apr - Jun 20** | | |
| **ANY** health care coverage (Health care coverage includes both private health insurance and government health benefits. Examples include health insurance that is employment based, marketplace coverage/self-insured, Medicare, Medicaid, military health care, or benefits from the Department of Veterans Affairs.) | NR | NR |

| | |
|---|---|
| Of those, **Medicaid** coverage | NR |
| (Medicaid is a joint federal–state program that provides health coverage or nursing home coverage to people meeting the Federal low-income level qualifications, including children, pregnant women, parents of eligible children, people with disabilities, and elderly people needing nursing home care.) | NR |

*NR = not reported

## Grantee Comments

Grantee comments were added as follows:

| January to March 2020 |
|---|
| [No Comments Entered] |

| April to June 2020 |
|---|
| [No Comments Entered] |

# Narrative

Grantee-level narrative for the period January 1, 2020 - June 30, 2020 were reported as follows:

| Narrative Information<br>If applicable above, select 'Enter Narrative'. |
|---|
| **Question:** What were your accomplishments during reporting period? |
| **Response:** Our accomplishment was during the COVID-19 pandemic we were able to continue our programming with part of our post-release population via Telehealth. |
| **Question:** What goals were accomplished, as they relate to your grant application? |
| **Response:** We were able to continue with our modules, gather data for research, and meet with our stakeholders via Telehealth. |
| **Question:** What problems/barriers did you encounter, if any, within the reporting period that prevented you from reaching your goals or milestones? |
| **Response:** The COVID-19 pandemic prevented us from completing our case management referral needs, as well as limiting the interactions with our probation and parole officers. Also, it prevented us from providing services to our pre-release population at the Cook County jail because of their lock down due their outbreak of COVID-19. In addition, services were discontinued at our post-release Special Needs Unit because of the State's Stay at Home Order. Housing for sex offenders is an ongoing barrier, specifically transitional housing. Our pre-release population at the Cook County Department of Corrections is holding individuals accused of a sex offense crimes without conviction and cannot be released due to a lack of housing and court calls. Our post-release partners, Illinois Department of Corrections, is holding people who should be on parole because of the lack of housing. I sent this letter to the Director of the Illinois Department of Corrections and copied Congressman Danny K. Davis, Congresswoman Robyn Kelly, Chicago Mayor Lori Lightfoot, and other Illinois Department of Corrections staff. This letter and other documents addresses this housing issue. This is the link to the letter and documents I sent to the Illinois Department of Corrections Director, Rob Jeffreys: https://drive.google.com/file/d/13tKaMkpHUK3qXMmAV_o9jttY2pG4O849/view?usp=sharing.<br><br>I copied IDOC staff. This is a reply to Ms. Jennifer Parrack, Director of IDOC Reentry Program, who responded to my letter to Director Jeffreys: Thank you. I know the processes. My interest is advocacy and promotion of the Second Chance Act. As stated before, I am a member of Congressman Davis' Second Chance Act Advisory Committee since 2007, now known as Reentry Committee. I have also been a peer reviewer for the Department of Justice, Bureau of Justice Assistance, Office of Justice Programs since 2009. States, Counties, Local Municipalities, and Local City Wards accepting Second Chance Act funding must adhere to all components of the Act/Bill, which includes housing all returning citizens if reporting they are providing any type housing. We cannot discriminate against any class of returning citizens. Therefore, States, Counties, Local Municipalities and Cities should not receive Second Chance Act funding if they are going to restrict housing for a particular group or class of returning citizens. All of us have a duty to advocate for this population, which in this case are sex offenders being released from jails and prisons needing transitional and permanent housing. I am adding Andre Bethea to this email chain. Mr. Bethea is Policy Advisor - Corrections, Bureau of Justice Assistance, Office of Justice Programs, U.S. Department of Justice. |
| **Question:** Is there any assistance that BJA can provide to address any problems/barriers identified in question #3? |
| **Response:** Yes<br><br>DOJ, BJA, OJP should evaluate the feasibility of providing funding to State, Cities, and Local Government that do not provide housing options according to the Second Chance Act. |
| **Question:** Are you on track to fiscally and programmatically complete your program as outlined in your grant application? (Please answer YES or NO and if no, please explain.) |
| **Response:** No<br><br>COVID-19 has prevented us from fulfilling the goals and objectives our P&I Implementation Guide. |
| **Question:** What major activities are planned for the next 6 months? |
| **Response:** Reinstitution of our trauma and mentoring curricula as outlined in our P&I Implementation Guide. The re-engagement of our programs with the Cook County jail and Special Needs Unit. We will continue to advocate for 90-day transitional and permanent housing. |
| **Question:** Based on your knowledge of the criminal justice field, are there any innovative programs/accomplishments that you would like to share with BJA? |
| **Response:** The sharing of our MA`AT program, which is an innovative approach, is designed to serve and facilitate the successful reentry of the sex offender population. |
| **Question:** Does the grantee have any success stories that BJA can highlight and share with the public? |
| **Response:** Yes<br><br>Since enrollment, we have a high rate of retention and a large percentage of our population is still employed. |

For more information contact bjapmt@ojp.usdoj.gov
Toll-free Technical Assistance Helpdesk Number: 1-888-252-6867