## Fwd: COVID-19 Form

From: Dr. Fred Nance Jr. (drfred.nancejr@gmail.com)

To: frednance@clickservices.org

Date: Tuesday, August 25, 2020, 09:40 AM CDT

Dr. Witherspoon data received and measuring instruments for COVID 19

---------- Forwarded message ---------
From: **Dr. Karen Witherspoon** <doctorwitherspoon@gmail.com>
Date: Tue, Aug 25, 2020 at 3:33 AM
Subject: Re: COVID-19 Form
To: Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

Hello, thank you for this thorough summary and reminders. I did research COVID-19 forms but I think the team should discuss in what way they want to formally collect this information, if at all. I believe if we are going to give actual instruments the DOJ Rep said we would have to request a modification. Otherwise, we can choose items off of the attached examples that could be more discussion points led by the mentors. Note that the Corona Anxiety Scale is brief and simple. See attached docs.

I am not sure what I meant by I would develop a summary of service delivery. I have down that I was supposed to confirm what was in the last box of data that you delivered to my South Holland office. Attached is the updated MAAT Data listing. Note that 1 person wrote his name (Sayo D.??) but did not have a participant ID on the cover of his MH/SA surveys.

You are correct. I would need attendance sheets on each participant from the beginning of the project, October 1, 2019. or participant ID 2001.

Good news regarding access to Cook County. From an evaluation standpoint, doubling up on service delivery means that you won't be able to make comparisons to your Outpatient groups at EMAGES who only received one session a week.

As shared earlier this summer, I have not made a final determination about how I will capture the data since the university switched from SPSS to Qualtrics. This is the first week of the semester so I have not had an opportunity to find out what kind of student research support I will have. Let me reach out to a few people at CSU and I will confirm a data software plan.

Karen McCurtis Witherspoon, Ph.D.
President & Chief Clinical Psychologist
**Voice:** (773) 819-5504
**Website:** http://www.help-llc.org

**PRIVILEGED AND CONFIDENTIALITY NOTICE:** This email (and/or the documents accompanying such) may contain privileged/confidential information. Such information is intended only for the use of the individual or entity above. If you are not the named or intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone to arrange for the secure return of this document.

**Chicago Offices:** 1525 E. 53rd Street, Suite 425, Chicago, IL 60615
2930 S. Michigan Avenue, Suite 100, Chicago, IL 60616

**Suburban Offices:** 401 E. 162nd Street, Suite 103, South Holland, IL 60473

On Sat, Aug 22, 2020 at 2:02 PM Dr. Fred Nance Jr. <drfred.nancejr@gmail.com> wrote:
> Good afternoon. I was reviewing our meeting on July 22, 2020. I believe you stated developing a form we could use to ask the participants how COVID-19 affected them. It is supposed to be a series of questions. I also wrote you would develop a summary of service delivery. Can you send me these documents?
>
> On August 5, 2020 at our meeting, it was reported you would receive attendance sheets demonstrating how many sessions each participant attended. To be clear, I believe you are seeking attendance sheets from the start of the program. Sheila provided me a sample of an attendance sheet, but left out the 5th week of attendance. I requested she correct it. Sheila has not responded to me. Am I correct, you want attendance sheets from the beginning of the project, October 1, 2019?
>
> On August 7, 2020 Daniel and I met with the Cook County jail via Zoom. In attendance was Chief Jane Gubser and Program Director Ronald Howard, Daniel and I. Chief Jane Gubser reported she sees us as partners. The jail is attempting to open up somewhere around the 1st of September. Therefore, we will be able to sustain our pre-release schedule. Daniel and I informed the jail representatives we would double up on our service delivery so we can catch up to the other services the 5 groups at EMAGES have achieved.
>
> The Illinois Department of Corrections Special Needs Unit has not gotten back to us when they will reopen. When they do reopen, we will present the same strategy for service delivery as reported here with the Cook County jail.
>
> Finally, I requested from you the last forms I delivered to your South Holland office so I would know where I left off. I think you sent me a date via email, but I cannot find the email. Can you resend it? In addition, can you send me the format and/or scheduling of data so I can review how data is being captured? Thanks.
>
> If you have additional questions, please do hesitate to contact me with them. Thanks.
>
> --
> /s/Dr. Fred Nance Jr., Ph.D.
> Human Services/Social Policy Analysis
> Program and Policy Development
> 708-921-1395

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

 Covid Pandemic Questionnaire_English.pdf
167.1kB

 Corona Anxiety Scale.pdf
71.2kB

 Psychological_Stress_Associated_with_the_COVID-19_Crisis_14.pdf
146.1kB

 COVID_Impact_on_Health_Wellbeing_Eng.pdf
116.8kB

 MAAT Data Listing .docx
17.4kB

| CAS | | | | | | |
|---|---|---|---|---|---|---|
| How often have you experienced the following activities over <u>the last 2 weeks</u>? | | *Not at all* | *Rare, less than a day or two* | *Several days* | *More than 7 days* | *Nearly every day over the last 2 weeks* |
| 1. | I felt dizzy, lightheaded, or faint, when I read or listened to news about the coronavirus. | 0 | 1 | 2 | 3 | 4 |
| 2. | I had trouble falling or staying asleep because I was thinking about the coronavirus. | 0 | 1 | 2 | 3 | 4 |
| 3. | I felt paralyzed or frozen when I thought about or was exposed to information about the coronavirus. | 0 | 1 | 2 | 3 | 4 |
| 4. | I lost interest in eating when I thought about or was exposed to information about the coronavirus. | 0 | 1 | 2 | 3 | 4 |
| 5. | I felt nauseous or had stomach problems when I thought about or was exposed to information about the coronavirus. | 0 | 1 | 2 | 3 | 4 |
| | | | | | | |
| | Column Totals | _____ + | _____ + | _____ + | _____ + | _____ + |
| | | | | | | |
| | | | | Total Score _____ | | |

**Basic information**

The coronavirus anxiety scale (CAS) is a self-report mental health screener of dysfunctional anxiety associated with the coronavirus crisis. Because a significant number of people experience clinically significant fear and anxiety during an infectious disease outbreak, the CAS was developed to help clinicians and researchers efficiently identify cases of individuals functionally impaired by coronavirus-related anxiety.

**Psychometric properties**

Independent studies of adults residing across the United State have demonstrated that the CAS is a reliable instrument ($as > .90$), with solid factorial (single-factor; invariant across sociodemographics) and construct (correlated with anxiety, depression, suicidal ideation, and drug/alcohol coping) validity. The diagnostic properties of the CAS (90% sensitivity and 85% specificity) are comparable to related screening instruments, such as the Generalized Anxiety Disorder-7.

**Scoring and interpretation**

Each item of the CAS is rated on a 5-point scale, from 0 (*not at all*) to 4 (*nearly every day*), based on experiences over the past two weeks. This scaling format is consistent with the DSM-5's cross-cutting symptom measure. A CAS total score ≥ 9 indicates probable dysfunctional coronavirus-related anxiety. Elevated scores on a particular item or a high total scale score (≥ 9) may indicate problematic symptoms for the individual that might warrant further assessment and/or treatment. Clinical judgement should guide the interpretation of the CAS results.

**Use**

The CAS is placed in the public domain to encourage its use in clinical assessment and research. No formal permission is therefore required for its reproduction and use by others, beyond appropriate citation:
Lee, S. A. (2020). Coronavirus Anxiety Scale: A brief mental health screener for COVID-19 related anxiety. *Death Studies.* https://doi.org/10.1080/07481187.2020.1748481

# COVID-19 Impact on Health and Wellbeing Survey

Please read the information about the study below and indicate whether or not you'd like to participate.

CONSENT FORM

This research is being conducted by Dr. Candace Robledo, Department of Population Health and Biostatistics at The University of Texas Rio Grande Valley School of Medicine.

The purpose of this study is to examine the impact of shelter in place/home orders on the mental health and wellbeing of individuals.

This anonymous survey is broken into several sections and should take about 20-30 minutes to complete.

Participation in this research is completely voluntary. If there are any questions which you are uncomfortable with answering, feel free to skip that question and leave the answer blank.

You must be at least 18 years old to participate. If you are not 18 or older, please do not complete the survey.

By completing this survey, you are granting your consent to participate in the survey and confirming that you are at least 18 years old.

All survey responses received will be treated confidentially and stored on a secure server. However, given that the surveys can be completed from any computer (e.g., personal, work, school), there is no guarantee of the security of the computer on which you choose to enter your responses. As a participant in this study, please be aware that certain technologies exist that can be used to monitor or record data and/or websites that are visited.

This survey is completely anonymous and will not collect individually identifiable information.

This research has been reviewed and approved by the University of Texas Rio Grande Valley Institutional Review Board for Human Subjects Protection (IRB). If you have any questions about your rights as a participant, or if you feel that your rights as a participant were not adequately met by the researcher, please contact the IRB at (956) 665-3598 or irb@utrgv.edu.

_____

| **Please tell us a little about yourself and your household.** |  |
|---|---|
| Are you currently living under a shelter in place or shelter in home order? | ○ Yes<br>○ No<br>○ I don't know |
| When was the first day you were asked to stay home? | _____<br>(If you can't remember the exact date, enter an approximate date) |
| Have you lived under a shelter in place or shelter in home order within the past 6 months? | ○ Yes<br>○ No |
| First day you stayed home | _____<br>(If you can't remember the exact date, enter an approximate date) |
| Last day you stayed home | _____<br>(If you can't remember the exact date, enter an approximate date) |
| How likely do you think it is that you have COVID-19 right now? | ○ Very unlikely<br>○ Unlikely<br>○ Somewhat likely<br>○ Likely<br>○ Very likely |
| Are you or anyone in your household currently self-isolating because of a suspected COVID-19 infection? | ○ Yes<br>○ No |
| What is the zip code of your current address? | _____ |
| What is your age? | _____<br>(years) |
| What is your gender? | ○ Male<br>○ Female<br>○ Non-binary<br>○ Transgender<br>○ Other |
| Are you pregnant? | ○ Yes<br>○ No |
| Are you currently... | ○ married?<br>○ widowed?<br>○ separated?<br>○ divorced?<br>○ single, never married?<br>○ a member of an unmarried couple? |
| Do you consider yourself to be of Hispanic, Latino/a, or Spanish origin? | ○ Yes<br>○ No |

