# Fwd: Cook County Jail

From: Dr. Fred Nance Jr. (drfred.nancejr@gmail.com)

To: frednance@clickservices.org

Date: Wednesday, October 21, 2020, 01:09 PM CDT

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
Date: Wed, Sep 2, 2020 at 3:58 PM
Subject: Re: Cook County Jail
To: Daniel Jean <daniel_jean716@yahoo.com>

I sent a request out to Alicia and Serita to find out what day and time is good for them to have a Skype meeting next week. I informed Sheriff Howard you and I need new IDs. He will get back to me on a date and time. The jail's recruitment will be as follows: "CCDOC will continue the same strategy for EMAGES program recruitment, which includes list generation through our research department paired with in-person interviewing. Please note, all participants must be housed on the same living unit inside the division and co-mixing is NOT permitted." As of today, there are 4 participants on 2A or 2D in Division 6. We can choose what tier we want.

On Wed, Sep 2, 2020 at 3:37 PM Daniel Jean <daniel_jean716@yahoo.com> wrote:
> We need to have a meeting with them next week to discuss where we need to start from in relation to the modules, and the strategies to catch up with the other groups. By the way, did you get a date and time for us to renew our identification? Did you discuss with them the strategies for recruitment of new participants?
>
> Thanks,
>
> Daniel
>
>> On Wednesday, September 2, 2020, 03:27:44 PM CDT, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com> wrote:
>>
>> Daniel:
>>
>> Good afternoon. The Cook County jail has contacted me with a start date. We will be going back to the jail on September 18, 2020 from 4:00 pm to 5:00 pm. I have contacted Serita and Alicia. Both agreed to work in the jail. You and I will have to take pictures again because our identifications expired on August 31, 2020. The jail will issue letters of entry for Alicia and Serita. What do you believe Alicia and Serita need before starting back in the jail?
>>
>> --
>> /s/Dr. Fred Nance Jr., Ph.D.
>> Human Services/Social Policy Analysis
>> Program and Policy Development
>> 708-921-1395

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

--
/s/Dr. Fred Nance Jr., Ph.D.

Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395