Second Chance Act - Misappropriation of Funds

From:   Fred Nance Jr., Ph.D. (frednance@clickservices.org)

To:     tbacpa52@yahoo.com

Cc:     frednance@clickservices.org

Date:   Wednesday, April 8, 2020, 11:37 AM CDT

Mr. Bradley:

Good afternoon. This is a courtesy email and report before I alert the Department of Justice. You are the accountant for the Second Chance Act (SCA) grant #2018-CY-BX-0025. EMAGES Inc. and C.L.I.C.K. Services, NFP are partners on this grant pursuant to the approved proposal submitted on May 1, 2018. Dr. Hattie Wash is the CEO of EMAGES. I, Dr. Fred L. Nance Jr., am the President & CEO of C.L.I.C.K. I am the Program Director for this grant. I believe a misappropriation of funds has occurred with this SCA grant.

As Program Director, you provide me with a monthly "Drawdown" of available funds for this grant. On the "Drawdown" sheet for March 30, 2020, it reports Dorothy Collins received $880.00 for pay period March 9, 2020 thru March 23, 2020. Dorothy Collins has not worked for this grant since resigning in January 2020. How long has their been a Drawdown of funds for Dorothy Collins since her resigning in January of 2020? I posed this question to Dr. Wash and she did not respond. Please respond. Thank you.

/s/Dr. Fred Nance Jr., PhD
Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

 3.30.20 EMAGES Drawdown from OJP.pdf
282.7kB

## SCA Drawdown Fraud

From: Fred Nance Jr., Ph.D. (frednance@clickservices.org)

To: tbacpa52@yahoo.com

Cc: frednance@clickservices.org

Date: Friday, April 10, 2020, 03:55 PM CDT

Mr. Bradley:

Good evening. First, Dorothy Collins resigned on or about January 16, 2020. Second, Dr. Wash's Drawdown for February and March 2020 included payroll expense for Dorothy Collins. This is intentional and fraudulent. Where did this money go? Attached are my supporting documents.

/s/Dr. Fred Nance Jr., PhD
Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

 4.8.20 Dorothy Text Message on Resigning in January 2020.pdf
307kB

 1.27.20 thru 2.24.20 Dorothy Collins Payroll.pdf
89.5kB

 3.30.20 EMAGES Drawdown from OJP.pdf
282.7kB

## Misappropriation of Funds and Fraud

From:  Fred Nance Jr., Ph.D. (frednance@clickservices.org)

To:    tbacpa52@yahoo.com

Cc:    frednance@clickservices.org

Date:  Wednesday, April 15, 2020, 02:53 PM CDT

Mr. Bradley:

I informed you on April 8, 2020 there was some fraudulent activity with the drawdowns of the Second Chance Act project. On April 10, 2020 I sent you an email with my supporting documentation. You have not responded. Attached are the emails I sent to you. If I do not hear from you about this issue, I am going to report it to the Office Justice Programs. Where did this money go? What was it spent on?

I am peer reviewing 2 Second Chance Act solicitations in May 2020. I will pose questions to the DOJ, BJA team about financial responsibility of grantees. I will not be part of any fraud scheme.

/s/Dr. Fred Nance Jr., PhD
Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

 4.8.20 Email Message to Mr. Bradley re Fraud.pdf
52.9kB

 4.10.20 Email Message to Mr. Bradley with Supporting Docs on Fraud.pdf
52kB

Appearance of Fraud Grant# 2018-CY-BX-0025

From:   Dr. Fred Nance Jr. (drfred.nancejr@gmail.com)

To:     tracey.willis@usdoj.gov

Cc:     andre.bethea@usdoj.gov; drfred.nancejr@gmail.com; frednance@clickservices.org

Date:   Saturday, April 18, 2020, 01:04 AM CDT

Good morning. I want to report the appearance of fraud with our grant. I am claiming "Whistleblower" status with this report. Attached is my letter and supporting documentation. Please review and comment. Thank you.

