# Fwd: Program Re-opening

| | |
|---|---|
| From: | Dr. Fred Nance Jr. (drfred.nancejr@gmail.com) |
| To: | frednance@clickservices.org |
| Date: | Wednesday, October 21, 2020, 01:14 PM CDT |

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
Date: Thu, Sep 10, 2020 at 8:23 PM
Subject: Program Re-opening
To: Ronald Howard <ronald.howard@cookcountyil.gov>
Cc: Dr. Hattie Wash <Washhattie@gmail.com>, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

Sheriff Howard:

Good evening. Sorry for interrupting your basketball or football game. Our Cook County jail team met for a Skype meeting this evening. Pursuant to your last email on September 2, 2020, we are preparing to re-enter on September 18, 2020 from 4:00 pm to 5:00 pm. I have a few questions:

We understand masks are required. Can we wear or bring in gloves or will the jail provide hand sanitizer? In our August 7, 2020 meeting with Jane and you, Daniel and I talked about conducting 2 groups in one week in order to catch up with our other groups, which have been operating during the Coronavirus. We would need to conduct these 2 groups for approximately 6 months. Can you make this happen before or after our start up date of September 18, 2020? If you have any other concerns, please do not hesitate to contact me.

Dr. Wash will review this email and may have other considerations.

Thank you.

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395


--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395