# Fwd: MA`AT Program Closing and EMAGES Fee Discussion

From: Dr. Fred Nance Jr. (drfred.nancejr@gmail.com)

To: frednance@clickservices.org

Date: Wednesday, October 21, 2020, 02:23 PM CDT

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
Date: Sat, Sep 26, 2020 at 9:53 AM
Subject: MA`AT Program Closing and EMAGES Fee Discussion
To: Jamie Enge <jamiee425@gmail.com>, Valerie Minor <vminor2018@gmail.com>, Earlene Beard <earlene416@gmail.com>, Alicia Perry <pebsluvsgod@yahoo.com>, Serita Robinson <srobin21@csu.edu>, Chad Ellis <seragi73@yahoo.com>
Cc: Daniel Jean <daniel_jean716@yahoo.com>, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

Good morning. When discussing the closing of the MA`AT program, please do not talk about fees owed for the sex offender program at EMAGES. When this discussion was brought up in the Saturday group, I had to step in and explain to the guys the closing of the MA`AT program has nothing to do with the fees owed for the sex offender program. Fees owed for the EMAGES sex offender program should be discussed in the sex offender group to keep confusion down. The participants are looking for more information about the closing of the MA`AT program and we cannot give them programmatic answers. If there are any further questions about this email, please do not hesitate to contact me. Thank you.

P.S. The participants report they loved having the discussions in the MA`AT program. They applauded Alicia and Serita for their service.

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395