## Re: Status of Grant #2018-CY-BX-0025

From: Dr. Fred Nance Jr. (drfred.nancejr@gmail.com)

To: michael.dever@usdoj.gov

Cc: andre.bethea@usdoj.gov; tracey.willis@usdoj.gov; frednance@clickservices.org; washhattie@gmail.com; drfred.nancejr@gmail.com; tumia.romero@mail.house.gov; ira.cohen@mail.house.gov; nicole.harvey@maill.house.gov; josie.ware@mail.house.gov

Date: Thursday, October 15, 2020, 10:39 AM CDT

Mr. Dever: So, let me see if I understand what you mean. As of October 1, 2020 I have been terminated. If I have been terminated for filing a Whistleblower complaint, why would I assist Dr. Wash in closing out this grant. Dr. Wash is retaliating against me for filing the Whistleblower complaints against her. I am protected from termination or retaliation.

Where is my job Sir? I filed a Whistleblower complaint. I cannot be demoted, terminated or retaliated against for filing a Whistleblower complaint. Of course, the Way and Means Committee will be alerted by and through Congressman Davis. I am attending a Zoom meeting with Congressman Davis right now. I just informed him and the other legislators on this Zoom meeting about how the Second Chance Act individuals on this email are treating me as a Whistleblower, and operating via the Whistleblower Act. I have exhausted all administrative remedies with DOJ, BJA, OJP. The Ways and Means Committee should look at how they are funding the Second Chance Act, specifically, how the Whistleblower Act is being violated. I should not have to pursue this issue in Federal court naming everyone involved in their professional and individual capacities.

> On Thu, Oct 15, 2020 at 9:53 AM Dever, Michael (OJP) <Michael.Dever@usdoj.gov> wrote:
>
> Good Morning Dr. Nance,
>
> My understanding is that Dr. Wash would like you to serve as the Grant Administrator for the final reporting, closeout and to participate in the monitoring review that Tracey will be scheduling in Nov/Dec. in coordination with the OJP financial team. Please confirm your role and responsibilities as Grant Administrator with Dr. Wash. And please always include Dr. Wash as the authorized representative on this award.
>
> During the monitoring review, Tracey and financial reps will review to either confirm/refute any misuse of funds issues that you have raised. We will finalize the monitoring report within 45 days of the scheduled monitoring review. Final closeout of the award will not be completed until after the monitoring review and report are completed, and any issues identified are resolved. Per Dr. Wash and in coordination with the Emages, Board of Directors, BJA was notified that the award activity ceased as of 10/01/2020, and no grant funded activities are permitted beyond that date. The remaining balance of funds will be deobligated.
>
> Thank you!
>
> Michael

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Thursday, October 15, 2020 10:38 AM
**To:** Dever, Michael (OJP) <Michael.Dever@ojp.usdoj.gov>; Bethea, Andre (OJP) <Andre.Bethea@ojp.usdoj.gov>; Willis, Tracey (OJP) <Tracey.Willis@ojp.usdoj.gov>
**Cc:** Dr. Fred Nance Jr. <frednance@clickservices.org>; Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Subject:** Status of Grant #2018-CY-BX-0025

Good morning. I entered the JustGrants system this morning. What is the status of this Grant? Is this grant still open and operating until September 30, 2021? Is Dr. Wash still active with grant? I believe JustGrants is noting I am the Grant Administrator. What does this mean? Should I look for another facility serving sex offenders for this grant? On October 15, 2020, I called Ms. Willis and Mr. Bethea leaving messages to call me regarding these issues. Please respond. Thank you.

--

/s/Dr. Fred Nance Jr., Ph.D.

Human Services/Social Policy Analysis

Program and Policy Development

708-921-1395


--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395


10.13.20 Whistleblower Email to Congressman Davis.pdf
58.3kB


10.15.20 Dr. Nance 3 Whistleblower Complaints.pdf
1.2MB


10.15.20 OIG Denial Letter and Congressman Davis Letter of Support.pdf
838.3kB