projectredcap.org



| Please select one or more categories that best describe you. | ☐ Mexican, Mexican American, Chicano/a<br>☐ Puerto Rican<br>☐ Cuban<br>☐ Another Hispanic, Latino/a, or Spanish origin |
|---|---|
| Choose one or more of the following categories that best describe your race. | ☐ White<br>☐ Black<br>☐ Asian/Pacific Islander<br>☐ American Indian/Aleut/Eskimo<br>☐ Other (specify) |
| Please specify | _____ |
| Do you have any kind of health care coverage, including health insurance, prepaid plans such as HMOs, or government plans such as Medicare, or Indian Health Service? | ○ Yes<br>○ No<br>○ Don't know/Not sure |
| What was the highest level of school that you completed? | ○ Did not finish high school<br>○ High school or GED<br>○ Some college, Associate's Degree and/or technical school<br>○ College, Post graduate, or professional school |
| What is your annual household income from all sources? | ○ $10,000 or less (less than $833 per month)<br>○ $10,000-$19,999 ($833-$1,666 per month)<br>○ $20,000-$29,999 ($1,667-$2,499 per month)<br>○ $30,000-$39,999 ($2,500-$3,332 per month)<br>○ $40,000-$49,999 ($3,333-$4,166 per month)<br>○ $50,000-$59,999 ($4,167-$4,999 per month)<br>○ $60,000-$69,999 ($5,000-$5,833 per month)<br>○ $70,000-$79,999 ($5,834-$6,666 per month)<br>○ $80,000-$89,999 ($6,667-$7,500 per month)<br>○ $90,000-$99,999 ($7,501-$8,333 per month)<br>○ $100,000 and over ($8,334 or over) |
| Which best describes your employment status? | ○ Employed for wages<br>○ Self-employed<br>○ Out of work for one year or more<br>○ Out of work for less than one year<br>○ Homemaker<br>○ Student<br>○ Retired<br>○ Unable to work<br>○ Other |
| Have you reported in person to your work site in the last week? | ○ Yes<br>○ No |
| Did you lose your job or any wages because of the COVID-19 pandemic? | ○ Yes<br>○ No |
| In the last two weeks have you worked or volunteered in a hospital, emergency room, clinic, medical office, long term care facility or nursing home, ambulance service, first responder services, or any healthcare setting or taking care of patients as a student or as part of your work? | ○ Yes<br>○ No |

| What is the total number of people that live in your home? | ○ 1<br>○ 2<br>○ 3<br>○ 4<br>○ 5<br>○ 6 or more<br>(include yourself, all other adults and children) |
|---|---|
| Of the total number of people in your household, how many are 65 years of age or older? | ○ 0<br>○ 1<br>○ 2<br>○ 3<br>○ 4<br>○ 5<br>○ 6 or more |
| Of the total number of people in your household, how many are 18 years of age or younger? | ○ 0<br>○ 1<br>○ 2<br>○ 3<br>○ 4<br>○ 5<br>○ 6 or more |
| Do you have a pet? | ○ Yes<br>○ No |
| How many pets do you have? | ○ 1<br>○ 2<br>○ 3<br>○ 4<br>○ 4 or more |

Confidential

# COVID-19 Impact on Health and Wellbeing Survey

This is section 2 of 17. This section of the survey will ask you questions about how you have been feeling for the past couple of weeks.

When you're ready to move on, click the submit button at the end of this section.

| Over the past two weeks, how often have you been bothered by any of the following problems? |
|---|

| Little interest or pleasure in doing things | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
|---|---|
| Feeling down, depressed or hopeless | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| Trouble falling asleep, staying asleep, or sleeping too much | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| Feeling tired or having little energy | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| Poor appetite or overeating | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| Feeling bad about yourself - or that you're a failure or have let yourself or your family down | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| Trouble concentrating on things, such as reading the newspaper or watching television | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| Moving or speaking so slowly that other people could have noticed. Or, the opposite - being so fidgety or restless that you have been moving around a lot more than usual | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |

projectredcap.org REDCap

| Thoughts that you would be better off dead or of hurting yourself in some way | ◯ Not at all |
| | ◯ Several days |
| | ◯ More than half the days |
| | ◯ Nearly every day |
| | (If you are in immediate distress, please call 911. Call the national suicide prevention hotline at 1-800-273-8255.) |

# COVID-19 Impact on Health and Wellbeing Survey

This is section 3 of 17. This section of the survey will ask you questions about how you have been feeling for the past couple of weeks.

When you're ready to move on, click the submit button at the end of this section.

| Over the past two weeks, how often have you been bothered by any of the following problems? |
| --- |

| Feeling nervous, anxious, or on edge | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| --- | --- |
| Not being able to stop or control worrying | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| Worrying too much about different things | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| Trouble relaxing | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| Being so restless that it's hard to sit still | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| Becoming easily annoyed or irritable | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |
| Feeling afraid as if something awful might happen | ○ Not at all<br>○ Several days<br>○ More than half the days<br>○ Nearly every day |

projectredcap.org

REDCap

Confidential

# COVID-19 Impact on Health and Wellbeing Survey

This is section 4 of 17. This section of the survey will ask you questions about your level of comfort with health forms and visiting the doctor.

When you're ready to move on, click the submit button at the end of this section.

| During a pandemic, it is important to understand how you receive and process health information. | |
| --- | --- |
| How often do you have someone help you read hospital materials? | ○ Always<br>○ Often<br>○ Sometimes<br>○ Occasionally<br>○ Never |
| How confident are you filling out medical forms by yourself? | ○ Not at all<br>○ A little bit<br>○ Somewhat<br>○ Quite a bit<br>○ Extremely |
| How often do you have problems learning about your medical condition because of difficulty understanding written information? | ○ Always<br>○ Often<br>○ Sometimes<br>○ Occasionally<br>○ Never |
| How often do you have a problem understanding what is told to you about your medical condition? | ○ Always<br>○ Often<br>○ Sometimes<br>○ Occasionally<br>○ Never |

projectredcap.org

REDCap

Confidential

# COVID-19 Impact on Health and Wellbeing Survey

This is section 5 of 17. This section of the survey will ask you questions about how much you trust various sources of information about COVID-19.

When you're ready to move on, click the submit button at the end of this section.

| How much do you trust the following sources of COVID-19 related health information? | | | | | |
|---|---|---|---|---|---|
| | Strongly disagree | Disagree | Neutral | Agree | Strongly agree |
| Physician | ○ | ○ | ○ | ○ | ○ |
| Pharmacist | ○ | ○ | ○ | ○ | ○ |
| Private or public healthcare provider | ○ | ○ | ○ | ○ | ○ |
| Family members | ○ | ○ | ○ | ○ | ○ |
| Friends | ○ | ○ | ○ | ○ | ○ |
| National television | ○ | ○ | ○ | ○ | ○ |
| Cable television | ○ | ○ | ○ | ○ | ○ |
| Magazines | ○ | ○ | ○ | ○ | ○ |
| Newspapers | ○ | ○ | ○ | ○ | ○ |
| Radio | ○ | ○ | ○ | ○ | ○ |
| Social media | ○ | ○ | ○ | ○ | ○ |
| Non-profit organizations | ○ | ○ | ○ | ○ | ○ |
| Government organizations | ○ | ○ | ○ | ○ | ○ |

projectredcap.org

REDCap

# COVID-19 Impact on Health and Wellbeing Survey

This is section 6 of 17. This section of the survey will ask you questions about your opinions of shelter in place/at home orders.

When you're ready to move on, click the submit button at the end of this section.

| How much do you agree with the following statements regarding COVID-19 shelter in place orders? | Strongly disagree | Disagree | Agree | Strongly agree |
|---|:---:|:---:|:---:|:---:|
| I can safely stay in my home for at least 15 days. | ○ | ○ | ○ | ○ |
| I will do my part to protect the health of everyone in my community. | ○ | ○ | ○ | ○ |
| Shelter in place orders are inconvenient and unnecessary. | ○ | ○ | ○ | ○ |
| I only leave my home for essential reasons. | ○ | ○ | ○ | ○ |
| If I leave my home, my trip is as short as possible. | ○ | ○ | ○ | ○ |
| If I leave my home, I stay at least 6 feet (2 meters) away from others. | ○ | ○ | ○ | ○ |
| If I leave my home, I go alone in order to protect the rest of my family. | ○ | ○ | ○ | ○ |

projectredcap.org 

# COVID-19 Impact on Health and Wellbeing Survey

This is section 7 of 17. This section of the survey will ask you about your feelings and thoughts during sheltering in place/at home.

When you're ready to move on, click the submit button at the end of this section.

| While sheltering in place/at home, how often have you... |
|---|

been upset because of something that happened unexpectedly?
- ○ Never
- ○ Almost never
- ○ Sometimes
- ○ Fairly often
- ○ Very often

felt that you were unable to control the important things in your life?
- ○ Never
- ○ Almost never
- ○ Sometimes
- ○ Fairly often
- ○ Very often

felt nervous and stressed?
- ○ Never
- ○ Almost never
- ○ Sometimes
- ○ Fairly often
- ○ Very often

felt confident about your ability to handle your personal problems?
- ○ Never
- ○ Almost never
- ○ Sometimes
- ○ Fairly often
- ○ Very often

felt that things were going your way?
- ○ Never
- ○ Almost never
- ○ Sometimes
- ○ Fairly often
- ○ Very often

found that you could not cope with all the things you had to do?
- ○ Never
- ○ Almost never
- ○ Sometimes
- ○ Fairly often
- ○ Very often

been able to control irritations in your life?
- ○ Never
- ○ Almost never
- ○ Sometimes
- ○ Fairly often
- ○ Very often

felt that you were on top of things?
- ○ Never
- ○ Almost never
- ○ Sometimes
- ○ Fairly often
- ○ Very often

projectredcap.org

REDCap

| been angered because of things that happened that were outside of your control? | ○ Never<br>○ Almost never<br>○ Sometimes<br>○ Fairly often<br>○ Very often |
|---|---|
| felt difficulties were piling up so high that you could not overcome them? | ○ Never<br>○ Almost never<br>○ Sometimes<br>○ Fairly often<br>○ Very often |

# COVID-19 Impact on Health and Wellbeing Survey

Confidential

This is section 8 of 17. This section of the survey will ask you questions about how you feel about your financial situation.

When you're ready to move on, click the submit button at the end of this section.

| | |
|---|---|
| While sheltering in place/at home, how hard has it been for you to pay for the very basics like food, housing, medical care, and heating? Would you say... | ○ very hard<br>○ hard<br>○ somewhat hard<br>○ not very hard |
| How would you describe the money situation in your household right now? | ○ comfortable with extra<br>○ enough but no extra<br>○ have to cut back<br>○ cannot make ends meet |

projectredcap.org REDCap

# COVID-19 Impact on Health and Wellbeing Survey

This is section 9 of 17. This section will ask you about your resilience.

When you're ready to move on, click the submit button at the end of this section.