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

 4.17.20 SCA Payroll Fraud Letter.pdf
1.1MB

 3.30.20 EMAGES Drawdown from OJP.pdf
282.7kB

 1.27.20 thru 2.24.20 Dorothy Collins Payroll.pdf
89.5kB

 4.8.20 Dorothy Text Message on Resigning in January 2020.pdf
307kB

 4.8.20 Email Alert to Accountant Bradley re Fraud.pdf
52.9kB

 4.8.20 Email Message to Mr. Bradley re Fraud.pdf
52.9kB

 4.10.20 Email Message to Mr. Bradley with Supporting Docs on Fraud.pdf
52kB

 4.10.20 Email to Accountant re Fraud Validated.pdf
52kB

 4.15.20 Final Email to Accountant re Fraud.pdf
51.4kB

4.15.20 Drawdown for Non Employee Dorothy Collins.pdf
73.6kB

 4.17.20 Texts Re Laptop Computer Virus Protection.pdf
1.2MB

 3.31.20 MA`AT Mentor Requesting Call-In for Coronavirus.pdf
50.2kB

 4.7.20 TA Meeting Non Attendance due to Virus Protection.pdf
80.4kB

Second Chance Act
2018-CY-BX-0025
MA`AT Project
Mentor Group Attendance for Consultant Fees

January 31, 2020

| Name | Date | Monday Hours | Tuesday Hours | Wednesday Hours | Thursday Hours | Friday Hours | Saturday Hours | Total Hours |
|------|------|--------------|---------------|-----------------|----------------|--------------|----------------|-------------|
| Serita Robinson | January 3, 4, 7, 10, 11, 14, 17, 18, 21, 24, 25, 28, 31 | | 1, 1, 1, 1 | | | 1, 1, 1, 1 | 1, 1, 1, 1 | 13 |
| Jamie Enge | January 6, 13, 24, 27, | 1, 1, 1 | | | | 1 | | 4 |
| Valerie Minor | January 6, 13, 24, 27, | 1, 1, 1 | | | | 1 | | 4 |
| Dion Walker | January 2, 6, 9, 13, 16, 23, 27, 30 | 1, 1, 1 | | | 1, 1, 1, 1, 1 | | | 8 |
| Earlene Beard | January 6, 13, 27, | 1, 1, 1 | | | | | | 3 |
| Chad Ellis | January 7, 14, 21, 28 | | 1, 1, 1, 1 | | | | | 4 |
| Lori Ortiz | January 4, 8, 11, 18, 22, 25, 29 | | | 1, 1, 1 | | | 1, 1, 1, 1 | 7 |
| Deborah Taylor | January 8, 15, 22, 29 | | | 1, 1, 1, 1 | | | | 4 |
| Dwayne Reed | January 3, 10, 15, 17, 24, 31 | | | 1 | | 1, 1, 1, 1, 1 | | 6 |

Second Chance Act
2018-CY-BX-0025
MA`AT Project
Mentor Group Attendance for Consultant Fees

| Alicia Perry | January 2, 9, 16, 23 (2), 30 | | | | 1, 1, 1, 1, 1, 1 | | | 6 |
|---|---|---|---|---|---|---|---|---|

Total Hours for the month of January 2020          59 x $50 = $2950

Second Chance Act
2018-CY-BX-0025
MA`AT Project
Mentor Group Attendance for Consultant Fees

February 29, 2020

| Name | Date | Monday Hours | Tuesday Hours | Wednesday Hours | Thursday Hours | Friday Hours | Saturday Hours | Total Hours |
|------|------|--------------|---------------|-----------------|----------------|--------------|----------------|-------------|
| Serita Robinson | 2/1, 2/4, 2/7, 2/11, 2/14, 2/15, 2/18, 2/21, 2/22, 2/25, 2/28, 2/29 | | 1, 1, 1, 1 | | | 1, 1, 1, 1 | 1, 1, 1, 1 | 12 |
| Jamie Enge | 2/10, 2/24 | 1, 1 | | | | | | 2 |
| Valerie Minor | 2/3, 2/10, 2/21, 2/24 | 1, 1, 1 | | | | 1 | | 4 |
| Dion Walker | 2/6, | | | | 1, | | | 1 |
| Earlene Beard | 2/3, 2/10, 2/24 | 1, 1, 1 | | | | | | 3 |
| Chad Ellis | 2/4, 2/11, 2/18, 2/25 | | 1, 1, 1, 1 | | | | | 4 |
| Lori Ortiz | 2/1, 2/5, 2/8, 2/12, 2/15, 2/19, 2/22, 2/26 | | | 1, 1, 1, 1 | | | 1, 1, 1, 1 | 8 |
| Deborah Taylor | 2/12, 2/19, 2/26 | | | 1, 1, 1 | | | | 3 |
| Dwayne Reed | 2/7, | | | | | 1, | | 1 |

Second Chance Act
2018-CY-BX-0025
MA`AT Project
Mentor Group Attendance for Consultant Fees

| Alicia Perry | 2/3, 2/6, 2/10, 2/13, 2/24, 2/27(2) | 1, 1, 1, | | | 1, 1, 1, 1 | | | 7 |
|---|---|---|---|---|---|---|---|---|

All Case Management Progress Notes must be completed before submitting monthly invoices.