**Consider how well the following statements describe your behavior and actions on a scale from 1 to 5, 1 being "Does not describe me at all" and 5 being "Describes me very well." Please select the number that best reflects your behavior.**

|  | Does not describe me at all 1 | 2 | 3 | 4 | Describes me very well 5 |
|---|---|---|---|---|---|
| I look for creative ways to alter difficult situations. | ○ | ○ | ○ | ○ | ○ |
| Regardless of what happens to me, I believe I can control my reaction to it. | ○ | ○ | ○ | ○ | ○ |
| I believe I can grow in positive ways by dealing with difficult situations. | ○ | ○ | ○ | ○ | ○ |
| I actively look for ways to replace the losses I encounter in life. | ○ | ○ | ○ | ○ | ○ |

REDCap

*Confidential*

# COVID-19 Impact on Health and Wellbeing Survey

This is section 10 of 17. This section will ask you if you have been mistreated.

When you're ready to move on, click the submit button at the end of this section.

| How often does anyone, including family, | Never | Rarely | Sometimes | Fairly often | Frequently |
|---|---|---|---|---|---|
| physically hurt you? | ○ | ○ | ○ | ○ | ○ |
| insult or talk down to you? | ○ | ○ | ○ | ○ | ○ |
| threaten you with harm? | ○ | ○ | ○ | ○ | ○ |
| scream or curse at you? | ○ | ○ | ○ | ○ | ○ |

projectredcap.org

REDCap

Confidential

# COVID-19 Impact on Health and Wellbeing Survey

This is section 11 of 17. This section of the survey will ask you how you feel about different aspects of your life.

When you're ready to move on, click the submit button at the end of this section.

| **For each question, choose how often you feel that way.** |
| --- |

| How often do you feel that you lack companionship? | ○ hardly ever<br>○ some of the time<br>○ often |
| --- | --- |
| How often do you feel left out? | ○ hardly ever<br>○ some of the time<br>○ often |
| How often do you feel isolated from others? | ○ hardly ever<br>○ some of the time<br>○ often |

REDCap

# COVID-19 Impact on Health and Wellbeing Survey

This is section 12 of 17. This section of the survey will ask you about your neighborhood.

When you're ready to move on, click the submit button at the end of this section.

| Consider your neighborhood to be the area within 5 minutes walking distance from your home. Please rate how much the following affect you in your neighborhood: | | | |
|---|---|---|---|
| | Not a problem | Some problem | A big problem |
| Loud noise (e.g. traffic, construction, loud music) | ○ | ○ | ○ |
| Litter on the streets | ○ | ○ | ○ |
| People using or selling drugs | ○ | ○ | ○ |
| Crime (e.g. robberies, assaults) | ○ | ○ | ○ |
| No safe place for children to play | ○ | ○ | ○ |
| Not safe to walk alone at night | ○ | ○ | ○ |
| Stray dogs and other animals | ○ | ○ | ○ |

How does your neighborhood compare to others in your region?
○ Worse than others
○ The same as others
○ Better than others

What do you think of your neighborhood as a place to live?
○ Not at all a good place to live
○ Not a very good place to live
○ A fairly good place to live
○ A very good place to live

# COVID-19 Impact on Health and Wellbeing Survey

This is section 13 of 17.

When you're ready to move on to the next section, click the submit button at the end of this section.

**In answering the next set of questions, think about your current relationship with friends, family members, coworkers, community members, and so on. Please indicate to what extent you agree that each statement describes your current relationships with other people. Use the following scale to give your opinion. For example, if you feel a statement is very true of your current relationships, you would select "strongly agree". If you feel a statement clearly does not describe your relationships, you would select "strongly disagree".**

| | |
|---|---|
| There are people I can depend on to help me if I really need it. | ○ Strongly disagree <br> ○ Disagree <br> ○ Agree <br> ○ Strongly agree |
| There are people who enjoy the same social activities I do. | ○ Strongly disagree <br> ○ Disagree <br> ○ Agree <br> ○ Strongly agree |
| I have close relationships that provide me with a sense of emotional security and well-being. | ○ Strongly disagree <br> ○ Disagree <br> ○ Agree <br> ○ Strongly agree |
| There is someone I could talk to about important decisions in my life. | ○ Strongly disagree <br> ○ Disagree <br> ○ Agree <br> ○ Strongly agree |
| I have relationships where my competence and skills are recognized. | ○ Strongly disagree <br> ○ Disagree <br> ○ Agree <br> ○ Strongly agree |
| There is a trustworthy person I could turn to for advice if I were having problems. | ○ Strongly disagree <br> ○ Disagree <br> ○ Agree <br> ○ Strongly agree |
| I feel part of a group of people who share my attitudes and beliefs. | ○ Strongly disagree <br> ○ Disagree <br> ○ Agree <br> ○ Strongly agree |
| I feel a strong emotional bond with at least one other person. | ○ Strongly disagree <br> ○ Disagree <br> ○ Agree <br> ○ Strongly agree |

| There are people who admire my talents and abilities. | ◯ Strongly disagree |
| | ◯ Disagree |
| | ◯ Agree |
| | ◯ Strongly agree |

| There are people I can count on in an emergency. | ◯ Strongly disagree |
| | ◯ Disagree |
| | ◯ Agree |
| | ◯ Strongly agree |

# COVID-19 Impact on Health and Wellbeing Survey

This is section 14 of 17. This section of the survey will ask you about exercise and healthy eating.

When you're ready to move on, click the submit button at the end of this section.

| **Staying active and healthy eating are important to maintaining your health.** |
|---|

During the LAST 7 days (a week) while COVID-19 restrictions were in place, how many times on average did you do strenuous exercise where your heart beats rapidly (e.g., running, jogging, football, soccer, basketball, roller skating, vigorous swimming, vigorous long distance bicycling, other) for more than 10 minutes during your free time?
- ○ 0 days
- ○ 1 day
- ○ 2 days
- ○ 3 days
- ○ 4 days
- ○ 5 days
- ○ 6 days
- ○ 7 days / every day last week

On occasions when you do strenuous exercise, what is the average number of minutes you exercise?

_____

Compared to your normal level of strenuous exercise, is the amount of strenuous activity you did in the last 7 days...
- ○ less?
- ○ same?
- ○ more?

During the LAST 7 days (a week) while COVID-19 restrictions were in place, how many times on average did you do moderate exercise, not exhausting, (e.g. fast walking, baseball, tennis, easy bicycling, volleyball, easy swimming, dancing, other) for more than 10 minutes during your free time?
- ○ 0 days
- ○ 1 day
- ○ 2 days
- ○ 3 days
- ○ 4 days
- ○ 5 days
- ○ 6 days
- ○ 7 days / every day last week

On occasions when you do moderate exercise, what is the average number of minutes you exercise?

_____

Compared to your normal level of moderate exercise, is the amount of moderate activity you did in the last 7 days...
- ○ less?
- ○ same?
- ○ more?

During the LAST 7 days (a week) while COVID-19 restrictions were in place, how many times on average did you do mild exercise, requiring minimal effort, (e.g. yoga, fishing from river bank, bowling, golf, easy walking, other) for more than 10 minutes during your free time?
- ○ 0 days
- ○ 1 day
- ○ 2 days
- ○ 3 days
- ○ 4 days
- ○ 5 days
- ○ 6 days
- ○ 7 days / every day last week

On occasions when you do mild exercise, what is the average number of minutes you exercise?

_____

Compared to your normal level of mild exercise, is the amount of Mild activity you did in the last 7 days...
- ○ less?
- ○ same?
- ○ more?

Confidential

| How many portions of fruit, of any sort, do you eat on a typical day? | ○ 0 |
| | ○ 1 |
| | ○ 2 |
| | ○ 3 |
| | ○ 4 |
| | ○ 5 or more |

| How many portions of vegetables, excluding potatoes, do you eat on a typical day? | ○ 0 |
| | ○ 1 |
| | ○ 2 |
| | ○ 3 |
| | ○ 4 |
| | ○ 5 or more |

# COVID-19 Impact on Health and Wellbeing Survey

This is section 15 of 17. This section will ask you about your social networks.

When you're ready to move on, click the submit button at the end of this section.

| FAMILY: Considering the people to whom you are related by birth, marriage, adoption, etc. | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3-4 | 5-8 | 9 or more |
| How many relatives do you see or hear from at least once a month? | ○ | ○ | ○ | ○ | ○ | ○ |
| How many relatives do you feel at ease with that you can talk about private matters? | ○ | ○ | ○ | ○ | ○ | ○ |
| How many relatives do you feel close to such that you could call on them for help? | ○ | ○ | ○ | ○ | ○ | ○ |

| FRIENDSHIPS:  Considering all of your friends including those who live in your neighborhood | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3-4 | 5-8 | 9 or more |
| How many of your friends do you see or hear from at least once a month? | ○ | ○ | ○ | ○ | ○ | ○ |
| How many friends do you feel at ease with that you can talk about private matters? | ○ | ○ | ○ | ○ | ○ | ○ |
| How many friends do you feel close to such that you could call on them for help? | ○ | ○ | ○ | ○ | ○ | ○ |

projectredcap.org

REDCap

# COVID-19 Impact on Health and Wellbeing Survey

This is section 16 of 17.

When you're ready to move on, click the submit button at the end of this section.

| This section of the survey will ask you questions about faith, spirituality, and religion. |
|---|

**Which best describes your religious denomination/affiliation?**
- ○ None
- ○ Protestant
- ○ Catholic
- ○ Mormon
- ○ Jehovah's Witness
- ○ Jewish
- ○ Muslim
- ○ Buddhist
- ○ Hindu
- ○ Other

**I look to my faith as providing meaning and purpose in my life.**
- ○ Strongly disagree
- ○ Disagree
- ○ Agree
- ○ Strongly agree

**My faith is an important part of who I am as a person.**
- ○ Strongly disagree
- ○ Disagree
- ○ Agree
- ○ Strongly agree

**My faith impacts many of my decisions.**
- ○ Strongly disagree
- ○ Disagree
- ○ Agree
- ○ Strongly agree

**How often have you attended religious/spiritual services in the past 12 months?**
- ○ Never/Not applicable
- ○ Yearly/A few times a year
- ○ Monthly/A few times a month
- ○ About weekly
- ○ More than once a week
- ○ About daily
- ○ More than once a day

**In an average week, about how many hours do you spend in religious/spiritual activities in your home (such as praying, meditating, or reading religious books)?**
- ○ 0
- ○ 1
- ○ 2
- ○ 3
- ○ 4
- ○ 5 or more

REDCap

*Confidential*

# COVID-19 Impact on Health and Wellbeing Survey

This is section 17 of 17. This section of the survey will ask you questions about your family.