As of February 29, 2020, the following mentors have not completed their case management progress notes.

Jamie Enge
Valerie Minor
Earlene Beard
Alicia Perry
Chad Ellis
Serita Robinson
Lori Ortiz

Total Hours for the month of January 2020          43 x $50 = $2,150.00

Second Chance Act
2018-CY-BX-0025
MA`AT Project
Mentor Group Attendance for Consultant Fees

April 30, 2020

| Name | Date | Monday Hours | Tuesday Hours | Wednesday Hours | Thursday Hours | Friday Hours | Saturday Hours | Total Hours |
|------|------|--------------|---------------|-----------------|----------------|--------------|----------------|-------------|
| Serita Robinson | 4/1/20, 4/4, 4/7, 4/8, 4/11, 4/14, 4/15, 4/18, 4/21, 4/22, 4/25, 4/28, 4/29 | | 1, 1, 1, 1 | 1, 1, 1, 1, 1 | | | 1, 1, 1, 1, | 13 $650.00 |
| Jamie Enge | 4/6/20, 4/13, 4/20, 4/27 | 1, 1, 1, 1 | | | | | | 4 $200 |
| Valerie Minor | 4/6/20, 4/13, 4/20, 4/27 | 1, 1, 1, 1 | | | | | | 4 $200 |
| Earlene Beard | 4/6/20, 4/13, 4/20, 4/27 | 1, 1, 1, 1 | | | | | | 4 $200 |
| Chad Ellis | 4/7/20, 4/14, 4/21, 4/28 | | 1, 1, 1, 1 | | | | | 4 $200 |
| Alicia Perry | 4/1/20, 4/4, 4/6, 4/8, 4/11, 4/13, 4/15, 4/18, 4/20, 4/22, 4/25, 4/27, 4/29 | 1, 1, 1, 1, | | 1, 1, 1, 1, 1 | | | 1, 1, 1, 1, | 13 $650.00 |

All Case Management Progress Notes must be completed before submitting monthly invoices.

Total Hours for the month of April 2020          42 x $50 = $2,100.00

Page **1** of **1**

Second Chance Act
2018-CY-BX-0025
MA`AT Project
Mentor Group Attendance for Consultant Fees

May 31, 2020

| Name | Date | Monday Hours | Tuesday Hours | Wednesday Hours | Thursday Hours | Friday Hours | Saturday Hours | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Serita Robinson | 5/2/20, 5/5/, 5/6, 5/9, 5/12, 5/13, 5/16, 5/19, 5/20, 5/23, 5/26, 5/27, 5/30 | | 1, 1, 1, 1 | 1, 1, 1, 1 | | | 1, 1, 1, 1, 1 | 13 $650.00 |
| Jamie Enge | 5/4/20, 5/11, 5/18, 5/27 | 1, 1, 1, 1 | | | | | | 4 $200.00 |
| Valerie Minor | 5/4/20, 5/11, 5/18, 5/27 | 1, 1, 1, 1 | | | | | | 4 $200.00 |
| Earlene Beard | 5/4/20, 5/18, 5/30 | 1, 1, | | | | | 1 | 3 $150.00 |
| Chad Ellis | 5/5/20, 5/12, 5/19, 5/26 | | 1, 1, 1, 1 | | | | | |
| Alicia Perry | 5/2/20, 5/4, 5/6, 5/9, 5/11, 5/13, 5/16, 5/18, 5/20, 5/23, 5/27, 5/30; 5/30 | 1, 1, 1, | | 1, 1, 1, 1 | | | 1, 1, 1, 1, 1 | 13 $650.00 |

All Case Management Progress Notes must be completed before submitting monthly invoices.

Total Hours for the month of May 2020          37 x $50 = $1,850.00

Second Chance Act
2018-CY-BX-0025
MA`AT Project
Mentor Group Attendance for Consultant Fees