When you're ready to move on, click the submit button at the end of this section.

| **Please read each statement carefully, and decide how well it describes your own family. You should answer according to how you see your family.** |
|---|

| | |
|---|---|
| Planning family activities is difficult because we misunderstand each other. | ○ Strongly agree<br>○ Agree<br>○ Disagree<br>○ Strongly disagree |
| In time of crisis we can turn to each other for support. | ○ Strongly agree<br>○ Agree<br>○ Disagree<br>○ Strongly disagree |
| We cannot talk to each other about sadness we feel. | ○ Strongly disagree<br>○ Disagree<br>○ Agree<br>○ Strongly agree |
| Individuals are accepted for what they are. | ○ Strongly agree<br>○ Agree<br>○ Disagree<br>○ Strongly disagree |
| We avoid discussing our fears and concerns. | ○ Strongly agree<br>○ Agree<br>○ Disagree<br>○ Strongly disagree |
| We can express feelings to each other. | ○ Strongly agree<br>○ Agree<br>○ Disagree<br>○ Strongly disagree |
| There are lots of bad feelings in the family. | ○ Strongly agree<br>○ Agree<br>○ Disagree<br>○ Strongly disagree |
| We feel accepted for what we are. | ○ Strongly agree<br>○ Agree<br>○ Disagree<br>○ Strongly disagree |
| Making decisions is a problem for our family. | ○ Strongly agree<br>○ Agree<br>○ Disagree<br>○ Strongly disagree |

| We are able to make decisions about how to solve problems. | ○ Strongly agree<br>○ Agree<br>○ Disagree<br>○ Strongly disagree |
|---|---|
| We don't get along well together. | ○ Strongly agree<br>○ Agree<br>○ Disagree<br>○ Strongly disagree |
| We confide in each other. | ○ Strongly agree<br>○ Agree<br>○ Disagree<br>○ Strongly disagree |

# COVID-19 Impact on Health and Wellbeing Survey

This is section 16 of 16. This section of the survey will ask you questions about your childhood.

When you're ready to move on, click the submit button at the end of this section.

| While you were growing up, during the first 18 years of your life: | | |
|---|---|---|
| Did a parent or other adult in the household often or very often... Swear at you, insult you, put you down, or humiliate you? or Act in a way that made you afraid that you might be physically hurt? | ○ Yes | ○ No |
| Did a parent or other adult in the household often or very often... Push, grab, slap, or throw something at you? or Ever hit you so hard that you had marks or were injured? | ○ Yes | ○ No |
| Did an adult or person at least five years older than you ever... Touch or fondle you or have you touch their body in a sexual way? or Attempt or actually have oral, anal, or vaginal intercourse with you? | ○ Yes | ○ No |
| Did you often or very often feel that... No one in your family loved you or thought you were important or special? or Your family didn't look out for each other, feel close to each other, or support each other? | ○ Yes | ○ No |
| Did you often or very often feel that ... You didn't have enough to eat, had to wear dirty clothes, and had no one to protect you? or Your parents were too drunk or high to take care of you or take you to the doctor if you needed it? | ○ Yes | ○ No |
| Were your parents ever separated or divorced? | ○ Yes | ○ No |
| Was your mother or stepmother: Often or very often pushed, grabbed, slapped, or had something thrown at her? or Sometimes, often, or very often kicked, bitten, hit with a fist, or hit with something hard? or Ever repeatedly hit at least a few minutes or threatened with a gun or knife? | ○ Yes | ○ No |
| Did you live with anyone who was a problem drinker or alcoholic or who used street drugs? | ○ Yes | ○ No |
| Was a household member depressed or mentally ill, or did a household member attempt suicide? | ○ Yes | ○ No |
| Did a household member go to prison? | ○ Yes | ○ No |

projectredcap.org

**REDCap**

Confidential

# CoVid19 Community Survey

This is section 12 of 15. This section will ask you about your emotions. Before you answer the questions in this section, please think about your current situation in relation to the COVID19 pandemic.

If you do not want to answer one or more of the following questions, simply skip them. When you're ready to move on to the next section, click the submit button at the end of this section.

## Please select the choice that best reflects you.

| | Almost never | Sometimes | About half the time | Most of the time | Almost always |
|---|---|---|---|---|---|
| When I'm upset, it takes me a long time to feel better. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I believe there is nothing I can do to make myself feel better. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I believe that I will end up feeling very depressed. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I become embarrassed for feeling that way. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I feel guilty for feeling that way. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I become irritated at myself for feeling that way. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I become out of control. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I lose control over my behavior. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I have difficulty controlling my behavior. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I have difficulty focusing on other things. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I have difficulty concentrating. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I have difficulty getting work done. | ○ | ○ | ○ | ○ | ○ |
| I care about what I am feeling. | ○ | ○ | ○ | ○ | ○ |
| When I'm upset, I acknowledge my emotions. | ○ | ○ | ○ | ○ | ○ |
| I pay attention to how I feel. | ○ | ○ | ○ | ○ | ○ |
| I am confused about how I feel. | ○ | ○ | ○ | ○ | ○ |

projectredcap.org

**REDCap**

| | | | | | |
|---|---|---|---|---|---|
| I have difficulty making sense out of my feelings | ○ | ○ | ○ | ○ | ○ |
| I have no idea how I am feeling. | ○ | ○ | ○ | ○ | ○ |

Rek, Freeman, Reinhard, Keeser, & Padberg (2020)                                    1

**Covid-19 Pandemic Mental Health Questionnaire (CoPaQ)**

With the following questions we would like to learn about the personal and social **consequences of the COVID-19-pandemic (SARS-CoV-2)**.

First, we would like to ask you to answer the following initial questions.

| | | | |
|---|---|---|---|
| 1. Do you currently suffer from COVID-19 symptoms such as fever, dry cough, breathing problems, sore throat, loss of smell/taste, headaches or diarrhoea? | Yes | No | Don't know |
| 2. Have you been tested positive for SARS-CoV-2? | Yes | No | Don't know |
| 3. Have you been tested positive for Anti-SARS-CoV-2 antibodies? | Yes | No | Don't know |
| 4. Has someone close to you been infected with COVID-19? | Yes | No | Don't know |
| 5. Has a person close to you died in the course of a COVID-19 disease? | Yes | No | Don't know |
| 6. Has any of the people with whom you had direct contact in the past two weeks become infected with COVID-19? | Yes | No | Don't know |

7. Please indicate which of the following risk factors for a severe course of COVID-19 apply to you.

| | | |
|---|---|---|
| a) Older than 60 years | Yes | No |
| b) Cardiovascular disease | Yes | No |
| c) Diabetes | Yes | No |
| d) Immunodeficiency, or taking medication that suppresses the immune system (e.g. cortisone) | Yes | No |
| e) Chronic disease of the respiratory system (e.g. asthma, chronic bronchitis) | Yes | No |
| f) Chronic liver disease | Yes | No |
| g) Chronic kidney disease | Yes | No |
| h) Acute cancer | Yes | No |
| i) Cancer during past 5 years | Yes | No |
| j) Long-standing heavy cigarette consumption (more than 20 cigarettes per day in the last 5-10 years) | Yes | No |
| k) none of the above risk factors | Yes | No |

8. Please indicate which of the following risk factors for a severe course of COVID-19 apply to people living with you in a household.

| | | |
|---|---|---|
| a) Older than 60 years | Yes | No |
| b) Cardiovascular disease | Yes | No |
| c) Diabetes | Yes | No |
| d) Immunodeficiency, or taking medication that suppresses the immune system (e.g. cortisone) | Yes | No |
| e) Chronic disease of the respiratory system (e.g. asthma, chronic bronchitis) | Yes | No |
| f) Chronic liver disease | Yes | No |
| g) Chronic kidney disease | Yes | No |
| h) Acute cancer | Yes | No |
| i) Cancer during past 5 years | Yes | No |
| j) Long-standing heavy cigarette consumption (more than 20 cigarettes per day in the last 5-10 years) | Yes | No |

| | | | |
|---|---|---|---|
| k)   none of the above risk factors | Yes | No | |
| 9. Please indicate whether you are currently in quarantine. | Yes | No | |
| 10. *optional:* Please indicate the number of days you have been in quarantine. | | | |
| 11. Please indicate whether you are currently under a state-imposed curfew. | Yes | No | |
| 12. *optional:* Please indicate how many days you have been under the state-imposed curfew. | | | |
| 13. Please indicate if you are currently working remotely from home. | Yes | No | |
| 14. *optional:* Please indicate how many days you have been working remotely from home. | | | |
| 15. Please indicate whether you are engaged in an essential activity for the maintenance of critical infrastructure in accordance with the emergency plan. | | | |
| a)   doctors | Yes | No | |
| b)   nurses | Yes | No | |
| c)   clinical psychologists | Yes | No | |
| d)   public safety and national security guards | Yes | No | |
| e)   staff of local and national government | Yes | No | |
| f)   supermarket vendors | Yes | No | |
| g)   bakers | Yes | No | |
| h)   professional cleaners | Yes | No | |
| i)   if other, please indicate | | | |
| 16. Please indicate your employment status | | | |
| a)   full-time employed | Yes | No | |
| b)   part-time employed | Yes | No | |
| c)   not employed | Yes | No | |
| d)   self-employed | Yes | No | |
| e)   caregiver (e.g., children, elderly) | Yes | No | |
| f)   student | Yes | No | |
| g)   retired | Yes | No | |
| h)   other | Yes | No | |
| 17. Please indicate your public health insurance coverage. | | | |
| a)   None | | | |
| b)   Partial coverage | | | |
| c)   Full coverage (without psychiatric/psychotherapeutic care) | | | |
| d)   Full coverage (with psychiatric/psychotherapeutic care) | | | |
| 18. Please indicate whether you receive welfare benefits. | Yes | No | |
| 19. Have you ever been diagnosed by a doctor or therapist with one or more of the following? | | | |
| a)   Depression | Yes | No | |
| b)   Mania/Bipolar disorder | Yes | No | |
| c)   Psychotic disorders (including schizophrenia) | Yes | No | |
| d)   Anxiety disorder | Yes | No | |
| e)   Posttraumatic stress disorder | Yes | No | |
| f)   Eating disorder | Yes | No | |
| g)   Compulsive disorders (OCD) | Yes | No | |
| h)   Substance abuse or Addiction disorder | Yes | No | |
| i)   Attention disorder (ADD or ADHD) | Yes | No | |
| j)   Somatoform disorder | Yes | No | |
| k)   Personality disorder | Yes | No | |
| l)   Autism Spectrum Disorder (including Asperger's Syndrome) | Yes | No | |

Rek, Freeman, Reinhard, Keeser, & Padberg (2020)                                              3

| | | | | | | |
|---|---|---|---|---|---|---|
| m) Cognitive disorder/dementia | Yes | | No | | | |
| 20. Are you currently receiving psychotherapy? | Yes | | No | | | |
| 21. *optional, if yes*: Do you currently no longer receive psychotherapy due to the COVID-19 pandemic? | Yes | | No | | | |
| 22. *optional, if no*: Does the psychotherapy currently take place in face-to-face contact? | Yes | | No | | | |
| | Not at all | | | | | Very much |
| 23. *optional, if no:* How satisfied are you with the psychotherapeutic treatment via telephone or video platforms compared to face-to-face contact? | 0 | 1 | 2 | 3 | 4 | |

**Risk perception**

How do you currently perceive the risk of the COVID-19 pandemic?