June 30, 2020

| Name | Date | Monday Hours | Tuesday Hours | Wednesday Hours | Thursday Hours | Friday Hours | Saturday Hours | Total Hours |
|------|------|--------------|---------------|-----------------|----------------|--------------|----------------|-------------|
| Serita Robinson | 6/2/20, 6/3, 6/6, 6/9, 6/10, 6/13, 6/16, 6/17, 6/20, 6/23, 6/24, 6/27, 6/30 | | 1, 1, 1, 1, 1 | 1, 1, 1, 1, | | | 1, 1, 1, 1, | 13 |
| Jamie Enge | 6/1/20, 6/8, 6/15, 6/22, 6/29 | 1, 1, 1, 1, 1 | | | | | | 5 |
| Valerie Minor | 6/1/20, 6/8, 6/15, 6/22, 6/29 | 1, 1, 1, 1, 1 | | | | | | 5 |
| Earlene Beard | 6/1/20, 6/8, 6/15, 6/22, 6/29 | 1, 1, 1, 1, 1 | | | | | | 5 |
| Chad Ellis | 6/2/ 20, 6/9, 6/16, 6/23, 6/30 | | 1, 1, 1, 1, 1 | | | | | 5 |
| Alicia Perry | 6/1/20, 6/3, 6/6, 6/8, 6/10, 6/13, 6/15, 6/17, 6/20, 6/22, 6/24, 6/27, 6/29 | 1, 1, 1, 1, 1 | | 1, 1, 1, 1, | | | 1, 1, 1, 1, | 13 |

All Case Management Progress Notes must be completed before submitting monthly invoices.

Total Hours for the month of June 2020          46 x $50 = $2,300.00

Second Chance Act
2018-CY-BX-0025
MA`AT Project
Mentor Group Attendance for Consultant Fees

July 31, 2020

| Name | Date | Monday Hours | Tuesday Hours | Wednesday Hours | Thursday Hours | Friday Hours | Saturday Hours | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Serita Robinson | 7/1/20, 7/7, 7/8, 7/11 (2), 7/14, 7/15, 7/18, 7/21, 7/22, 7/25, 7/28, 7/29 | | 1, 1, 1, 1 | 1, 1, 1, 1, 1 | | | 1, 1, 1, 1, | 13 = $650.00 |
| Jamie Enge | 7/6/20, 7/13, 7/20, 7/27 | 1, 1, 1, 1 | | | | | | 4 = $200.00 |
| Valerie Minor | 7/6/20, 7/13, 7/20, 7/27 | 1, 1, 1, 1 | | | | | | 4 = $200.00 |
| Earlene Beard | 7/6/20, 7/13, 7/20, 7/27 | 1, 1, 1, 1 | | | | | | 4 = $200.00 |
| Chad Ellis | 7/7/20, 7/14, 7/21, 7/28 | | 1, 1, 1, 1 | | | | | 4 = $200.00 |
| Alicia Perry | 7/1/20, 7/6, 7/8, 7/11 (2), 7/13, 7/15, 7/18, 7/20,7/22, 7/25, 7/27, 7/29 | 1, 1, 1, 1 | | 1, 1, 1, 1, 1 | | | 1, 1, 1, 1, | 13 = $650.00 |

All Case Management Progress Notes must be completed before submitting monthly invoices.

Total Hours for the month of June 2020          42 x $50 = $2,100.00

Second Chance Act
2018-CY-BX-0025
MA`AT Project
Mentor Group Attendance for Consultant Fees


August 31, 2020

| Name | Date | Monday Hours | Tuesday Hours | Wednesday Hours | Thursday Hours | Friday Hours | Saturday Hours | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Serita Robinson | 8/1/20, 8/4, 8/5, 8/8, 8/11, 8/12, 8/15, 8/18, 8/19, 8/22, 8/25, 8/26, 8/29 | | 1, 1, 1, 1 | 1, 1, 1, 1 | | | 1, 1, 1, 1, 1 | 13 = $650.00 |
| Jamie Enge | 8/3/20, 8/10, 8/17, 8/24, 8/31 | 1, 1, 1, 1, 1 | | | | | | 5 = $250.00 |
| Valerie Minor | 8/3/20, 8/10, 8/17, 8/24, 8/31 | 1, 1, 1, 1, 1 | | | | | | 5 = $250.00 |
| Earlene Beard | 8/3/20, 8/10, 8/17, 8/24, 8/31 | 1, 1, 1, 1, 1 | | | | | | 5 = $250.00 |
| Chad Ellis | 8/4/20, 8/11, 8/18, 8/25 | | 1, 1, 1, 1 | | | | | 4 = $200.00 |
| Alicia Perry | 8/1/20, 8/3, 8/5, 8/8, 8/10, 8/12, 8/15, 8/17, 8/19, 8/22, 8/24, 8/26, 8/29, 8/31 | 1, 1, 1, 1, 1 | | 1, 1, 1, 1 | | | 1, 1, 1, 1, 1 | 14 = $700.00 |

All Case Management Progress Notes must be completed before submitting monthly invoices.

Total Hours for the month of August 2020          46 x $50 = $2,300.00