"I am worried that…"

| | Not at all | | | | Very much |
|---|---|---|---|---|---|
| I have no means of control over the COVID-19 pandemic. | 0 | 1 | 2 | 3 | 4 |
| I will infect myself with COVID-19. | 0 | 1 | 2 | 3 | 4 |
| Please indicate how likely you think it is that you will be infected with COVID-19 | 0 | 1 | 2 | 3 | 4 |
| people close to me are infected with COVID-19. | 0 | 1 | 2 | 3 | 4 |
| I will infect other people with COVID-19. | 0 | 1 | 2 | 3 | 4 |
| the consequences of the COVID-19 pandemic will greatly affect me personally. | 0 | 1 | 2 | 3 | 4 |
| in case of infection with COVID-19 the consequences for my health will be severe. | 0 | 1 | 2 | 3 | 4 |
| I will die of COVID-19. | 0 | 1 | 2 | 3 | 4 |
| people close to me will die of COVID-19. | 0 | 1 | 2 | 3 | 4 |

How necessary and useful do you consider the following behaviour since the COVID 19 pandemic?

| | Not at all | | | | Very much |
|---|---|---|---|---|---|
| Hygiene measures, such as | | | | | |
| a) keeping at least 1.5 metres distance from other people | 0 | 1 | 2 | 3 | 4 |
| b) coughing or sneezing into the crook of your arm or into a handkerchief | 0 | 1 | 2 | 3 | 4 |
| c) not touching mouth, eyes or nose with hands | 0 | 1 | 2 | 3 | 4 |
| d) regular washing of hands | 0 | 1 | 2 | 3 | 4 |
| e) washing hands extensively (for at least 30 seconds) | 0 | 1 | 2 | 3 | 4 |
| f) increased disinfection of hands and objects. | 0 | 1 | 2 | 3 | 4 |
| Reduction of social contacts, e.g. | | | | | |
| a) cancelling private meetings and family visits | 0 | 1 | 2 | 3 | 4 |
| b) cancelling trips to other cities | 0 | 1 | 2 | 3 | 4 |
| c) avoiding visits to canteens and restaurants | 0 | 1 | 2 | 3 | 4 |
| d) avoiding touching (e.g. shaking hands or hugging) when greeting or saying goodbye to other people | 0 | 1 | 2 | 3 | 4 |
| e) moving your work to home office | 0 | 1 | 2 | 3 | 4 |

Rek, Freeman, Reinhard, Keeser, & Padberg (2020)                                4

| Build up stocks, such as | | | | | |
|---|---|---|---|---|---|
| a) soap, detergent, cleaning products, washing powder, etc. | 0 | 1 | 2 | 3 | 4 |
| b) food (vegetables, lentils, rice, pasta...) | 0 | 1 | 2 | 3 | 4 |
| c) water (20 litres per person) | 0 | 1 | 2 | 3 | 4 |
| d) toilet paper | 0 | 1 | 2 | 3 | 4 |
| e) cash | 0 | 1 | 2 | 3 | 4 |
| Political measures, such as | | | | | |
| a) temporary closures of kindergartens, schools and universities | 0 | 1 | 2 | 3 | 4 |
| b) temporary border closures | 0 | 1 | 2 | 3 | 4 |
| c) temporary closures of playgrounds | 0 | 1 | 2 | 3 | 4 |
| d) temporary closure of bars, pubs, theatres, cinemas, etc. | 0 | 1 | 2 | 3 | 4 |
| e) temporary curfews | 0 | 1 | 2 | 3 | 4 |
| Solidarity-based behaviour, such as | | | | | |
| a) donating blood | 0 | 1 | 2 | 3 | 4 |
| b) supporting people at risk, such as shopping for them or staying at home to protect people at risk to protect people at risk | 0 | 1 | 2 | 3 | 4 |
| c) supporting people who are experiencing existential hardship due to the current situation | 0 | 1 | 2 | 3 | 4 |
| d) offering help to close friends and family members | 0 | 1 | 2 | 3 | 4 |
| e) getting involved in neighbourhood assistance | 0 | 1 | 2 | 3 | 4 |

| To what extent have you adhered to the following COVID-19 pandemic measures over the past two weeks? | | | | | |
|---|---|---|---|---|---|
| a) Hygiene measures | 0 | 1 | 2 | 3 | 4 |
| b) Reduction of social contacts | 0 | 1 | 2 | 3 | 4 |
| c) Curfews | 0 | 1 | 2 | 3 | 4 |

The following is a list of statements that deal with the handling and impact of the COVID-19 Pandemic. Please indicate the extent to which the following statements have applied to you in the **past two weeks.**

"Because of the COVID-19 pandemic, **over the past 14 days** I..."

| | Not at all | | | | Very much |
|---|---|---|---|---|---|
| have had upsetting dreams that replay part of the experience of the COVID-19 pandemic or are clearly related to it. | 0 | 1 | 2 | 3 | 4 |
| have had powerful images or memories that sometimes come into my mind in which I feel the experience of the COVID-19 pandemic is happening again in the here and now. | 0 | 1 | 2 | 3 | 4 |
| have avoided internal reminders of the experience of the COVID-19 pandemic (e.g. thoughts, feeling, or physical sensations). | 0 | 1 | 2 | 3 | 4 |
| have avoided external reminders of the experience of the COVID-19 pandemic (e.g. people, places, conversations, objects, activities, or situations). | 0 | 1 | 2 | 3 | 4 |
| have been "super-alert", watchful, or on guard. | 0 | 1 | 2 | 3 | 4 |

Rek, Freeman, Reinhard, Keeser, & Padberg (2020)                                         5

| | Not at all | | | | Very much |
|---|---|---|---|---|---|
| have been feeling jumpy or easily startled. | 0 | 1 | 2 | 3 | 4 |
| have suffered from unforeseeable severe anxiety attacks (panic) with physical symptoms (e.g. palpitations, chest pain, dizziness). | 0 | 1 | 2 | 3 | 4 |
| *Optional (if >0):* During such an anxiety attack I was afraid of dying, losing control or one's mind. | 0 | 1 | 2 | 3 | 4 |
| have suffered from sleep problems, such as | 0 | 1 | 2 | 3 | 4 |
|     a) difficulty falling asleep (< 30 minutes) | 0 | 1 | 2 | 3 | 4 |
|     b) difficulty sleeping through the night | 0 | 1 | 2 | 3 | 4 |
|     c) early morning awakening | 0 | 1 | 2 | 3 | 4 |
|     d) fearful dreams or nightmares not about the COVID-19 pandemic | 0 | 1 | 2 | 3 | 4 |
|     e) fearful dreams or nightmares about the COVID-19 pandemic | 0 | 1 | 2 | 3 | 4 |
| felt or behaved in a more irritable, rageful, angry | 0 | 1 | 2 | 3 | 4 |

**"Over the past 14 days** I..."

| | Not at all | | | | Very much |
|---|---|---|---|---|---|
| have consumed substantially more alcohol than usual. | 0 | 1 | 2 | 3 | 4 |
| have smoked considerably more cigarettes than usual. | 0 | 1 | 2 | 3 | 4 |
| have consumed considerably more drugs (e.g. tranquilizers, sleeping pills or stimulants) than usual. | 0 | 1 | 2 | 3 | 4 |
| have felt a strong desire to consume addictive substances (alcohol, cigarettes, drugs). | 0 | 1 | 2 | 3 | 4 |
| have not been able to control my use of addictive substances (alcohol, cigarettes, drugs). | 0 | 1 | 2 | 3 | 4 |
| have had the excessive urge to wash and/or disinfect my hands again and again so that **I** do not become ill from germs or contamination. | 0 | 1 | 2 | 3 | 4 |
| *optional:* I perceived the extent as nonsensical, distressing or excessive. | 0 | 1 | 2 | 3 | 4 |
| have had the excessive urge to wash and/or disinfect my hands again and again so that I do not pass on germs or contamination to **other people**. | 0 | 1 | 2 | 3 | 4 |
| *optional:* I perceived the extent as nonsensical, distressing or excessive. | 0 | 1 | 2 | 3 | 4 |
| have visited my GP more often. | 0 | 1 | 2 | 3 | 4 |
| have avoided visits to my GP. | 0 | 1 | 2 | 3 | 4 |

"Because of the COVID-19 pandemic, **over the past 14 days** I have felt stressed or burdened a lot by…"

| | Not at all | | | Very much | NA= Not applicable |
|---|---|---|---|---|---|
|     a) the current pandemic. | 0 | 1 | 2 | 3 | 4 | NA |
|     b) living in a small accommodation. | 0 | 1 | 2 | 3 | 4 | NA |

Rek, Freeman, Reinhard, Keeser, & Padberg (2020)                                         6

| | Not at all | | | | Very much | NA= Not applicable |
|---|---|---|---|---|---|---|
| c) being in quarantine. | 0 | 1 | 2 | 3 | 4 | NA |
| d) childcare. | 0 | 1 | 2 | 3 | 4 | NA |
| e) taking over school lessons. | 0 | 1 | 2 | 3 | 4 | NA |
| f) the curfew. | 0 | 1 | 2 | 3 | 4 | NA |
| g) being in home office. | 0 | 1 | 2 | 3 | 4 | NA |
| h) customer service. | 0 | 1 | 2 | 3 | 4 | NA |
| i) worries about my health. | 0 | 1 | 2 | 3 | 4 | NA |
| j) worries of not being able to get medical care. | 0 | 1 | 2 | 3 | 4 | NA |
| k) worries about being sick with COVID-19 when I noticed first signs of symptoms such as fever, dry cough, breathing problems, sore throat, loss of smell/taste, headache or diarrhea. | 0 | 1 | 2 | 3 | 4 | NA |
| l) increased conflicts with people close to me. | 0 | 1 | 2 | 3 | 4 | NA |
| m) financial worries. | 0 | 1 | 2 | 3 | 4 | NA |
| n) uncertainties regarding my job, training place, studies or school. | 0 | 1 | 2 | 3 | 4 | NA |
| o) concerns for my own personal safety. | 0 | 1 | 2 | 3 | 4 | NA |
| p) concerns for the integrity of family members or friends. | 0 | 1 | 2 | 3 | 4 | NA |
| q) fears of what the future will bring, or that I won't be able to cope with everything. | 0 | 1 | 2 | 3 | 4 | NA |
| r) thoughts that it would be better to be dead. | 0 | 1 | 2 | 3 | 4 | NA |

**"Over the past 14 days** I have been able to distance myself well from the stress/burden due to…"

| | Not at all | | | | Very much | NA= Not applicable |
|---|---|---|---|---|---|---|
| a) worries about my health. | 0 | 1 | 2 | 3 | 4 | NA |
| b) worries of not being able to get medical care. | 0 | 1 | 2 | 3 | 4 | NA |
| c) worries about being sick with COVID-19 when I noticed first signs of symptoms such as fever, dry cough, breathing problems, sore throat, loss of smell/taste, headache or diarrhea etc. | 0 | 1 | 2 | 3 | 4 | NA |
| d) increased conflicts with people close to me. | 0 | 1 | 2 | 3 | 4 | NA |
| e) childcare. | 0 | 1 | 2 | 3 | 4 | NA |
| f) financial worries. | 0 | 1 | 2 | 3 | 4 | NA |
| g) uncertainties regarding my job, training place, studies or school. | 0 | 1 | 2 | 3 | 4 | NA |
| h) concerns for my own personal integrity | 0 | 1 | 2 | 3 | 4 | NA |
| i) concerns for the integrity of family members or friends | 0 | 1 | 2 | 3 | 4 | NA |
| j) fears of what the future will bring, or that I will not be able to cope with everything. | 0 | 1 | 2 | 3 | 4 | NA |
| k) thoughts that it would be better to be dead. | 0 | 1 | 2 | 3 | 4 | NA |

Rek, Freeman, Reinhard, Keeser, & Padberg (2020)                                                      7

**"Over the past 14 days** I..."

| | Not at all | | | | Very much |
|---|---|---|---|---|---|
| have maintained a regular daily routine. | 0 | 1 | 2 | 3 | 4 |
| have planned the day as detailed as possible. | 0 | 1 | 2 | 3 | 4 |
| have integrated sports and exercise into my daily life. | 0 | 1 | 2 | 3 | 4 |
| have had the opportunity to retreat to a private place. | 0 | 1 | 2 | 3 | 4 |
| have reduced any contact with fellow human beings. | 0 | 1 | 2 | 3 | 4 |
| have maintained my social contacts (telephone, visits or video chats). | 0 | 1 | 2 | 3 | 4 |
| have had more conflicts with people close to me. | 0 | 1 | 2 | 3 | 4 |
| have had more verbal arguments with people close to me. | 0 | 1 | 2 | 3 | 4 |
| have experienced becoming a victim of verbal abuse (e.g. threats, humiliations) with people close to me. | 0 | 1 | 2 | 3 | 4 |
| have had more physical arguments (e.g. beating, boxing, kicking) with people close to me. | 0 | 1 | 2 | 3 | 4 |
| have experienced becoming a victim of physical abuse (e.g. beating, boxing, kicking) by people close to me. | 0 | 1 | 2 | 3 | 4 |
| have enjoyed the time together with people close to me. | 0 | 1 | 2 | 3 | 4 |
| have felt more hopeful that the corona-crisis will soon be over. | 0 | 1 | 2 | 3 | 4 |
| have sought stability in faith and/or religion. | 0 | 1 | 2 | 3 | 4 |
| have focused on my inner strengths, resources, abilities and talents. | 0 | 1 | 2 | 3 | 4 |
| have changed my attitudes about what is really important to me in life. | 0 | 1 | 2 | 3 | 4 |
| have acknowledged and accepted the COVID-19 pandemic as reality. | 0 | 1 | 2 | 3 | 4 |

**"Over the past 14 days** I..."

| | Not at all | | | | Very much |
|---|---|---|---|---|---|
| have carried out an increased amount of research about the COVID-19 pandemic via the Internet. | 0 | 1 | 2 | 3 | 4 |
| Please, indicate the approximate duration of involvement (media, Internet) with the coronavirus-topic in hours. | | | | | |
| have tried to deliberately control my media consumption around COVID-19. | 0 | 1 | 2 | 3 | 4 |
| have succeeded in deliberately controlling my media consumption around COVID-19 (social media, television, internet). | 0 | 1 | 2 | 3 | 4 |
| have tried to avoid COVID-19 news and notifications as far as possible. | 0 | 1 | 2 | 3 | 4 |
| have felt burdened by medial images of or news reports about COVID-19. | 0 | 1 | 2 | 3 | 4 |
| have been able to distance myself mentally from news and notifications about COVID-19. | 0 | 1 | 2 | 3 | 4 |

**"Over the past 14 days I..."**

| | Not at all | | | | Very much |
|---|---|---|---|---|---|
| have had the feeling that the political leadership was standing up for me. | 0 | 1 | 2 | 3 | 4 |
| have had the feeling that the rules we now need to follow are there to make my life miserable | 0 | 1 | 2 | 3 | 4 |
| have perceived democracy as an effective form of government. | 0 | 1 | 2 | 3 | 4 |
| have had the feeling that public institutions (e.g. police, judiciary) can be relied upon | 0 | 1 | 2 | 3 | 4 |
| have worried about our economic development. | 0 | 1 | 2 | 3 | 4 |
| have had the feeling that news and reports on the COVID-19 pandemic are being deliberately withheld. | 0 | 1 | 2 | 3 | 4 |
| have perceived politicians as trustworthy. | 0 | 1 | 2 | 3 | 4 |
| have had the feeling that false reports or untruths about the COVID-19 pandemic are being deliberately disseminated on public broadcasting (e.g. radio and television stations). | 0 | 1 | 2 | 3 | 4 |
| have had the feeling that people looked at me as if I have got corona-virus. | 0 | 1 | 2 | 3 | 4 |
| have had the feeling that people kept a greater distance from me specifically and more than was necessary. | 0 | 1 | 2 | 3 | 4 |
| have had the belief that there are alternative or secret explanations for current events. | 0 | 1 | 2 | 3 | 4 |
| have had the belief that the virus is targeting me more than anyone else irrespective of my health. | 0 | 1 | 2 | 3 | 4 |
| have had the belief that there is a relation between what is happening and the production and testing of biological weapons. | 0 | 1 | 2 | 3 | 4 |
| have had the belief that what is happening here is the effect of a struggle or competition between different superpowers. | 0 | 1 | 2 | 3 | 4 |
| have had the belief that this infection serves to deliberately reduce the world population, since there are no longer enough resources for everyone. | 0 | 1 | 2 | 3 | 4 |
| have had the belief that the corona-virus was introduced to get at people like me. | 0 | 1 | 2 | 3 | 4 |
| thought that the crisis is not real, I am caught in a bad dream and just need to wake up. | 0 | 1 | 2 | 3 | 4 |

The following statement is used by people to describe themselves. Please indicate whether the following statement applies to you.

| | True | False |
|---|---|---|
| I'm convinced there's a conspiracy behind many things in the world. | True | False |

Case: 1:22-cv-03861 Document #: 11-17 Filed: 11/14/22 Page 40 of 74 PageID #:397

"**Over the past 14 days** I have had the feeling that…"

| | Not at all | | | | Very much |
|---|---|---|---|---|---|
| there is greater solidarity and cohesion in our society. | 0 | 1 | 2 | 3 | 4 |
| I am an integral part of our society or community. | 0 | 1 | 2 | 3 | 4 |
| our nation is growing closer together. | 0 | 1 | 2 | 3 | 4 |
| there is less solidarity and cohesion in our society (e.g. excessive shopping, corona parties) | 0 | 1 | 2 | 3 | 4 |
| I am not an integral part of our society or community. | 0 | 1 | 2 | 3 | 4 |
| the crisis divides our public nation. | 0 | 1 | 2 | 3 | 4 |

# Psychological Stress Associated with the COVID-19 Crisis

---

**Start of Block: Block 1**

Q55
**Psychological Stress Associated with the COVID-19 Crisis**

---

Q3 **CONTACT:** Dr. Maheen Adamson at 650-493-5000 ext 62179. To learn more about this Stanford University Study, please visit abslab.stanford.edu.　　　**DESCRIPTION:** You are invited to participate in a research study on psychological stress during the COVID-19 crisis. Our purpose is to measure the level of stress during this time and characterize it according to location, gender, income and other factors. This information will be collected through an online confidential survey. You will be asked to answer confidential survey questions that measure your level of stress during this time including questions about homeschooling, dependent care, full-time remote work, and social-distancing.　　　**TIME INVOLVEMENT:** Your participation will take approximately 8-10 mins.　　　**RISKS AND BENEFITS:** The risks associated with this study are minimal as it is an confidential survey. However, some questions related to stress may cause anxiety. We cannot and do not guarantee or promise that you will receive any benefits from this study.　　　**PAYMENTS:** You will receive no payment for your participation.　　　**PARTICIPANT'S RIGHTS:** If you have read this form and have decided to participate in this project, please understand your participation is voluntary and you have the right to withdraw your consent or discontinue participation at any time without penalty or loss of benefits to which you are otherwise entitled.  The alternative is not to participate.  You have the right to refuse to answer particular questions.  The results of this research study may be presented at scientific or professional meetings or published in scientific journals.  Your individual privacy will be maintained in all published and written data resulting from the study.

---

Q56 Are you an individual currently residing in the European Union (EU) / European Economic Area (EEA)?

○ Yes  (1)

○ No  (2)

---

Display This Question:

If Q56 = 1

Q57 **General Data Protection Regulation Rights**  For individuals in the EU/EEA: As described elsewhere in this Research Information Sheet, during the study, data pertaining to your participation in the study will be generated and recorded. In addition, we will collect from you only confidential data. We refer to all such data as "Your Study Data," which will be specifically regulated in the EU/EEA under the General Data Protection Regulation (the "GDPR"). Your Study Data may be processed or used for the following purposes, which we refer to, collectively, as "Data Processing": -    to carry out the study; -    to confirm the accuracy of the study; -    to monitor that the study complies with applicable laws as well as best practices developed by the research community; -    to make required reports to domestic and foreign regulatory agencies and government officials who have a duty to monitor and oversee studies like this one; and, -    to comply with legal and regulatory requirements, including requirements that data from this study, without information that could directly identify you, be made available to other researchers not affiliated with the study sponsor or with the study team.  It is possible, for example, that as part of efforts to make research data more widely available to researchers, regulatory authorities in some countries may require that Your Study Data, without information that could directly identify you, be made publicly available on the internet or in other ways.    The following entities and organizations may engage in Data Processing of this study Data:    o   the study team, including Dr. Maheen M. Adamson and her team.  o   the study sponsor: Stanford School of Medicine  o   Stanford Institutional Review Board      We may conduct the study in the United States or in other countries where the laws do not protect your privacy to the same extent as the laws in your country of residence. In addition, we may disclose confidential survey data for Data Processing to entities and individuals located in the United States or in other countries where the laws do not protect your privacy to the same extent as the laws in your country of residence. However, all reasonable steps will be taken to protect your privacy in accordance with the applicable data protection laws.    We have entered into a data transfer agreement with Stanford Medical School which is based on standard contractual clauses approved by the European Commission and ensures an adequate protection for Your Study Data. You may obtain a copy of the standard EU contractual terms by contacting the Principal Investigator, Maheen Mausoof Adamson, PhD at (650) 493-5000 ext 62179.    The GDPR gives you certain rights with regard to Your Study Data. You have the right to request access to, or rectification or erasure of, Your Study Data. You also have the right to object to or restrict our Data Processing of Your Study Data. Finally, you have a right to request that we move, copy or transfer Your Study Data to another organization. In order to make any such requests, please contact Principal Investigator, Maheen Mausoof Adamson, PhD at (650) 493-5000 ext 62179.    There is no limit on the length of time we will keep Your Study Data for this research because it may be analyzed for many years. We will also retain your Study Data to comply with our legal and regulatory requirements. We will keep it as long as it is useful, unless you decide you no longer want to take part. You are allowing access to this information indefinitely as long as you do not withdraw your consent.    You may withdraw your consent at any time.  If you withdraw your consent, this will not affect the lawfulness or our collecting, use and sharing of Your Study Data up to the point in time that you

withdraw your consent. Even if you withdraw your consent, we may still use Your Study Data that has been anonymized so that the data no longer identifies you. In addition, we may use and share Your Study Data that is anonymous as permitted by applicable law for purposes of: (a) public health (e.g., ensuring high standards quality and safety of health care and/or of medicinal products or medical devices), (b) scientific or historical research or statistical analysis as permitted by applicable European Union or European Union Member State laws and (c) archiving in the public interest.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Q58 **CONTACT INFORMATION:  Questions:**  If you have any questions, concerns or complaints about this research, its procedures, risks and benefits, contact the Protocol Director, Maheen Mausoof Adamson, PhD, (650) 493 -5000 ext 62179. This survey is conducted in collaboration with the Stanford Department of Neurosurgery and the Stanford Department of Psychiatry. IRB Protocol #55809.

 **Independent Contact:**  If you are not satisfied with how this study is being conducted, or if you have any concerns, complaints, or general questions about the research or your rights as a participant, please contact the Stanford Institutional Review Board (IRB) to speak to someone independent of the research team at (650)-723-2480, or toll free at 1-866-680-2906.  You can also write to the Stanford IRB, Stanford University, 1705 El Camino Real, Palo Alto, CA 94306.    Please print a copy of this page for your records. If you agree to participate in this research, please complete the following survey by clicking the right arrow.

**End of Block: Block 1**

**Start of Block: Default Question Block**

Q1 What is your marital status?

○ Married  (1)

○ Widowed  (2)

○ Divorced  (3)

○ Separated  (4)

○ Partnered  (5)

○ Single  (7)

○ Other  (6)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Q22 What is your age?

○ 18-24 years old  (1)

○ 25-34 years old  (2)

○ 35-44 years old  (3)

○ 45-54 years old  (4)

○ 55-64 years old  (5)

○ 65-74 years old  (6)

○ 75 years or older  (7)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Q16 What is your level of education?

○ Less than high school degree  (1)

○ High school graduate (high school diploma or equivalent including GED)  (2)

○ Some college but no degree  (3)

○ Associate degree in college (2-year)  (4)

○ Bachelor's degree in college (4-year)  (5)

○ Master's degree  (6)

○ Doctoral degree  (7)

○ Professional degree (JD, MD)  (8)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Q70 Are you of Hispanic, Latino, or of Spanish origin?

○ Yes  (1)

○ No  (2)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Q5 Choose one or more races that you consider yourself to be.

☐ White  (1)

☐ Black or African American  (2)

☐ American Indian or Alaska Native  (3)

☐ Asian  (4)

☐ Native Hawaiian or Pacific Islander  (5)

☐ Other  (6) _____

⤬

Q13 Which statement best describes your current employment status?

☐ Working (full-time)  (228)

☐ Working (part-time)  (230)

☐ Unemployed  (231)

☐ Laid off or looking for work due to COVID-19  (237)

☐ Retired  (232)

☐ Not working due to disability  (233)

☐ Student  (234)

☐ Other  (236) _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Display This Question:*

   *If Q13 = 230*

   *Or Q13 = 228*

Q17 Which of the following industries most closely matches the one in which you are employed?

▼ Forestry, fishing, hunting or agriculture support (1) ... Unclassified establishments (20)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Q23 What is your gender?

   ◯ Male  (1)

   ◯ Female  (2)

   ◯ Other  (3) _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Q19 In which country do you currently reside?

○ Afghanistan  (1)

○ Albania  (2)

○ Algeria  (3)

○ Andorra  (4)

○ Angola  (5)

○ Antigua and Barbuda  (6)

○ Argentina  (7)

○ Armenia  (8)

○ Australia  (9)

○ Austria  (10)

○ Azerbaijan  (11)

○ Bahamas  (12)

○ Bahrain  (13)

○ Bangladesh  (14)

○ Barbados  (15)

○ Belarus  (16)

○ Belgium  (17)

○ Belize  (18)

○ Benin  (19)

○ Bhutan  (20)

○ Bolivia  (21)

○ Bosnia and Herzegovina  (22)

○ Botswana  (23)

○ Brazil  (24)

○ Brunei Darussalam  (25)

○ Bulgaria  (26)

○ Burkina Faso  (27)

○ Burundi  (28)

○ Cambodia  (29)

○ Cameroon  (30)

○ Canada  (31)

○ Cape Verde  (32)

○ Central African Republic  (33)

○ Chad  (34)

○ Chile  (35)

○ China  (36)

○ Colombia  (37)

○ Comoros  (38)

○ Congo, Republic of the...  (39)

○ Costa Rica  (40)

○ Côte d'Ivoire  (41)

○ Croatia  (42)

○ Cuba  (43)

○ Cyprus  (44)

○ Czech Republic  (45)

○ Democratic People's Republic of Korea  (46)

○ Democratic Republic of the Congo  (47)

○ Denmark  (48)

○ Djibouti  (49)

○ Dominica  (50)

○ Dominican Republic  (51)

○ Ecuador  (52)

○ Egypt  (53)

○ El Salvador  (54)

○ Equatorial Guinea  (55)

○ Eritrea  (56)

○ Estonia  (57)

○ Ethiopia  (58)

○ Fiji  (59)

○ Finland  (60)

○ France  (61)

○ Gabon  (62)

○ Gambia  (63)

○ Georgia  (64)

○ Germany  (65)

○ Ghana  (66)

○ Greece  (67)

○ Grenada  (68)

○ Guatemala  (69)

○ Guinea  (70)

○ Guinea-Bissau  (71)

○ Guyana  (72)

○ Haiti  (73)

○ Honduras  (74)

○ Hong Kong (S.A.R.)  (75)

○ Hungary  (76)

○ Iceland  (77)

○ India  (78)

○ Indonesia  (79)

○ Iran, Islamic Republic of...  (80)

○ Iraq  (81)

○ Ireland  (82)

○ Israel  (83)

○ Italy  (84)

○ Jamaica  (85)

○ Japan  (86)

○ Jordan  (87)

○ Kazakhstan  (88)

○ Kenya  (89)

○ Kiribati  (90)

○ Kuwait  (91)

○ Kyrgyzstan  (92)

○ Lao People's Democratic Republic  (93)

○ Latvia  (94)

○ Lebanon  (95)

○ Lesotho  (96)

○ Liberia  (97)

○ Libyan Arab Jamahiriya  (98)

○ Liechtenstein  (99)

○ Lithuania  (100)

○ Luxembourg  (101)

○ Madagascar  (102)

○ Malawi  (103)

○ Malaysia  (104)

○ Maldives  (105)

○ Mali  (106)

○ Malta  (107)

○ Marshall Islands  (108)

○ Mauritania  (109)

○ Mauritius  (110)

○ Mexico  (111)

○ Micronesia, Federated States of...  (112)

○ Monaco  (113)

○ Mongolia  (114)

○ Montenegro  (115)

○ Morocco  (116)

○ Mozambique  (117)

○ Myanmar  (118)

○ Namibia  (119)

○ Nauru  (120)

○ Nepal  (121)

○ Netherlands  (122)

○ New Zealand  (123)

○ Nicaragua  (124)

○ Niger  (125)

○ Nigeria  (126)

○ North Korea  (127)

○ Norway  (128)

○ Oman  (129)

○ Pakistan  (130)

○ Palau  (131)

○ Panama  (132)

○ Papua New Guinea  (133)

○ Paraguay  (134)

○ Peru  (135)

○ Philippines  (136)

○ Poland  (137)

○ Portugal  (138)

○ Qatar  (139)

○ Republic of Korea  (140)

○ Republic of Moldova  (141)

○ Romania  (142)

○ Russian Federation  (143)

○ Rwanda  (144)

○ Saint Kitts and Nevis  (145)

○ Saint Lucia  (146)

○ Saint Vincent and the Grenadines  (147)

○ Samoa  (148)

○ San Marino  (149)

○ Sao Tome and Principe  (150)

○ Saudi Arabia  (151)

○ Senegal  (152)

○ Serbia  (153)

○ Seychelles  (154)

○ Sierra Leone  (155)

○ Singapore  (156)

○ Slovakia  (157)

○ Slovenia  (158)

○ Solomon Islands  (159)

○ Somalia  (160)

○ South Africa  (161)

○ South Korea  (162)

○ Spain  (163)

○ Sri Lanka  (164)

○ Sudan  (165)

○ Suriname  (166)

○ Swaziland  (167)

○ Sweden  (168)

○ Switzerland  (169)

○ Syrian Arab Republic  (170)

○ Tajikistan  (171)

○ Thailand  (172)

○ The former Yugoslav Republic of Macedonia  (173)

○ Timor-Leste  (174)

○ Togo  (175)

○ Tonga  (176)

○ Trinidad and Tobago  (177)

○ Tunisia  (178)

○ Turkey  (179)

○ Turkmenistan  (180)

○ Tuvalu  (181)

○ Uganda  (182)

○ Ukraine  (183)

○ United Arab Emirates  (184)

○ United Kingdom of Great Britain and Northern Ireland  (185)

○ United Republic of Tanzania  (186)

○ United States of America  (187)

○ Uruguay  (188)

○ Uzbekistan  (189)

○ Vanuatu  (190)

○ Venezuela, Bolivarian Republic of...  (191)

○ Viet Nam  (192)

○ Yemen  (193)

○ Zambia  (580)

○ Zimbabwe  (1357)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Display This Question:*

    *If Q19 = 187*

Q20 In which state do you currently reside?

○ Alabama  (1)

○ Alaska  (2)

○ Arizona  (3)

○ Arkansas  (4)

○ California  (5)

○ Colorado  (6)

○ Connecticut  (7)

○ Delaware  (8)

○ District of Columbia  (9)

○ Florida  (10)

○ Georgia  (11)

○ Hawaii  (12)

○ Idaho  (13)

○ Illinois  (14)

○ Indiana  (15)

○ Iowa  (16)

○ Kansas  (17)

○ Kentucky  (18)

○ Louisiana  (19)

○ Maine  (20)

○ Maryland  (21)

○ Massachusetts (22)

○ Michigan (23)

○ Minnesota (24)

○ Mississippi (25)

○ Missouri (26)

○ Montana (27)

○ Nebraska (28)

○ Nevada (29)

○ New Hampshire (30)

○ New Jersey (31)

○ New Mexico (32)

○ New York (33)

○ North Carolina (34)

○ North Dakota (35)

○ Ohio (36)

○ Oklahoma (37)

○ Oregon (38)

○ Pennsylvania (39)

○ Puerto Rico (40)

○ Rhode Island (41)

○ South Carolina (42)

○ South Dakota  (43)

○ Tennessee  (44)

○ Texas  (45)

○ Utah  (46)

○ Vermont  (47)

○ Virginia  (48)

○ Washington  (49)

○ West Virginia  (50)

○ Wisconsin  (51)

○ Wyoming  (52)

---

Q73 Please select your country's currency.

| ▼ United States Dollar USD $ (8) ... Zambian Kwacha      ZMK    ZMK (138) |
|---|

---

X→

Q21 What is your annual household income in your selected currency?

&#9711; Less than 10,000  (1)

&#9711; 10,000 to 50,000  (2)

&#9711; 50,000 to 75,000  (3)

&#9711; 75,000 to 100,000  (4)

&#9711; 100,00 to 125,000  (5)

&#9711; 125,000 to 150,000  (6)

&#9711; 150,000 to 175,000  (7)

&#9711; 175,000 to 200,000  (8)

&#9711; Greater than 200,000  (9)

---

&#10033;

Q25 How many dependents do you have?

_____

---

Q71 You are halfway through. Please make sure to click all the way through so that your responses are submitted.

---

Q60 Have any of your friends or family tested positive for COVID-19?

&#9711; Yes  (1)

&#9711; No  (2)

---

Q26 Are you providing homeschooling due to COVID-19?

○ Yes  (3)

○ No  (4)

○ N/A  (5)

Q27 Are you providing homecare (caretaking of elderly, disabilities, etc.) due to COVID-19?

○ Yes  (3)

○ No  (4)

○ N/A  (5)

Q28 Are you working remotely as of recent due to the COVID-19?

○ Yes  (3)

○ No  (4)

○ N/A  (6)

*Display This Question:*

   *If Q28 = 3*

Q29 If so, how many hours a day?

○ < 1 hour  (1)

○ > 1 hour to 5 hours  (2)

○ > 5 hours to 8 hours  (3)

○ > 8 hours  (4)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Display This Question:*

*If Q28 = 3*

Q32 How have the expectations of your work changed since COVID-19?

○ Much more  (1)

○ Moderately more  (2)

○ Slightly more  (3)

○ About the same  (4)

○ Slightly less  (5)

○ Moderately less  (6)

○ Much less  (7)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Q52 How much sleep are you getting currently during COVID-19?

○ 0 - 2 hours  (1)

○ 2 - 4 hours  (2)

○ 4 - 6 hours  (3)

○ 6 - 8 hours  (11)

○ 8 - 10 hours  (12)

○ 10 - 12 hours  (13)

---

Q63 Is this more or less than before COVID-19?

○ More  (1)

○ Less  (2)

○ Unchanged  (3)

---

Q33 How many minutes / hours a day are you currently getting regular exercise during COVID-19?

○ 0  (1)

○ 1-30 min  (2)

○ 30min - 1hr  (3)

○ >1hr  (4)

---

Q64 Is this more or less than before COVID-19?

○ More  (1)

○ Less  (2)

○ Unchanged  (3)

---

Q65 How many minutes / hours a day are you currently using meditation during COVID-19?

○ 0  (1)

○ 1-30 min  (2)

○ 30min - 1hr  (3)

○ >1hr  (4)

---

Q66 Is this more or less than before COVID-19?

○ More  (1)

○ Less  (2)

○ Unchanged  (3)

---

Q67 How many minutes / hours a day are you currently connecting with family / friends through telecommunication or virtually during COVID-19?

○ 0  (1)

○ 1-30 min  (2)

○ 30min - 1hr  (3)

○ >1hr  (4)

Q68 Is this more or less than before COVID-19?

○ More  (1)

○ Less  (2)

○ Unchanged  (3)

End of Block: Default Question Block

Start of Block: Block 2

Page Break

Q36 You are now beginning the Perceived Stress Scale (due to COVID-19). Please answer these questions as quickly and accurately as possible.

---

X→

Q37 In the last month, how often have you been upset because of something that happened unexpectedly?

○ Never  (0)

○ Almost Never  (1)

○ Sometimes  (2)

○ Fairly Often  (3)

○ Very Often  (4)

---

X→

Q40 In the last month, how often have you felt that you were unable to control the important things in your life?

○ Never  (0)

○ Almost Never  (1)

○ Sometimes  (2)

○ Fairly Often  (3)

○ Very Often  (4)

---

X→

Q41 In the last month, how often have you felt nervous and stressed?

○ Never  (0)

○ Almost Never  (1)

○ Sometimes  (2)

○ Fairly Often  (3)

○ Very Often  (4)

---

X→

Q42 In the last month, how often have you felt confident about your ability to handle your personal problems?

○ Never  (4)

○ Almost Never  (3)

○ Sometimes  (2)

○ Fairly Often  (1)

○ Very Often  (0)

---

X→

Q43 In the last month, how often have you felt that things were going your way?

○ Never  (4)

○ Almost Never  (3)

○ Sometimes  (2)

○ Fairly Often  (1)

○ Very Often  (0)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

X→

Q44 In the last month, how often have you found that you could not cope with all the things that you had to do?

○ Never  (0)

○ Almost Never  (1)

○ Sometimes  (2)

○ Fairly Often  (3)

○ Very Often  (4)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

X→

Q45 In the last month, how often have you been able to control irritations in your life?

○ Never  (0)

○ Almost Never  (1)

○ Sometimes  (2)

○ Fairly Often  (3)

○ Very Often  (4)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

X→

Q46 In the last month, how often have you felt that you were on top of things?

○ Never  (4)

○ Almost Never  (3)

○ Sometimes  (2)

○ Fairly Often  (1)

○ Very Often  (0)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

X→

Q47 In the last month, how often have you been angered because of things that happened that were outside of your control?

○ Never  (0)

○ Almost Never  (1)

○ Sometimes  (2)

○ Fairly Often  (3)

○ Very Often  (4)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

X→

Q48 In the last month, how often have you felt difficulties were piling up so high that you could not overcome them?

○ Never  (0)

○ Almost Never  (1)

○ Sometimes  (2)

○ Fairly Often  (3)

○ Very Often  (4)

End of Block: Block 2

Start of Block: Block 3

Q69 Thank you again for your participation in this critical research. If you are concerned that you or a family member may be infected with COVID-19 (novel coronavirus), please contact your primary care physician or local healthcare provider. Additionally, please refer to CDC's and/or the WHO's guidelines and resources.  If you reside in the U.S., the National Suicide Prevention Lifeline provides free and confidential support that is available 24/7; you can call 1-800-273-8255 or chat online at https:/suicidepreventionlifeline.org/   If you would like to learn more about our research studies, please visit our website: abslab.stanford.edu.

 For Mechanical Turk Users: Code : 7ZEH34L

End of Block: Block 3

**MAAT DATA**

| First Delivery | Second Delivery (March 11, 2020) |
|---|---|
| PRE TEST COLLECTION ||
| Informed Consent #2001 to 2055 | Informed Consent # 2043 plus 2056 to 2069 |
| Informed Consent #3001 to 3011 | Informed Consent # 3001 to 3014 |
| Informed Consent #4001 to 4006 | Informed Consent # 4001 to 4014 |
| | |
| | Demographics # 2001 to 2069 |
| | Demographics # 3001 to 3014 |
| | Demographics $4001 to 4014 |
| | |
| MH/SA Outcome Measures #2003 to 2055 | MH/SA Outcome Measures #2056 to 2069 |
| MH/SA Outcome Measures #3001 to 3011 | MH/SA Outcome Measures duplicates plus #3012 plus 1 un-numbered case |
| MH/SA Outcome Measures #4001 to 4006 duplicates 4008 to 4014 | MH/SA Outcome Measures duplicates plus # 4008 to 4014 |
| | |
| Trauma Informed: Truth/Balance Pre-Questionnaire #2002 to 2055 | Trauma Informed: Order/Harmony Pre-Questionnaire #2001 to 2069 |
| Trauma Informed: Truth/Balance Pre-Questionnaire #3001 to 3012 | Trauma Informed: Order/Harmony Pre-Questionnaire #3002 to 3014 |
| Trauma Informed: Truth/Balance Pre-Questionnaire #4001 to 4006 | Trauma Informed: Order/Harmony Pre-Questionnaire #4002 to 4017 |
| | |
| Mentoring: Truth/Balance Pre-Questionnaire #2001 to 2054 | Mentoring: Truth/Balance Pre-Questionnaire duplicates plus #2056 to 2069 |
| Mentoring: Truth/Balance Pre-Questionnaire #3001 to 3012 | Mentoring: Truth/Balance Pre-Questionnaire duplicates plus #3014 |
| Mentoring: Truth/Balance Pre-Questionnaire #4001 to 4008 | Mentoring: Truth/Balance Pre-Questionnaire duplicates plus 4009 to 4017 |

| POST TEST COLLECTION | |
|---|---|
| | Trauma Informed: Truth/Balance Post-Questionnaire #2001 to 2059 |
| | Trauma Informed: Truth/Balance Post-Questionnaire #3001 to 3014 |
| | Trauma Informed: Truth/Balance Post-Questionnaire #4002 to 4013 |
| | |
| | Mentoring: Truth/Balance Post-Questionnaire #2001 to 2061 |
| | Mentoring: Truth/Balance Pre-Questionnaire #3001 to 3014 |
| | Mentoring: Truth/Balance Pre-Questionnaire #4002 to 4013 |