# DOJ, BJA, OJP et al Violation of Whistleblower Act NDAA 2013 & 41 U.S.C. Section 4712

From:   Dr. Fred Nance Jr. (drfred.nancejr@gmail.com)

To:     michael.dever@usdoj.gov; andre.bethea@usdoj.gov; tracey.willis@usdoj.gov; jwilliams@air.org

Cc:     frednance@clickservices.org; drfred.nancejr@gmail.com; nicole.harvey@mail.house.gov;
        josie.ware@mail.house.gov; tumia.romero@mail.house.gov

Date:   Saturday, October 17, 2020, 12:24 PM CDT

Good afternoon.

Before I address the Whistleblower Act violations, I want to address you, Mr. Dever, stating in your emails to me I should copy Dr. Wash also. Why should I copy Dr. Wash? Dr. Wash has not copied or sent me anything she has sent to you. As a matter of fact, you report she submitted documents to why she wanted to give up the grant and you accepted it. Dr. Wash did not send me a copy of what she submitted to you on closing the grant. Where is my copy? I have no idea about the lies she may have told you about the Grant and me. You can give it to me now, or you certainly will give it to me in the Discovery Processes in Court.

Attached are supporting documents for my Federal Complaint, which you guys have working knowledge of because the documents were sent to you before this email and you did nothing. Some of these supporting documents are emails and hand written notes, which are admissible in Federal Court.

My original Whistleblower Complaint dated April 17, 2020, which I sent to Tracey Willis and Andre Bethea, was never addressed. If addressed, we may not be here today addressing Federal litigation for violating the Whistleblower Act by terminating my employment.

Mr. Williams asked the EMAGES management team and evaluator, Dr. Wash, Dr. Nance, Daniel, and Dr. Witherspoon, if we wanted to change our P&I Guide to adjust to the Covid-19 crisis as others with SCA grants that he (Mr. Williams) is their Technical Advisor also. Mr. Williams informed us some of his SCA people have decided to change their P&I Guides. Dr. Wash and the team said we did not have to change our P&I Guide because we had a plan, which our plan is documented in my hand written notes. I have hand written notes about this discussion, which are attached. We told Mr. Williams we had a strategy to keep moving forward with services.

Similarly situated organizations/companies were allowed to change their P&I Guides to fit the Covid-19 pandemic. Dr. Wash chose to lie to you, and you believed her without consulting anyone. Since we were not allowed to change our P&I Guide as similarly situated groups, you have discriminatory practices. My hand written notes support my position, responsibilities, and duties as Program Director. I continuously fulfilled my duties beyond measure.

Dr. Wash lied to you about why she was returning the grant, which is documented in one of the emails attached that I sent to you. I have not received my check for the pay period ending 10/2/20. I have not received my check for the pay period Dr. Wash claimed at the beginning of holding back a check. You can respond if you wish. Thank you.

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

 10.17.20 Joseph Williams Email Chain for 4.1.20.pdf
74.7kB

 10.17.20 Joseph Williams Email Chain for 5.4.20 Monthly Meeting.pdf
83.7kB

 10.17.20 Joseph Williams Email Chain for 5.21.20 re Covid 19 Teleconferencing.pdf
80.7kB



10.17.20 Joseph Williams Email 7.23.20 TA Meeting for 8.4.20.pdf
84.1kB

10.17.20 Joseph Williams Email 8.21.20 leading to 2nd Whistleblower Complaint.pdf
175.5kB

10.17.20 Joseph Williams Email 8.21.20 Attachments to Support.pdf
77.5kB

10.17.20 Joseph Williams Email 8.27.20 leading to 2nd Whistleblower Complaint.pdf
138.3kB

10.17.20 Email 9.1.20 to Tracey Willis et al Cook County Jail Opening.pdf
145.3kB

10.17.20 Email 9.29.20 Whistleblower Complaints and Retaliation.pdf
92kB

10.17.20 Dr. Nance Statement on Termination of SCA Grant.pdf
81.3kB

10.17.20 Email BJA Officials Allowed Dr. Wash to Retaliate against me.pdf
126.4kB

10.17.20 Tracey Willis Email Chain re Whistleblower Complaint.pdf
96.8kB

10.17.20 S.O. Suspension and termination of the Second Change Act grant.pdf
260.8kB

10.17.20 Email to Congressman Davis re Whistleblower Complaints.pdf
102.8kB

10.17.20 Joseph Williams Email 8.4.20 TA Meeting.pdf
76.6kB

10.17.20 Email 9.21.20 from Jail on Reopening Instructions.pdf
168.6kB

10.17.20 EMAGES TA Handwritten Notes for Covid 19 and Mentor Meetings.pdf
8MB

 **Gmail**

**Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>**

---

## Fw: EMERGE
1 message

---

**Fred Nance Jr., Ph.D.** <frednance@clickservices.org>
Reply-To: "Fred Nance Jr., Ph.D." <frednance@clickservices.org>
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Tue, Jun 2, 2020 at 10:59 AM

---

/s/Dr. Fred Nance Jr., PhD
Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

----- Forwarded Message -----
**From:** Williams, Joseph <jwilliams@air.org>
**To:** Fred Nance Jr. <frednance@clickservices.org>
**Sent:** Tuesday, April 7, 2020, 10:30:27 AM CDT
**Subject:** RE: EMERGE

We are meeting via GoToMeeting. I sent out a recurring meeting invitation last week. Let me know if you can't find it.

---

**From:** Fred Nance Jr. <frednance@clickservices.org>
**Sent:** Tuesday, April 7, 2020 11:28 AM
**To:** Williams, Joseph <jwilliams@air.org>
**Subject:** Re: EMERGE

External email alert: Be wary of links & attachments.

Good morning. How are we communicating this morning for the conference meeting?

Sent from my iPhone

Dr. Fred L Nance Jr

PhD Human Services

Social Policy Analysis

708-921-1395

On Apr 1, 2020, at 11:56 AM, Williams, Joseph <jwilliams@air.org> wrote:


You are gracious. Made the changes.

---

**From:** Fred Nance Jr., Ph.D. <frednance@clickservices.org>
**Sent:** Wednesday, April 1, 2020 12:18 PM
**To:** Williams, Joseph <jwilliams@air.org>
**Subject:** Re: EMERGE


External email alert: Be wary of links & attachments.

No worries about the name. The name is really "MA`AT Project". Thank you.


/s/Dr. Fred Nance Jr., PhD

Health & Human Services

Social Policy Analysis and Planning

www.clickservices.org

708-921-1395


NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


On Wednesday, April 1, 2020, 11:10:38 AM CDT, Williams, Joseph <jwilliams@air.org> wrote:


Good morning Dr. Nance,

First I apologize for using the term EMERGE instead of EMAGES. Please pardon the mental lapse. I will correct it. 11:00 Central will be fine. I will mare the changes. Hope you have a good day.

**From:** Fred Nance Jr., Ph.D. <frednance@clickservices.org>
**Sent:** Wednesday, April 1, 2020 11:42 AM
**To:** Dr. Hattie Wash <washhattie@gmail.com>; Daniel Jean <daniel_jean716@yahoo.com>; Williams, Joseph <jwilliams@air.org>
**Cc:** Fred Nance Jr. <frednance@clickservices.org>
**Subject:** Re: EMERGE

External email alert: Be wary of links & attachments.

Mr. Williams:


I read your "EMERGE" email before reading the email Dr. Wash submitted and your response to her. Even though no one from my team asked me my preference for a day and time, I can do the first Tuesday of each month. There seems to be a time discrepancy. In your "EMERGE" email the time is 10:00 am to 11:00 am. In your response to Dr. Wash, you note 11:00 am Central. Can we all agree on 11:00 am (CST)? Please respond. Thanks


/s/Dr. Fred Nance Jr., PhD

Health & Human Services

Social Policy Analysis and Planning

www.clickservices.org

708-921-1395


NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


On Wednesday, April 1, 2020, 10:23:13 AM CDT, Fred Nance Jr., Ph.D. <frednance@clickservices.org> wrote:


Good morning. Yes, I will join your meeting. I will join phone. I cannot join with my SCA computer because I do not have virus protection.


/s/Dr. Fred Nance Jr., PhD

Health & Human Services

Social Policy Analysis and Planning

www.clickservices.org

708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Wednesday, April 1, 2020, 09:37:05 AM CDT, Williams, Joseph <jwilliams@air.org> wrote:

---

Please join my meeting from your computer, tablet or smartphone.

https://global.gotomeeting.com/join/175699405

You can also dial in using your phone.

(For supported devices, tap a one-touch number below to join instantly.)

United States: +1 (786) 535-3211

- One-touch: tel:+17865353211,,175699405#

Access Code: 175-699-405

New to GoToMeeting? Get the app now and be ready when your first meeting starts:
https://global.gotomeeting.com/install/175699405

Gmail - Monthly Check In

 Gmail

**Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>**

---

# Monthly Check In
4 messages

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>            Mon, May 4, 2020 at 2:50 PM
To: jwilliams@air.org
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Dr. Fred Nance Jr." <frednance@clickservices.org>

Mr. Williams:

Good afternoon. Are you sending a link for our communication on Tuesday, May 5, 2020? If I remember correctly, we (EMAGES) have a conference call with you the 1st Tuesday of each month. Please advise. Thank you.

On another note: I am transferring all emails regarding our SCA grant to this email address: drfred.nancejr@gmail.com. I will still monitor my "clickservices" emails. Thanks.

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

---

**Williams, Joseph** <jwilliams@air.org>            Mon, May 4, 2020 at 3:32 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Thank you Dr. Nance,

I hope that all is well with you. I saw that you were on the webinar today. Hopefully, you found it helpful. I updated your email. The meeting link I sent is for a recurring meeting. It is the same each month. I emailed you another link.

---

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Monday, May 4, 2020 3:51 PM
**To:** Williams, Joseph <jwilliams@air.org>
**Cc:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>; Dr. Fred Nance Jr. <frednance@clickservices.org>
**Subject:** Monthly Check In

External email alert: Be wary of links & attachments.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>            Mon, May 4, 2020 at 4:38 PM
To: "Williams, Joseph" <jwilliams@air.org>

Thank you.
[Quoted text hidden]

---

**Williams, Joseph** <jwilliams@air.org>            Tue, May 5, 2020 at 9:12 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

You are welcome

[Quoted text hidden]

 **Gmail**

**Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>**

---

## SCA Month Activities & Covid-19
2 messages

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>      Thu, May 21, 2020 at 11:52 AM
To: "Williams, Joseph" <jwilliams@air.org>
Cc: Daniel Jean <daniel_jean716@yahoo.com>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, Hattie Wash
<Washhattie@gmail.com>

Mr. Williams:

Good afternoon. I received your email regarding this subject. Dr. Wash and Mr. Jean report they did not receive this email. I almost missed this email because it was sent to the wrong email address. Please use the email addresses in this message for all future communications.

We did nothing special for SCA Month due to the Coronavirus. We are following our State's "Stay at Home" Order. We have 7 groups we originally provide our trauma-informed and mentoring services to with this grant, including case management. Due to the Coronavirus 2 groups were suspended, which were groups outside of EMAGES (Illinois Department of Corrections Special Needs Unit and the Cook County jail). At this time, we are not providing face-to-face contact. We are serving 85% to 90% of our normal services in this grant via teleconferencing.

The teleconferencing being provided is to 5 of our groups, which are normally held at EMAGES. These 5 groups are receiving trauma-informed and mentoring services, along with case management. If you need further information, please do not hesitate to contact us. Thank you.

Have a safe and blessed day.

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

---

**Williams, Joseph** <jwilliams@air.org>      Thu, May 21, 2020 at 4:14 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>
Cc: Daniel Jean <daniel_jean716@yahoo.com>, Hattie Wash <Washhattie@gmail.com>

Dr. Nance,

Thank you for this update. These emails usually go to the POC. You were listed as the POC from the BJA list I received. I have updated your email address and added Dr. Wash's email address as a second POC.

Hope all of you have a safe and blessed day as well.

---

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Thursday, May 21, 2020 12:53 PM
**To:** Williams, Joseph <jwilliams@air.org>
**Cc:** Daniel Jean <daniel_jean716@yahoo.com>; Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>; Hattie Wash <Washhattie@gmail.com>
**Subject:** SCA Month Activities & Covid-19

External email alert: Be wary of links & attachments.

[Quoted text hidden]

 **Gmail**

**Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>**

---

## Appearance of Fraud Grant# 2018-CY-BX-0025
1 message

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>          Sat, Apr 18, 2020 at 1:04 AM
To: Tracey.Willis@usdoj.gov
Cc: Andre.Bethea@usdoj.gov, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Dr. Fred Nance Jr."
<frednance@clickservices.org>

Good morning. I want to report the appearance of fraud with our grant. I am claiming
"Whistleblower" status with this report. Attached is my letter and supporting documentation. Please
review and comment. Thank you.

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

---

**13 attachments**

**4.17.20 SCA Payroll Fraud Letter.pdf**
1134K

**3.30.20 EMAGES Drawdown from OJP.pdf**
283K

**1.27.20 thru 2.24.20 Dorothy Collins Payroll.pdf**
90K

**4.8.20 Dorothy Text Message on Resigning in January 2020.pdf**
308K

**4.8.20 Email Alert to Accountant Bradley re Fraud.pdf**
53K

**4.8.20 Email Message to Mr. Bradley re Fraud.pdf**
53K

**4.10.20 Email Message to Mr. Bradley with Supporting Docs on Fraud.pdf**
52K

**4.10.20 Email to Accountant re Fraud Validated.pdf**
52K

**4.15.20 Final Email to Accountant re Fraud.pdf**
52K

**4.15.20 Drawdown for Non Employee Dorothy Collins.pdf**
74K

**4.17.20 Texts Re Laptop Computer Virus Protection.pdf**
1210K

**3.31.20 MA`AT Mentor Requesting Call-In for Coronavirus.pdf**
51K

**4.7.20 TA Meeting Non Attendance due to Virus Protection.pdf**
81K

        **Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>**

---

## GoToMeeting Invitation - EMAGES
4 messages

---

**Williams, Joseph** <jwilliams@air.org>      Thu, Jul 23, 2020 at 3:43 PM
To: "Fred Nance Jr." <frednance@clickservices.org>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, Hattie Wash <Washhattie@gmail.com>, Daniel Jean <daniel_jean716@yahoo.com>, "Dr. Karen Witherspoon" <doctorwitherspoon@gmail.com>

> EMAGES
>
> Please join my meeting from your computer, tablet or smartphone.
>
> https://global.gotomeeting.com/join/175699405
>
>
> You can also dial in using your phone.
> (For supported devices, tap a one-touch number below to join instantly.)
>
> United States: +1 (786) 535-3211
> - One-touch: tel:+17865353211,,175699405#
>
> Access Code: 175-699-405
>
>
> New to GoToMeeting? Get the app now and be ready when your first meeting starts: https://global.gotomeeting.com/install/175699405

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>      Thu, Jul 23, 2020 at 10:51 PM
To: "Williams, Joseph" <jwilliams@air.org>
Cc: "Fred Nance Jr." <frednance@clickservices.org>, Hattie Wash <Washhattie@gmail.com>, Daniel Jean <daniel_jean716@yahoo.com>, "Dr. Karen Witherspoon" <doctorwitherspoon@gmail.com>

> Thanks, I'll be there.
> [Quoted text hidden]
> --
> /s/Dr. Fred Nance Jr., Ph.D.
> Human Services/Social Policy Analysis
> Program and Policy Development
> 708-921-1395

---

**Hattie Wash** <washhattie@gmail.com>      Fri, Jul 24, 2020 at 11:04 AM
To: "Williams, Joseph" <jwilliams@air.org>
Cc: "Fred Nance Jr." <frednance@clickservices.org>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, Daniel Jean <daniel_jean716@yahoo.com>, "Dr. Karen Witherspoon" <doctorwitherspoon@gmail.com>

> This is the Tuesday August 4 11am meeting right.
>
> Sent from my iPhone
>
>> On Jul 23, 2020, at 3:43 PM, Williams, Joseph <jwilliams@air.org> wrote:
>
> [Quoted text hidden]

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                                          Fri, Jul 24, 2020 at 2:33 PM
To: Hattie Wash <washhattie@gmail.com>
Cc: Daniel Jean <daniel_jean716@yahoo.com>, "Dr. Karen Witherspoon" <doctorwitherspoon@gmail.com>, "Fred Nance Jr."
<frednance@clickservices.org>, "Williams, Joseph" <jwilliams@air.org>

Yes, it is.
[Quoted text hidden]
--
[Quoted text hidden]

    **Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>**

---

## August 4, 2020 TA Meeting
2 messages

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                      Thu, Jul 23, 2020 at 2:35 PM
To: "Williams, Joseph" <jwilliams@air.org>
Cc: "Dr. Karen Witherspoon" <doctorwitherspoon@gmail.com>, "Dr. Hattie Wash" <Washhattie@gmail.com>, Daniel Jean
<daniel_jean716@yahoo.com>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

  Mr. Williams: Good afternoon. Dr. Karen Witherspoon, our evaluator, will be on the call for our monthly meeting, August 4,
  2020, at 11:00 am (CST). Please send all of us, individually, the call-in number or link to the session. If you have any
  comments or questions, please do not hesitate to contact us by replying to "all" with your discussion. Thank you.

  --
  /s/Dr. Fred Nance Jr., Ph.D.
  Human Services/Social Policy Analysis
  Program and Policy Development
  708-921-1395

---

**Williams, Joseph** <jwilliams@air.org>                      Thu, Jul 23, 2020 at 3:44 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>
Cc: "Dr. Karen Witherspoon" <doctorwitherspoon@gmail.com>, "Dr. Hattie Wash" <Washhattie@gmail.com>, Daniel Jean
<daniel_jean716@yahoo.com>

  Done.

---

  **From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
  **Sent:** Thursday, July 23, 2020 3:35 PM
  **To:** Williams, Joseph <jwilliams@air.org>
  **Cc:** Dr. Karen Witherspoon <doctorwitherspoon@gmail.com>; Dr. Hattie Wash <Washhattie@gmail.com>; Daniel Jean
  <daniel_jean716@yahoo.com>; Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
  **Subject:** August 4, 2020 TA Meeting

  External email alert: Be wary of links & attachments.

  [Quoted text hidden]



**Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>**

---

# Grant #2018-CY-BX-0025
11 messages

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                                      Fri, Aug 21, 2020 at 4:40 PM
To: "Williams, Joseph" <jwilliams@air.org>
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Mr. Williams:

Good afternoon. We are scheduled for our monthly meeting on September 1, 2020. I would like for us to discuss the
Office of Chief Financial Officer (OJP) Webinar/Registration Announcement September/October 2020 Financial
Management Training Webinar. Registration opens on August 26, 2020 at 2:00 pm (EST). I am inviting our accountant to
attend this meeting. Also, I want to discuss the new JustGrants Update due to begin on October 15, 2020.

I want to report our proposal in the beginning paragraph states, "EMAGES, Inc. in collaboration with C.L.I.C.K. Services,
Inc...." C.L.I.C.K. is my company. I work for C.L.I.C.K. not EMAGES. The reason I report this is because I cannot get Dr.
Wash to understand C.L.I.C.K. is a partner with this grant. Dr. Wash has the role of fiduciary and I have the role of Project
Director, which is described and outlined in our initial proposal for this grant that was funded.

Now, the reason I want to discuss the Financial Management Training Webinar is because I have trouble getting my
partner, Dr. Wash, to listen to what I know about the Second Chance Act policies. Around March or April 2020 I reported a
misappropriation of funds or possible fraud pursuant to the Whistleblower Act with our grant manager and Mr. Bethea. I
reported this issue to them via the Whistleblower Act to secure the grant and my interest in the grant; so no retaliation can
take place from Dr. Wash or DOJ.

The issue in March/April 2020 is Dr. Wash drew down money for an employee that did not exist. When I talked to her
about it she told me to mind my own business, which to her is the program. Neither the grant manager or Mr. Bethea have
commented. Nevertheless, I will discuss it during this upcoming Financial Management Training September/October
2020.

On another financial issue, our budget reports $2800.00 a month for consultants (mentors). On or about March 21, 2020
two of our programs, Cook County jail and IDOC's Special Needs Unit, were closed due to the Coronavirus. Four mentors
were assigned to these 2 programs.

I get a copy of our monthly drawdown. When I reviewed the drawdowns for February, March, April, May, June, and July of
2020, I found the following: February thru June 2020 there was a drawdown of $2800.00 each month. I send Dr. Wash the
payroll every month for the mentors/consultants. This is what I submitted to her:

February 2020 - $2,150.00
March 2020 - $2,600.00
April 2020 - $2,100.00
May 2020 - $1,800.00
June 2020 - $2,300.00

In July of 2020, I informed Dr. Wash of the February thru June 2020 discrepancies. Even though I informed her she
should not drawdown more than what is billed, she drew down $2800.00 each month. I submitted to Dr. Wash a July
consultant payroll of $2,100.00. Dr. Wash drew down $2800.00 again.

I informed Dr. Wash pursuant to the DOJ Financial Training I was mandated to attend earlier in our grant period, a
grantee must spend all monies drawn down during the drawdown period; no grantee can hold funds in their bank
accounts (this is not verbatim). Dr. Wash told me to mind my own business and that I was supposed to be working with
the program and not the fiduciary part of the program. I told her I was not going to compromise my integrity and values.
Silence is complicity. I informed her I would tell you about this present issue. Dr. Wash told me you are our technical
advisor, not our grant manager; and that you could not do anything about it. Dr. Wash told me I do not know anything
about accounting procedures.

I am presenting this to you today so we can discuss these issues during our meeting on September 1, 2020 with you. In
addition, I am reporting the issue in a timely manner to preserve the grant and my interest in the grant pursuant to the

Whistleblower Act. Dr. Wash has threatened me by saying she would give the grant up. I stopped this threat by telling her I would take the grant through C.L.I.C.K. Services, NFP.

Another reason for my writing this message to you is to report our program's need for a support staff/clerk. Approximately, 2 weeks ago I agreed to employ Dr. Wash's administrative assistant as the support staff/clerk, who also handles Dr. Wash's financial business. After not receiving information I asked for weeks ago, I decided I did not want this person as the support staff/clerk. Dr. Wash sent me an email on August 21, 2020 stating I agreed to have her and that I do not have the authority to request she resign and I cannot terminate her. Dr. Wash also informed me if I did not work with her I would not get the information I need for my work. So, I guess I will not get the information I need for reporting on this grant.

Should I forward this information to our grant manager and Mr. Bethea? The reason Mr. Bethea gets my messages is because I brought some issues to him earlier in our grant period and he informed the grant manager he wanted to be copied on all messages the grant manager may send to me. I have known Mr. Bethea for about 8 or 10 years. I have been a peer reviewer for the SCA since 2009. I have reviewed over a 100 proposals. I know the SCA policy.

I am attaching the DOJ Financial Management Training Policies for the issues I raise here regarding drawdowns. Thank you.
--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

---

**2 attachments**

 **8.21.20 DOJ Financial Management Drawdown Policy.pdf**
595K

 **8.21.20 Grant 2018 CY BX 0025 Drawdowns.pdf**
2338K

---

**Williams, Joseph** <jwilliams@air.org>                                    Mon, Aug 24, 2020 at 11:48 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Good morning Dr. Nance.

Please see the attached directive from BJA. Have you seen this?

---

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Friday, August 21, 2020 5:41 PM
**To:** Williams, Joseph <jwilliams@air.org>
**Cc:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Subject:** Grant #2018-CY-BX-0025

External email alert: Be wary of links & attachments.

[Quoted text hidden]

---

 **BJA Directive 1.pdf**
326K

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                          Mon, Aug 24, 2020 at 12:13 PM
To: "Williams, Joseph" <jwilliams@air.org>

Yes. I have seen this document. Is there something specific you want me to understand?
[Quoted text hidden]

---

**Williams, Joseph** <jwilliams@air.org>
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Mon, Aug 24, 2020 at 1:02 PM

I just wondered if you are taking into account that BJA is allowing grantees to pay staff even if they are not able to fulfill all of their responsibilities.

Joseph Williams
Senior Consultant
American Institutes for Research
Email:   jwilliams@air.org
Office: 202-403-6924
Mobile: 313-505-3577

---

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Monday, August 24, 2020 1:13 PM
**To:** Williams, Joseph <jwilliams@air.org>
**Subject:** Re: Grant #2018-CY-BX-0025

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
To: "Williams, Joseph" <jwilliams@air.org>

Mon, Aug 24, 2020 at 1:22 PM

No. The staff did not work during the period they drew money down for her. The person resigned the 1st week of January 2020. They knew it. They drew down money for this person in February and March of 2020. When I brought it to Dr. Wash attention, she began berating and disrespecting me. In future drawdowns I saw nothing reporting they put the money back. This was my 1st complaint to the DOJ grant manager and Mr. Bethea. We cannot ignore what she is doing with the budget and drawdowns.

This is the 2nd issue with drawdowns. There is no reason to drawdown monies for contractors who are not working the hours. We have 2 programs that are closed requiring payment for 4 mentors pursuant to our budget. These 2 programs closed due to the Coronavirus. Dr. Wash is drawing these monies down anyway. She drew money down for these 2 programs for March thru June 2020. When I brought it to her attention she berated and disrespected me; and drew the monies down again for July 2020. I submitted the payroll for March thru July 2020. She knew each month the amount of money to drawdown. I needed to report these issues so you guys would know I had nothing to do with it. I am protecting the grant, my integrity and honesty. I worked to hard to get to where I am today.

[Quoted text hidden]

---

**Williams, Joseph** <jwilliams@air.org>
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Mon, Aug 24, 2020 at 2:43 PM

Dr. Nance,

Thank you for this clarification. I have passed this along to my higher-ups for direction. I will be in touch.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
To: "Williams, Joseph" <jwilliams@air.org>

Mon, Aug 24, 2020 at 3:18 PM

Thank you.
[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
To: "Williams, Joseph" <jwilliams@air.org>

Mon, Aug 24, 2020 at 4:28 PM

I forgot to tell you about the evaluator. Dr. Wash has been drawing down the evaluators salary without receiving an invoice from her. This goes on for months before an invoice is submitted from the evaluator. The evaluator is not at fault. Dr. Wash should drawdown funds for the evaluator after receiving her invoice. What is she doing with this money being held in her bank account? I believe the policy for drawdowns is a grantee must spend all monies drawn down for particular period.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                                  Mon, Aug 24, 2020 at 4:42 PM
To: "Williams, Joseph" <jwilliams@air.org>

The way the State of Illinois avoids financial fraud on their grants is a grantee has to submit an invoice to the State of Illinois before payment of services is rendered. The SCA can do the same thing.

Even though we could drawdown funds for salaries, Dr. Wash made all us work 4 weeks before we got paid for our first 2 week period. Dr. Wash said she had hold back 2 weeks before paying us. Does this mean after I work my last 2 weeks of the grant, I have another check coming? I do not think so!

[Quoted text hidden]

---

**Williams, Joseph** <jwilliams@air.org>                                  Tue, Aug 25, 2020 at 9:28 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Good day Dr. Nance,

I have forwarded your emails expressing your concerns to the officers at the BJA and to my supervisors. Hoping this can be resolved swiftly and that your project does not experience any further disruption.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                                  Tue, Aug 25, 2020 at 9:41 AM
To: "Williams, Joseph" <jwilliams@air.org>

Thank you for your response.

[Quoted text hidden]



Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

---

## Dr. Wash & Dr. Nance Email Chain and Support Staff Clerk Description
1 message

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                                    Fri, Aug 21, 2020 at 8:16 PM
To: "Williams, Joseph" <jwilliams@air.org>
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Mr. Williams:

Good evening. I am sending you the email chain between Dr. Wash and I today. I numbered the emails in the order of discussion. I am sending you the job description for the Support Clerk position, which Dr. Wash and I agreed; and clearly states this person reports to me. I am sending you our abstract and proposal for grant #2018-CY-BX-0025. The proposal clearly states C.L.I.C.K. Services, NFP is the co-sponsor of the proposal and my responsibilities. (See Capabilities and Competencies Section pp. 17-19) The abstract begins with "EMAGES, Inc., in collaboration with C.L.I.C.K. Services, NFP...." I work for C.L.I.C.K.

We know what John Lewis said "If you see something, do something...."

Respectfully submitted

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

---

**4 attachments**



📄 **8.21.20 Email Chain between Dr. Wash and Dr. Nance.pdf**
   1808K

📄 **8.21.20 Support Staff Clerk generated by agreement on 3.2.20.pdf**
   313K

📄 **Project Abstract.pdf**
   13K

📄 **Project Narrative.pdf**
   98K



Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

## Center Opening and Other Issues
8 messages

---

**Hattie Wash** <washhattie@gmail.com>                                    Fri, Aug 21, 2020 at 8:39 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

EMAGES has been open since the beginning of the pandemic. We are open Monday Tuesday and Wednesdays 10am to 6 pm closed on Thursday and open half day Friday We are essential staff and work on a flex schedule. However, our groups are held through conference calls. But EMAGES Staff, mentors and Daniel Jean come in to see individual clients, complete their reports and call their clients, you are the only one that does not come in. I am at EMAGES on Wednesday and other days if needed, You told me that because of your health problems you wanted to work from home, which I could not deny during the stay at home order.

I welcome the call or email to Mr. Williams, but as I said earlier I am willing to give the program up. I am also available for any type of audit that your Whistle Blower complaint will initiate. Because I know I will pass with flying colors. What you fail to realize is that you are an employee of EMAGES and you work for me. Yes we did collaborate on the submission of the federal grant. You were given the Director position and was scheduled to work with our stake holders and seek out funding for the continuation of the program. However, instead of doing your job, you want to supervise the day to day operations. We have a supervisor for that purpose. which I have advise you of on several times.

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                         Fri, Aug 21, 2020 at 9:35 PM
To: Hattie Wash <washhattie@gmail.com>

I am not an employee of EMAGES. If you think I am an employee of EMAGES, terminate me. I do not work for you. You need to read the proposal in its entirety, specifically pages 17-19. I am in charge of the day-to-day operations. You did not give me anything. I chose to do what I do. Stop cherry-picking the proposal to fit your agenda. I have as much financial and programmatic interest as you with this grant. You need to read the Financial Management Training module for drawdowns. You need to stand down and do your job.

Terminate me! We will see how that works with DOJ and the civil lawsuit I will file. I told you I was working from home due to the Coronavirus and the Stay at Home order. You told me EMAGES was closed because of the Stay at Home Order from Governor Pritzker and your State funders. You told me EMAGES would not be open for business and the public until you got monies for cleaning, masks, gloves, and other PPE pursuant to opening up legally. I decided to work from home until you are fully open; in order to know with some certainty it would be safe. I have shared with you my concerns about some of your staff walking around without masks on.

You need to read the job description for the Clerk's position, created on 3.2.20. The clerk reports to me and you. You need to read the Whistleblower Act. You cannot do anything to me. Pursuant to the Whistleblower Act, any negative action towards me triggers litigation.

You should not involve Daniel in this mess. It will not turn out good. Daniel is an innocent bystander, unless you involve him. You should have corrected Sheila and told her to apologize for giving my information to Daniel. You should have told Sheila to give me what I asked when you found out I did not have it. I copied you on the emails, which was part of our "verbal" agreement. Instead you decide to come after me. As long as you, we, have known each other, you should have known there was no win coming after me. I argue and work with lawyers, judges, legislators, Governors, and Presidents; and they all still invite me to their business and personal events. Why? I tell them the truth! I give them solutions! They respect me! Disrespecting me only brings one numerous problems.

You should back up and regroup. This will not stop at the grant falsely accusing me of wrongdoing. You report you will pass with flying colors. You really have no clue who I am! I don't bother people. I treat all people fairly. My integrity, honesty, and commitment to the rule of law cannot be challenged. You should not attack these truths. You should work with them. Some people do not get second chances to make things right.

[Quoted text hidden]

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

**Hattie Wash** <washhattie@gmail.com>              Sat, Aug 22, 2020 at 9:45 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

  I said what I mean do what you need to do nothing is changing on my end.

  Sent from my iPhone

        On Aug 21, 2020, at 9:35 PM, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com> wrote:

         [Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>          Sat, Aug 22, 2020 at 1:50 PM
To: Hattie Wash <washhattie@gmail.com>

  Nothing has changed on my end either.
  [Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>          Sat, Aug 22, 2020 at 4:44 PM
To: Hattie Wash <washhattie@gmail.com>

On May 13, 2020 you announced EMAGES is open during our Wednesday meeting. You described a flex schedule for essential staff and work. Your flex schedule does not apply to the Second Chance Act MA`AT Project, which I discussed in an earlier email talking about Jaime Enge's issues with reopening during the Coronavirus. A little history...our Wednesday weekly management meetings.

On May 20, 2020, during our Wednesday meeting, it was announced I do not have any face-to-face contact during the Coronavirus. 85% of participants are contacting thru teleconferencing; following Stay at Home Order. On May 27, 2020 we talked about telephone codes different for S/O and MA`AT groups. On June 3, 2020 Sheila was brought on as support staff. On June 18, 2020, at our MA`AT mentors meeting, Consultant Jamie Enge requested a meeting with you and all EMAGES staff on the reopening of EMAGES on July6, 2020. I sent you an email on June 19, 2020 regarding this request. In the email I sent you on June 19, 2020, I informed you Chad did not attend the meeting. I also informed you I was going to record our weekly meetings so we would have notes. On July 1, 2020 we decided all forms would go to Daniel, that is, referrals and progress notes; and Daniel would give them to Sheila. On July 15, 2020 you discussed opening up EMAGES reporting you were waiting for the Stay at Home Order to be lifted. You informed us you had received $35,000.00 from the State for your EMAGES PPE supplies. You talked about social distancing; bringing staff back first; rotating attendance; physical distancing for groups and some participants staying with teleconferencing. You asked me to send our grant manager, Ms. Willis, an email regarding monies for sanitizing EMAGES and telehealth. We stated Sheila would get all forms for participant files. On July 22, 2020 we, Dr. Witherspoon, Daniel, Sheila, you, and me, discussed raw data being submitted to Dr. Witherspoon, such as questionnaires, evaluation tools, demographic information, participant attendance, and referrals. We talked about attendance by modules with dates. On August 5, 2020 we had in attendance Dr. Witherspoon, Daniel, Sheila, you and me. We talked about the data forms, questionnaires, speciality courts, referrals, pre/post release, funding after project, staff training, and 10th of the month for telephone listing. I never received the telephone listing. We talked about submitting attendance sheets Sheila would provide to me for Dr. Witherspoon with how many sessions each participant attended. These attendance sheets should have covered 10/1/19 to present. Sheila submitted a July 2020 attendance sheet to me, which did not have the 5th week on it. I emailed her to correct this issue. Sheila never responded. You and Daniel were copied on the email.

There has not been any discussion since July 15, 2020 on when you would be opening up EMAGES for the "MA`AT" project staff and participants for normal business hours. We had a discussion on how the cleaning processes or group processes would be performed, social distancing and other preventive measures due to the Coronavirus. On March 16, 2020 the Special Needs Unit suspended services due to the Coronavirus. The Special Needs Unit is still suspended. The Cook County jail suspended services around the same time as the Special Needs Unit. A week or 2 before these suspensions, I informed you I would be working from home due to the Coronavirus.

On July 6, 2020 I sent a text to you and Sheila requesting Sheila send me all documents in my mailbox to me via email. Sheila responded ok. On July 10, 2020 Sheila sent me a message stating "I put Quarter 3 April -June 2020 Data Worksheet in your mailbox. You can complete April & May, I will do June on Tuesday and have ready for you at our meeting on Wednesday. Any questions or concern we can discuss on Wednesday. Effective July 10, 2020 I have created

a Monthly Case Management Data Form and I will submit it to you by the 10th of each month with the clients referrals, beginning August 2020." I responded "Sounds good." On July 14, 2020 I sent Sheila an email stating "Please send me all data forms via email. We are not physically meeting Wednesday. We are meeting via Skype at 1:00 pm. Thanks." See the July 20, 2020 email you were copied on for my discussion with Sheila, which was appropriate. Sheila had no complaints regarding my request.

On August 7, 2020 I sent a text to you and Sheila at 7:42 am asking when would my check be ready for pick up, stating if it is 2:00 pm mail it to me. Neither one of you responded. I sent another text at 10:39 am stating "Since you guys cannot respond to me do not expect me to respond to anything. On August 19, 2020 Sheila sent me an email stating "**<u>Fred Nance, effective August 19, 2020, per your request I will be mailing your paycheck starting August 21st, 2020 until EMAGES has reopened with normal operational hours.</u>**" Sheila copied Daniel on this email. I replied back to Sheila copying you and Daniel, asking her why did she copy Daniel on my payroll issues. I asked her what kind of games are we playing now. Sheila went off with her response email to me. She stated "Effective August 19, 2020 at 6:30 pm any emails or texts written directly to me relating to DOJ/2nd Chance should come only from Daniel Jean or Dr. Wash. This is unacceptable. I suggested she resign. The rest has been discussed via emails between you and me.

As I stated in an earlier email, and Sheila confirms my statement, I will return physically to work when EMAGES has reopened with normal operational hours. Until you issue a written statement that EMAGES has reopened with normal operational hours, I will be working from home due to the Coronavirus.

On Fri, Aug 21, 2020 at 8:39 PM Hattie Wash <washhattie@gmail.com> wrote:
> EMAGES has been open since the beginning of the pandemic. We are open Monday Tuesday and Wednesdays 10am to 6 pm closed on Thursday and open half day Friday We are essential staff and work on a flex schedule.  However, our groups are held through conference calls. But EMAGES Staff, mentors and Daniel Jean come in to  see individual clients, complete their reports and call their clients, you are the only one that does not come in. I am at EMAGES  on Wednesday and other days if needed,  You told me that because of your health problems you wanted to work from home, which I could not deny during the stay at home order.
>
> I welcome the call or email to Mr. Williams, but as I said earlier I am willing to give the program up. I am also available for any type of audit that your Whistle Blower complaint will initiate. Because I know I will pass with flying colors. What you fail to realize is that you are an employee of EMAGES and you work for me.  Yes we did collaborate on the submission of the federal grant. You were given the Director position and was scheduled to work with our stake holders and seek out funding for the continuation of the program.  However, instead of doing your job, you want to supervise the day to day operations. We have a supervisor for that purpose.  which I have advise you of on several times.

[Quoted text hidden]

---

 **8.21.20 Support Staff Clerk generated by agreement on 3.2.20.pdf**
313K

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>           Wed, Aug 26, 2020 at 7:20 PM
To: "Williams, Joseph" <jwilliams@air.org>
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Mr. Williams: Good evening. On August 21, 2020 Dr. Wash sent me the email below. On August 22, 2020 I responded. I trying not to send this email chain to you hoping she would change her position. Dr. Wash stated I would not get the information I need to perform my duties if I did not request the information that is in my mailbox at the office from her or Daniel. I informed Dr. Wash the support clerk, Sheila, was asked to send me the information. Dr. Wash states the support person reports to her and Daniel, not me. I informed Dr. Wash the Support Clerk's job description states the person reports to Dr. Wash and Dr. Nance. This is a retaliatory act by Dr. Wash.

As you read this email chain, you will see Dr. Wash reminds me she will give up the grant. This statement was made back in April 2020 when I reported the first financial misappropriation of funds to Ms. Willis and Mr. Bethea. This is a threat from her to hurt me.

Nevertheless, the Illinois Department of Corrections asked me in May of 2019 to create a 90-day transitional house for sex offenders. I agreed to pursue this endeavor. I am attaching my 90-day transitional housing proposal. On August 31, 2020, I am meeting with a prominent Illinois Chicago Commissioner to discuss my proposal. I believe this is finally a good step forward to create this housing. I have been networking with Congressman Danny K. Davis of the 7th Congressional District for this housing. Congressman Davis and I rode through his District seeking possible housing property. I emailed Congressman Davis informing him I needed to upgrade this housing to include office space, anticipating the possibility of having to complete this SCA grant. Just covering my bases.

Thank you.
[Quoted text hidden]

---

**2 attachments**

 **8.21.20 Support Staff Clerk generated by agreement on 3.2.20.pdf**
313K

 **8.31.20 90 Day Transitional Housing Proposal.pdf**
129K

---

**Williams, Joseph** <jwilliams@air.org>                                          Thu, Aug 27, 2020 at 1:01 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Dr. Nance,

Thanks for sending this. I passed your emails along to Andre and Tracey. Have you heard from either of them?

---

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Wednesday, August 26, 2020 8:21 PM
**To:** Williams, Joseph <jwilliams@air.org>
**Cc:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Subject:** Fwd: Center Opening and Other Issues

External email alert: Be wary of links & attachments.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                                 Thu, Aug 27, 2020 at 1:48 PM
To: "Williams, Joseph" <jwilliams@air.org>

Good afternoon. No, I have not heard from them. I am going to send you another email soon. The "Support Staff" sent me an email telling me if I should have my timesheet submitted on a certain day. I have never received a message regarding turning my timesheet in on a certain day. I turn my timesheet into Dr. Wash, not the support staff. I will create a mirror of their timesheet and turn it via email today. This is another retaliatory action.

In addition, neither the support staff or Dr. Wash has sent me my timesheets. They know I am working from home until they officially open for business. I am supposed to get my check biweekly, which is this Friday, August 28, 2020. I am receiving it now 5 to 7 days later because I asked them to send it to me by mail. I asked Dr. Wash when we got the grant to set up electronic checking with her bank. She refused stating she wanted to issue paper checks like she does for her regular programs. I continue to tell her this is a separate program.

[Quoted text hidden]

 **Gmail**

**Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>**

---

## Cook County Jail
7 messages

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>      Fri, Aug 7, 2020 at 12:09 PM
To: Jane Gubser <jane.gubser@cookcountyil.gov>, Ronald Howard <ronald.howard@cookcountyil.gov>
Cc: Daniel Jean <daniel_jean716@yahoo.com>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Dr. Karen Witherspoon" <doctorwitherspoon@gmail.com>

> Good afternoon.This is the update from the Cook County Jail meeting this morning. The jail could be open to outside vendors by the end of August or early September 2020. Our program should begin again in September of 2020. The exact date will be forthcoming for starting the actual programming.
>
> Daniel and I suggested doubling up the sessions so we can bring the jail back on track with the current operation of programming, which could be conducting 2 sessions a week for about 6 months since we are attempting to make up time from April 2020 thru August 2020. Daniel and I will bring this subject up during our Wednesday team meeting.
>
> When the jail does open, the criteria before entering the jail will be overall screening due to the Coronavirus, temperature checks, physical distancing, and face masks while on the property of the jail.
>
> Sheriff Howard and I will discuss participant location and the timetable for recruitment before starting the program back up pursuant to the September 2020 date for outside vendors coming into the jail.
>
> If there is any additional information needed in this message, please comment. Thank you.
>
> --
> /s/Dr. Fred Nance Jr., Ph.D.
> Human Services/Social Policy Analysis
> Program and Policy Development
> 708-921-1395

---

**Jane Gubser (Sheriff)** <Jane.Gubser@cookcountyil.gov>      Fri, Aug 7, 2020 at 12:34 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Ronald Howard (Sheriff)" <Ronald.Howard@cookcountyil.gov>
Cc: Daniel Jean <daniel_jean716@yahoo.com>, "Dr. Karen Witherspoon" <doctorwitherspoon@gmail.com>

> Thanks Dr. Nance.
>
>
> It looks like you covered everything.
>
>
> Thank you,
>
>
> Jane

---

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Friday, August 7, 2020 12:09 PM
**To:** Jane Gubser (Sheriff) <Jane.Gubser@cookcountyil.gov>; Ronald Howard (Sheriff) <Ronald.Howard@cookcountyil.gov>
**Cc:** Daniel Jean <daniel_jean716@yahoo.com>; Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>; Dr. Karen Witherspoon <doctorwitherspoon@gmail.com>
**Subject:** Cook County Jail

---

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when
opening attachments, clicking links, or responding to this email.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                              Tue, Sep 1, 2020 at 12:31 PM
To: "Williams, Joseph" <jwilliams@air.org>

Good afternoon. First, I want to thank you for conducting our monthly meeting this morning, which was only attended by
you and myself. It is with regret Dr. Wash sent you an email opting out of the meeting today. I was hoping we could
continue the business of our grant program processes instead of having personal issues preventing us from proceeding
as a unit to provide needed services and support for the population we agreed to work with during this grant period.
Second, as promised, here is the progress note I generated to our pre-release partners, Cook County Department of
Corrections, for reopening in the month of September 2020.

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                              Tue, Sep 1, 2020 at 12:37 PM
To: "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>, Andre Bethea <andre.bethea@usdoj.gov>, "Dever, Michael (OJP)"
<Michael.Dever@usdoj.gov>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

This is the message I sent to Mr. Williams, our TA person. Mr. Williams and I met this morning for our virtual monthly
meeting.
[Quoted text hidden]

---

**Williams, Joseph** <jwilliams@air.org>                                        Tue, Sep 1, 2020 at 2:20 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Thank you for forwarding this. Have a good day and please continue to stay safe.

---

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Tuesday, September 1, 2020 1:32 PM
**To:** Williams, Joseph <jwilliams@air.org>
**Subject:** Fwd: Cook County Jail

External email alert: Be wary of links & attachments.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                              Thu, Sep 10, 2020 at 7:30 PM
To: "Dr. Hattie Wash" <Washhattie@gmail.com>

Dr. Wash: You will see in this email that Daniel and I suggested doing 2 sessions a week to catch up to the other groups at EMAGES. I believe the budget will allow this to happen, that is, the monies for March 2020 to September 18, 2020 could pay for one of the weeks as the present monies for the regular sessions going forward could pay for these sessions. What do you think? I will follow up with another email from Sheriff Howard.

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
Date: Fri, Aug 7, 2020 at 12:09 PM
Subject: Cook County Jail
To: Jane Gubser <jane.gubser@cookcountyil.gov>, Ronald Howard <ronald.howard@cookcountyil.gov>
Cc: Daniel Jean <daniel_jean716@yahoo.com>, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>, Dr. Karen Witherspoon <doctorwitherspoon@gmail.com>

[Quoted text hidden]
[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                    Thu, Sep 10, 2020 at 7:42 PM
To: "Dr. Hattie Wash" <Washhattie@gmail.com>

FYI

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
Date: Thu, Sep 10, 2020 at 7:30 PM
Subject: Fwd: Cook County Jail
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

 **Gmail**

Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

## Cook County Jail Re-opening
18 messages

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>       Thu, Aug 27, 2020 at 7:48 PM
To: Jane Gubser <jane.gubser@cookcountyil.gov>, Ronald Howard <ronald.howard@cookcountyil.gov>
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

    Good evening. I hope this message finds you guys in good health. This is a follow-up message. Have you guys decided on a reopening date? Have there been any developments toward the thought of teleconferencing? Have you decided how recruitment will take place? What Division will the participants be recruited? Thanks.
--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

**Ronald Howard (Sheriff)** <Ronald.Howard@cookcountyil.gov>       Wed, Sep 2, 2020 at 9:59 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>
Cc: "Jane Gubser (Sheriff)" <Jane.Gubser@cookcountyil.gov>

    Hi Dr. Nance,

    Thank you for your outreach communication. I plan to give you this afternoon at 2pm to answer any outstanding questions or concerns but in the immediate I can answer your initial questions. My responses are in red.

    Have you guys decided on a reopening date?
    This date has not been finalized, but internal conversation was held to resume EMAGES programming in September 2020 (after Labor Day holiday).

    Have there been any developments toward the thought of teleconferencing?
    Internal conversations are ongoing but technology needs are still being considered at this time.

    Have you decided how recruitment will take place?
    CCDOC will continue the same strategy for EMAGES program recruitment, which include list generation through our research department paired with in-person interviewing. Please note, all participants must be housed on the same living unit inside the division and co-mixing (different tiered detainees) is permitted.

    What Division will the participants be recruited?
    No changes, same as pre-covid. The program will be housed in Division 6 and take place during the 3p - 11p shift.

    Thanks.

    Ronald Howard
    Director of Vocational, Educational, and Restorative Programs
    CCDOC Programs Department
    773-674-4916 (office)
    312-919-0192 (cell)
    Ronald.howard@cookcountyil.gov

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Thursday, August 27, 2020 7:48 PM
**To:** Jane Gubser (Sheriff) <Jane.Gubser@cookcountyil.gov>; Ronald Howard (Sheriff) <Ronald.Howard@cookcountyil.gov>
**Cc:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Subject:** Cook County Jail Re-opening

---

### External Message Disclaimer

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

---

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>        Wed, Sep 2, 2020 at 10:53 AM
To: "Ronald Howard (Sheriff)" <Ronald.Howard@cookcountyil.gov>

Thank you.
[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>        Wed, Sep 2, 2020 at 11:03 AM
To: "Williams, Joseph" <jwilliams@air.org>
Cc: "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>, Andre Bethea <andre.bethea@usdoj.gov>, "Dever, Michael (OJP)" <Michael.Dever@usdoj.gov>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Mr. Williams: As promised during our monthly meeting on September 1, 2020, I would keep you apprised on our pre-release component of the grant. I received this message from the Cook County jail this morning. I will not attempt to send this message to Dr. Wash as she is not responding to any of my emails to her; as she did not attend our monthly meeting on September 1, 2020.

For your information, I created the linkage agreements we have with this grant. This is my network. I have spent 20 years creating my network and collaborations. They respect me, my integrity, and my dedication for assisting the socially disadvantaged and disenfranchised. I do not let personal issues get in the way of my duty to service, specifically, towards reentry and the returning citizen. This is part of my mission statement. See www.clickservices.org
[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>        Wed, Sep 2, 2020 at 11:18 AM
To: "Dr. Fred Nance Jr." <frednance@clickservices.org>

FYI
[Quoted text hidden]

---

**Williams, Joseph** <jwilliams@air.org>        Wed, Sep 2, 2020 at 11:27 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Thank you for this update.

---

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Wednesday, September 2, 2020 12:04 PM

**To:** Williams, Joseph <jwilliams@air.org>
**Cc:** Willis, Tracey (OJP) <Tracey.Willis@usdoj.gov>; Andre Bethea <andre.bethea@usdoj.gov>; Dever, Michael (OJP) <Michael.Dever@usdoj.gov>; Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Subject:** Fwd: Cook County Jail Re-opening

External email alert: Be wary of links & attachments.

[Quoted text hidden]

---

**Ronald Howard (Sheriff)** <Ronald.Howard@cookcountyil.gov>      Wed, Sep 2, 2020 at 1:44 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>
Cc: "Jane Gubser (Sheriff)" <Jane.Gubser@cookcountyil.gov>

Apologies for any confusion but that should read like the following:

Have you decided how recruitment will take place?

<span style="color:red">CCDOC will continue the same strategy for EMAGES program recruitment, which include list generation through our research department paired with in-person interviewing. Please note, all participants must be housed on the same living unit inside the division and co-mixing (different tiered detainees) is **NOT** permitted.</span>

Ronald Howard

Director of Inmate Programs

CCDOC Programs Department

773-674-4916 (office)

312-919-0192 (cell)

Ronald.howard@cookcountyil.gov

---

**From:** Ronald Howard (Sheriff) <Ronald.Howard@cookcountyil.gov>
**Sent:** Wednesday, September 2, 2020 10:00 AM
**To:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Cc:** Jane Gubser (Sheriff) <Jane.Gubser@cookcountyil.gov>
**Subject:** Re: Cook County Jail Re-opening

Hi Dr. Nance,

[Quoted text hidden]
[Quoted text hidden]

---

**Ronald Howard (Sheriff)** <Ronald.Howard@cookcountyil.gov>      Wed, Sep 2, 2020 at 2:29 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Case: 1:22-cv-03861 Document #: 11-26 Filed: 11/14/22 Page 30 of 74 PageID #:486

Dr. Nance,

Thank you for your time by phone.  Confirming, we are targeting Friday, September 18th from 4p - 5p to re-launch the EMAGES program.  At this time, we will be targeting participants from either living unit 2A or 2D in Division 6.

**To Do List**
-Please provide a complete list of EMAGES staff they may facilitate programming at the Cook County Jail.
-Provide an active state ID or driver's license for DOC Credentials review and divisional access.

If anything changes, I will give you a call in advance.  Thank you!

Ronald Howard
Director of Vocational, Educational, and Restorative Programs
CCDOC Programs Department
773-674-4916 (office)
312-919-0192 (cell)
Ronald.howard@cookcountyil.gov

---

**From:** Ronald Howard (Sheriff)
**Sent:** Wednesday, September 2, 2020 1:44 PM
**To:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Cc:** Jane Gubser (Sheriff) <Jane.Gubser@cookcountyil.gov>
**Subject:** RE: Cook County Jail Re-opening

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                Wed, Sep 2, 2020 at 3:06 PM
To: "Williams, Joseph" <jwilliams@air.org>
Cc: "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>, Andre Bethea <andre.bethea@usdoj.gov>, "Dever, Michael (OJP)" <Michael.Dever@usdoj.gov>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Mr. Williams:

In keeping you apprised: Our pre-release partners, Cook County Department of Corrections (CCDOC), will open for our population on September 18, 2020 from 4:00 pm to 5:00 pm. Please review the message below from CCDOC. I am contacting our Clinical Supervisor, Daniel Jean, to apprise him of this opening so he and I can prepare the pre-mentoring staff for the re-launching of our program.
[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                Wed, Sep 2, 2020 at 3:58 PM
To: "Ronald Howard (Sheriff)" <Ronald.Howard@cookcountyil.gov>
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Sheriff Howard: Alicia Perry & Serita Robinson will be the staff administering our program in the Cook County jail. Alicia and Serita have completed your application process. I will send their current state ID or Driver's license ASAP. Daniel and I need to take our pictures again. Our ID badges expired on August 31, 2020. Thank you.
[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                Thu, Sep 10, 2020 at 7:37 PM
To: "Dr. Hattie Wash" <Washhattie@gmail.com>

[Quoted text hidden]

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>        Thu, Sep 10, 2020 at 7:40 PM
To: "Dr. Hattie Wash" <Washhattie@gmail.com>

FYI
[Quoted text hidden]

---

**Ronald Howard (Sheriff)** <Ronald.Howard@cookcountyil.gov>     Fri, Sep 18, 2020 at 10:25 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>
Cc: "Dr. Hattie Wash" <washhattie@gmail.com>

Good morning Dr. Nance,

I appreciate your time by phone this week and your patience, as CCDOC continues to take strides forward on program re-engagement.  As discussed, I would like to hold off on restarting EMAGES programming on today.  I want to review additional security divisions to determine the best fit, based on your participant criteria and place less strain on security staff throughout division 6.

I will certainly be in touch and available by phone regarding next steps.  I'm anticipating a program restart on Friday, October 2nd  (location – TBD).

Please do not hesitate to contact me as needed.  Thank you for your continued advocacy.

Ronald Howard

Director of Inmate Programs

CCDOC Programs Department

773-674-4916 (office)

312-919-0192 (cell)

Ronald.howard@cookcountyil.gov

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Wednesday, September 2, 2020 3:59 PM
**To:** Ronald Howard (Sheriff) <Ronald.Howard@cookcountyil.gov>
**Cc:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Subject:** Re: Cook County Jail Re-opening

**External Message Disclaimer**

> [Quoted text hidden]

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>     Fri, Sep 18, 2020 at 10:30 AM
To: "Andre.Bethea@usdoj.gov" <Andre.Bethea@usdoj.gov>, "Dever, Michael (OJP)" <Michael.Dever@usdoj.gov>, "Williams, Joseph" <jwilliams@air.org>, "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>

   Mr. Williams: Good morning. This is an update for our pre-release requirement.

   [Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>     Fri, Sep 18, 2020 at 1:00 PM
To: "Ronald Howard (Sheriff)" <Ronald.Howard@cookcountyil.gov>

   Thank you for your email

   [Quoted text hidden]

---

**Williams, Joseph** <jwilliams@air.org>     Mon, Sep 21, 2020 at 11:58 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

   Thank you for this update. I hope things will open up for you soon.

---

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Friday, September 18, 2020 11:30 AM
**To:** Andre.Bethea@usdoj.gov; Dever, Michael (OJP) <Michael.Dever@usdoj.gov>; Williams, Joseph <jwilliams@air.org>; Willis, Tracey (OJP) <Tracey.Willis@usdoj.gov>
**Subject:** Fwd: Cook County Jail Re-opening

External email alert: Be wary of links & attachments.

   Mr. Williams: Good morning. This is an update for our pre-release requirement.

   [Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>     Mon, Sep 21, 2020 at 12:57 PM
To: "Williams, Joseph" <jwilliams@air.org>

   Are you on this chat session?

   [Quoted text hidden]

---

**Williams, Joseph** <jwilliams@air.org>     Mon, Sep 21, 2020 at 1:30 PM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

   Yes

   Joseph Williams
   Senior Consultant
   American Institutes for Research
   Email:   jwilliams@air.org
   Office: 202-403-6924
   Mobile: 313-505-3577

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Monday, September 21, 2020 1:57 PM
**To:** Williams, Joseph <jwilliams@air.org>
**Subject:** Re: Cook County Jail Re-opening

External email alert: Be wary of links & attachments.

Are you on this chat session?

On Mon, Sep 21, 2020 at 11:59 AM Williams, Joseph <jwilliams@air.org> wrote:

Thank you for this update. I hope things will open up for you soon.

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

**Sent:** Friday, September 18, 2020 11:30 AM

**To:** Andre.Bethea@usdoj.gov; Dever, Michael (OJP) <Michael.Dever@usdoj.gov>; Williams, Joseph <jwilliams@air.org>; Willis, Tracey (OJP) <Tracey.Willis@usdoj.gov>

**Subject:** Fwd: Cook County Jail Re-opening

 Gmail

**Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>**

___

## Fwd: Whistleblower Complaints and Retaliation
1 message

___

**Fred Nance Jr.** <frednance@clickservices.org>
To: "Dr. Fred Nance Jr" <drfred.nancejr@gmail.com>

Tue, Sep 29, 2020 at 10:14 AM

Sent from my iPhone
Dr. Fred L Nance Jr
PhD Human Services
Social Policy Analysis
708-921-1395
www.clickservices.org

Begin forwarded message:

> **From:** "Dr. Fred L Nance Jr., Ph.D." <frednance@clickservices.org>
> **Date:** September 28, 2020 at 11:45:00 PM CDT
> **To:** "info@osc.gov" <info@osc.gov>
> **Cc:** "Fred Nance Jr." <frednance@clickservices.org>
> **Subject: Whistleblower Complaints and Retaliation**
> **Reply-To:** "Dr. Fred L Nance Jr., Ph.D." <frednance@clickservices.org>

To Whom it May Concern:

I, Dr. Fred L Nance Jr., am the author of this complaint. I went on the U.S. Office of Special Counsel website seeking to file a complaint pursuant to an email I received on September 28, 2020, which is attached. I could not access your form because I do not have Adobe Reader for a PDF program. My PDF program Nitro Pro, which your system does not recognize.

I filed 3 Whistleblower complaints pursuant to the National Defense Authorization Act of 2013, which governs Grant #2018-CY-BX-0025. An NDAA reprisal claim must be filed initially with the Office of Inspector General of the agency that awarded the contract or grant about which the employee disclosed wrongdoing. (10 U.S.C. Section 2409(b)(1); 41 U.S.C. Section 4712(b)(1)). As you will see in my attachment I filed a complaint on September 13, 2020 with the OIG. Why would I receive the email attached reporting I need to report my retaliation issues with OSC?

Regarding Federal litigation: A whistleblower may file a lawsuit in Federal District Court against the federal contractor if the whistleblower is denied relief after complaining to the OIG or has not obtained relief within 210 days of fling the complaint with the OIG. (10 U.S.C. Section 2409(c)(2); 41 U.S.C. Section 4712(c)(2)). The whistleblower must file the lawsuit within two years after exhausting the administrative remedies before the OIG and is entitled to a de novo jury trial (10 U.S.C. Section 2409(c)(2); 41 U.S.C. Section 4712(c)(2)). I also have the option to proceed with additional claims under provisions of FCA. My employment was not protected from retaliation by DOJ, BJA, OJP and EMAGES, Inc., which is a requirement of the Whistleblower Act of 2013.

Attached is an email I received from OJP on September 28, 2020; a 21-page document comprised of my 3 Whistleblower Complaints and email responses to other DOJ BJA OJP staff supervising Grant #2018-CY-BX-0025. The 3 Whistleblower complaints are dated: April 17, 2020; August 29, 2020; and September 13, 2020. If our grant manager, Tracey Willis, had done her job and addressed the April 17, 2020 complaint, I would not be in the place I am in today and Grant #2018-CY-BX-0025 would not be canceled on September 30, 2020. The grant period is for 2018-2021.

Please let me know if I have contacted the correct agency. I am being sent in circular motions attempting to address and exhaust my administrative remedies before proceeding to Federal Court. I do not want to go to Federal Court, but I will if I cannot get someone from DOJ BJA OJP to adhere to the Whistleblower Act. I will not be the victim for reporting waste, abuse, and fraud. Thank you.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

---

**2 attachments**

 **9.28.20 Whistleblower Complaint and  Retaliation Email from Laura Colon-Marrero.pdf**
174K

 **9.25.20 DOJ BJA OJP Grant  #2018-CY-BX-0025 Whistleblower Complaint Revised.pdf**
2372K



Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

---

## Suspension of the sex offender groups and termination of the Second Change Act grant
12 messages

---

**Hattie Wash** <washhattie@gmail.com>                                            Mon, Sep 21, 2020 at 7:27 PM
To: Gerri Taylor <tgerri99@yahoo.com>, mitzi scott <mitziscott10@yahoo.com>, curtis slate <curtiscurtis47@aol.com>, Sheila
Chew <sacpoiple1@gmail.com>, shudson305@hotmail.com, Jean Daniel <Daniel_Jean716@yahoo.com>, marcie collins
<marcie_93@yahoo.com>, Chad Ellis <seragi73@yahoo.com>, Eleanor Harris <eleanorharris98@yahoo.com>, Edward
Butler <dr_ebutler@yahoo.com>, Jamie Enge <jamiee425@gmail.com>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>,
valerie minor <vminor2018@gmail.com>, LORI ORTIZ <loriortiz6199@comcast.net>, pebsluvsgod@yahoo.com,
earlene416@gmail.com, srobin21@csu.edu, "Dr. Karen Witherspoon" <doctorwitherspoon@gmail.com>, THOMAS
BRADLEY <tbacpa52@yahoo.com>, trentonfedrick@yahoo.com, johnson_l@comcast.net

The Covid-19 Pandemic,the Shelter in Place Mandate by the State of Illinois, less than 15% of sex offender clients paying
their fees as well as EMAGES not receiving a payment from the FY21 State budget which began July, 2020 has created
an economic hardship and cash flow problem for EMAGES.

Given the above Effective October 1, 2020 EMAGES is suspending our sex offender groups and returning the Second
Chance Act grant back to the Office of Justice Programs. Additionally, Staff in the substance abuse programs work week
will be reduced from a five day work week to a four day week. If funding is not received before October 1, 2020, I will not
be able to meet EMAGES October 1, 2020 payroll for the substance abuse program and the sex offender group
facilitators.

I have scheduled a ZOOM meeting for Thursday September 24, 2020 at 7:00 p.m. to discuss the above changes and
address any concerns you may have.  Please let me know if you are unable to attend the meeting.

You will receive a ZOOM login number tomorrow.
Dr. Wash

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                                  Mon, Sep 21, 2020 at 8:54 PM
To: "Dever, Michael (OJP)" <Michael.Dever@usdoj.gov>, Andre Bethea <andre.bethea@usdoj.gov>, "Willis, Tracey (OJP)"
<Tracey.Willis@usdoj.gov>, "Williams, Joseph" <jwilliams@air.org>, Ronald Howard <ronald.howard@cookcountyil.gov>,
Jane Gubser <jane.gubser@cookcountyil.gov>, Patricia Grosskopf <patricia.grosskopf@illinois.gov>, "Sarah.Brown-
Foiles@Illinois.gov" <Sarah.Brown-Foiles@illinois.gov>, "Dixon, Dion" <dion.dixon@illinois.gov>,
Josie.Ware@mail.house.gov, Tumia.Romero@mail.house.gov
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Dr. Fred Nance Jr." <frednance@clickservices.org>

On September 21, 2020, I received the email above and below from Dr. Hattie Wash dissolving the Second Chance Act
grant #2018-CY-BX-0025. As Dr. Wash and I talked about her giving up the program, after I discovered her
misappropriation of funds or fraud and talked to her about it, Dr. Wash told me since I was going to report this to DOJ,
BJA, OJP I could take the program. I sent the email, with this statement from Dr. Wash, to DOJ, BJA, OJP's Mr. Dever,
Mr. Bethea, and Ms. Willis. Therefore, I am requesting C.L.I.C.K. Services, NFP become responsible for the grant to its
end on September 30, 2021.

There should be no barriers or reasons why I cannot take over the grant. Dr. Wash and I wrote the proposal. I am the
Program Director. I created all of our collaborative partners for this grant. Dr. Wash and I created and developed the
curricula for this program. I know every part of this program. I partnered with Dr. Wash on this grant. Dr. Wash and I
decided she would be the fiduciary and I would handle the day-to-day operation as the Program Director. It was my
understanding we were equal partners. Dr. Wash just handled the flow of money for the grant. Read our SCA abstract
and proposal for this grant, which is attached.

As reported in our abstract and proposal (pp. 17-18) (attached), EMAGES, Inc & C.L.I.C.K. Services, NFP collaborated
and partnered for this grant. I am more than capable of finishing out this grant. This move by Dr. Wash is retaliatory in
nature toward me for filing the 3 Whistleblower complaints with the Department of Justice, Bureau of Justice Assistance,
Office of Justice Programs, and the U.S. Office of Inspector General for misappropriation of funds or fraud. As I have
stated in my Whistleblower complaints, my employment is protected by the Whistleblower Act. My Whistleblower
complaints are attached.

Dr. Wash's dilemma with her funding from the State of Illinois is not the first time this has happened to EMAGES. EMAGES has closed programs before because of Illinois State funding. There is no reason this grant cannot continue to move forward under the direction of C.L.I.C.K. Services, NFP (www.clickservices.org). Grant #2018-CY-BX-0025 is funded. I can still work with the Illinois Department of Corrections (post-release prison) and the Cook County Department of Corrections (pre-release jail).I am in the process of creating and developing a 90-day transitional house for sex offenders. I can run the grant from this project. The housing program is being created under C.L.I.C.K. Housing, Inc. My 'brief' housing proposal is attached. I created this proposal for Illinois and Chicago legislators seeking support for my housing project. Congressman Davis has given me a Letter of Support for my housing project, which is attached. I can provide more details in line with a regular SCA proposal for how the program will work if necessary.

The reasoning Dr. Wash uses for giving the grant back is ludicrous. Grant #2018-CY-BX-0025 is funded and is not affected by the lack of Illinois State funding Dr. Wash alludes too. The grant funding covers participant cost because there is no participant cost. The grant covers contractual fees for all mentors and staff of the grant, which is listed in the grant budget. Our budget takes care of office space and other ancillary functions and needs. Dr. Wash is lumping the grant program in with her State dilemma to retaliate against me for filing my Whistleblower complaints. The only reason Dr. Wash is giving the program back to OJP is to hurt me for filing the 3 Whistleblower complaints.

WHEREFORE, I am requesting a teleconference audience with Mr. Michael Dever, BJA Division Chief; Mr. Andre Bethea, BJA Senior Policy Advisor; and Ms. Tracey Willis, OJP Grant Manager; or in the alternative, a transfer of responsibility for Grant #2018-CY-BX-0025. Please respond. Thank you.

Respectfully submitted
[Quoted text hidden]
--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

---

**7 attachments**

📄 **SCA Abstract.pdf**
9K

📄 **SCA Proposal.pdf**
94K

📄 **8.31.20 90 Day Transitional Housing Proposal.pdf**
129K

📄 **4.17.20 1st Whistleblower Complaint.pdf**
1029K

📄 **8.29.20 2nd Whistleblower Complaint.pdf**
99K

📄 **9.13.20 3rd Whistleblower Complaint.pdf**
122K

📄 **1.24.20 Congressman Davis Letter of Support for Transitional Housing.pdf**
77K

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                      Mon, Sep 21, 2020 at 9:26 PM
To: "Dever, Michael (OJP)" <Michael.Dever@usdoj.gov>, Andre Bethea <andre.bethea@usdoj.gov>, "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>, "Williams, Joseph" <jwilliams@air.org>, Ronald Howard <ronald.howard@cookcountyil.gov>, Jane Gubser <jane.gubser@cookcountyil.gov>, Patricia Grosskopf <patricia.grosskopf@illinois.gov>, "Sarah.Brown-Foiles@Illinois.gov" <Sarah.Brown-Foiles@illinois.gov>, "Dixon, Dion" <dion.dixon@illinois.gov>, Josie.Ware@mail.house.gov, Tumia.Romero@mail.house.gov
Cc: "Dr. Fred Nance Jr." <frednance@clickservices.org>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

I forgot to include there has been a total of 111 participants enrolled in the SCA MA`AT program. Since Covid-19, there are 59 participants calling in for service, utilizing the teleconferencing model. We lost 13 participants due to the Coronavirus closing of the jail and the Special Needs Unit of the Illinois Department of Corrections. Before the Coronavirus dilemma occured, we had approximately 79 participants enrolled in the program. The grant project was working well during the Coronavirus. Dr. Wash does not provide any reasoning in her email to justify giving the grant

back. Just because she cannot afford to keep EMAGES open, there is no reason to shut down the SCA grant. Our grant participants are teleconferencing. The participants do not have fees. Mentors and participants, for the most part, are calling in from home for services. Again, Dr. Wash is giving the grant back and closing down this grant retaliating against me for filing my Whistleblower complaints.

Mr. Dever, Mr. Bethea, & Ms. Willis: How are you protecting my job? How are you protecting me from retaliation? Pursuant to the National Defense Authorization Act of 2013 (NDAA), which includes a provision that makes it illegal for an employee of a Federal contractor, subcontractor, or grantee to be discharged, demoted, or otherwise discriminated against for making a protected whistleblower disclosure. Under NDAA, the DOJ Office of Inspector General has jurisdiction to investigate allegations of reprisal for whistleblowing by employees of DOJ contractors, subcontractors, and award recipients.

You should give the grant to me. We can talk about the logistics for the transfer of grant to C.L.I.C.K. Services, NFP. I hope to hear from you soon as Dr. Wash has set a date of October 1, 2020 to shut down the program. Thank you.

[Quoted text hidden]

---

**Williams, Joseph** <jwilliams@air.org>                                    Tue, Sep 22, 2020 at 9:49 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Thank you for this further update.

---

**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Monday, September 21, 2020 10:27 PM
**To:** Dever, Michael (OJP) <Michael.Dever@usdoj.gov>; Andre Bethea <andre.bethea@usdoj.gov>; Willis, Tracey (OJP) <Tracey.Willis@usdoj.gov>; Williams, Joseph <jwilliams@air.org>; Ronald Howard <ronald.howard@cookcountyil.gov>; Jane Gubser <jane.gubser@cookcountyil.gov>; Patricia Grosskopf <patricia.grosskopf@illinois.gov>; Sarah.Brown-Foiles@Illinois.gov; Dixon, Dion <dion.dixon@illinois.gov>; Josie.Ware@mail.house.gov; Tumia.Romero@mail.house.gov
**Cc:** Dr. Fred Nance Jr. <frednance@clickservices.org>; Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Subject:** Re: Suspension of the sex offender groups and termination of the Second Change Act grant

External email alert: Be wary of links & attachments.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                          Tue, Sep 22, 2020 at 10:19 AM
To: "Williams, Joseph" <jwilliams@air.org>
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Dr. Fred Nance Jr." <frednance@clickservices.org>

Good morning. I am hoping Mr. Dever does the right thing by saving my job and allowing me to take over the grant. I am not sure of how this process works. Nevertheless, I am hoping I do not have to go to the Federal court for relief. There is overwhelming evidence my job is supposed to be protected and retaliation is forbidden under the Whistleblower Act.

Dr. Wash gave no reasoning in her email for giving the grant back to OJP. Our mentors and participants are working via teleconferencing and our funding pays for all services. Dr. Wash is giving the grant back retaliating against me for filing Whistleblower complaints. I have written language from Dr. Wash supporting my allegation of retaliation. Let's see if OJP does the right thing.

I am the victim here for doing the right thing. Now, I am being punished by DOJ, BJA, OJP for reporting fraud, waste, and other criteria described in the Whistleblower Act of 2013. This is crazy.

[Quoted text hidden]

---

**Williams, Joseph** <jwilliams@air.org>                                    Tue, Sep 22, 2020 at 10:54 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Good morning. I have no idea how something like this can work. I hope things work out for you.

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                    Tue, Sep 22, 2020 at 10:55 AM
To: "Williams, Joseph" <jwilliams@air.org>

Thanks. I posted this on my Twitter page:

@OJPgov Dr. Nance filed Whistleblower complaints with the #DOJ, #BJA, #OJP and the #OIG pursuant to The National Defense Authorization Act of 2013 and 41 U.S.C. Section 4712 for Misappropriation of Funds and/or Fraud; Retaliation. #DOJ protect my job.
https://drive.google.com/file/d/19jBej-0fgPeooGfYFQdAONhdok5jT9Tt/view

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                    Tue, Sep 22, 2020 at 11:53 AM
To: "Williams, Joseph" <jwilliams@air.org>
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Dr. Fred Nance Jr." <frednance@clickservices.org>

I forgot to tell you. After Dr. Wash sent her email, I talked to a mentor who told me during a case management meeting a participant told her Dr. Wash was sending them to a polygrapher who was intentionally giving positive test results for polygraph test. This participant went to another polygrapher, got a negative polygraph test, and received a discharge letter from Dr. Wash after he was highly reprimanded for going to an outside polygrapher.

This participant reports his parole officer received a copy of the EMAGES discharge letter and is processing his discharge from parole. This participant told the mentor his parole officer said he did not have to attend any more meetings at EMAGES. The mentor said she asked Dr. Wash about the EMAGES discharge letter and got conflicting messages from Dr. Wash and her sister, Gerri. This mentor said Gerri reports this participant owes money, to which the participant is being charged for sessions even though he has been discharged from EMAGES. When the participant was made aware of owing money for sessions he did not have to attend, he asked the mentor where was the money going. This mentor told me she has heard similar stories from other participants regarding the positive polygraph issues.

[Quoted text hidden]

---

**Dever, Michael (OJP)** <Michael.Dever@usdoj.gov>                    Thu, Sep 24, 2020 at 9:20 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>
Cc: "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>, "Bethea, Andre (OJP)" <Andre.Bethea@usdoj.gov>, Hattie Wash <washhattie@gmail.com>

Good Morning Dr. Nance,


BJA made the award 2018-CY-BX-0025 to EMAGES, Inc. Although the application describes a partnership between EMAGES and C.L.I.C.K. Services, you served as an employee of EMAGES, Inc. with no sub-award or partner relationship with C.L.I.C.K. Services. EMAGES, Inc. has chosen to terminate the award per Dr. Hattie Wash's letter outlining the reasons, and BJA will work with EMAGES to close out the award. BJA will conduct an in-depth financial and programmatic review of the award activities between Oct. and Dec. to ensure funds were administered properly, or identify issues requiring resolution.


If C.L.I.C.K. Services would like to apply for a Second Chance Act Community-Based Program grant as a direct recipient or through a partnership with another organization to continue serving the community in FY 2021, please know that we will be announcing the Second Chance Act Solicitations this Fall.

Thank you!


Michael Dever



**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**Sent:** Monday, September 21, 2020 10:27 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>             Thu, Sep 24, 2020 at 10:26 AM
To: "Dever, Michael (OJP)" <Michael.Dever@usdoj.gov>
Cc: "Bethea, Andre (OJP)" <Andre.Bethea@usdoj.gov>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Dr. Fred Nance Jr." <frednance@clickservices.org>, Hattie Wash <washhattie@gmail.com>, "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>

Good morning. Thank you for your explanation. You have not addressed how you or BJA are protecting my Whistleblower protections, specifically my employment, retaliation, and emotional distress put upon me by EMAGES, specifically Dr. Wash, and DOJ BJA OJP. Therefore, you leave with few choices. I am going to address the issues of the whistleblower act in federal court. I will file in October 2020. I will sue all parties involved in their individual and professional capacity. I have posted the whistleblower complaints on Twitter and Facebook, as I exercise my 1st amendment rights. I will post my Federal complaint on social media once I have filed it. You have been noticed and all administrative remedies have been exhausted. Have a blessed day.
[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>             Thu, Sep 24, 2020 at 11:39 AM
To: "Dever, Michael (OJP)" <Michael.Dever@usdoj.gov>
Cc: "Bethea, Andre (OJP)" <Andre.Bethea@usdoj.gov>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Dr. Fred Nance Jr." <frednance@clickservices.org>, Hattie Wash <washhattie@gmail.com>, Thomas Bradley <tbacpa52@yahoo.com>, "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>

Addendum to my previous response so I will have an additional legal document: I, Dr. Fred L. Nance Jr., am President & CEO of C.L.I.C.K. Services NFP. As stated in my previous documentation, I work for my company as the Abstract and Proposal dictate.

From the onset of this grant, I requested payment for my Program Director services to C.L.I.C.K. via a 1099. Dr. Wash told me the budget was written for regular taxes to be taken out for the Program Director position and that she could not change the budget. Being a Peer Reviewer, I told her she could change the budget with a GAN. Dr. Wash refused to change it. I talked Mr. Bradley, the accountant, requesting a change. Mr. Bradley said he had to go along with Dr. Wash since she was the fiduciary.

I will enjoin Mr. Thomas Bradley in my litigation as a defendant also.


On Thu, Sep 24, 2020 at 9:20 AM Dever, Michael (OJP) <Michael.Dever@usdoj.gov> wrote:

> T
> [Quoted text hidden]
[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>             Thu, Sep 24, 2020 at 6:49 PM
To: "Dever, Michael (OJP)" <Michael.Dever@usdoj.gov>

Cc: "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>, "Bethea, Andre (OJP)" <Andre.Bethea@usdoj.gov>, Hattie Wash <washhattie@gmail.com>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Dr. Fred Nance Jr." <frednance@clickservices.org>, Thomas Bradley <tbacpa52@yahoo.com>

Good evening. Attached is my cover letter to the United States Attorney's Office in the Northern District of Illinois and the email chain between Dr. Wash and myself regarding transferring the grant to me. I sent this email chain to your staff, which you sent me an email stating you had my emails. Please review the email dated July 8, 2020 at 5:50 PM, reporting Dr. Wash acknowledging my partnership with her and the grant.

On July 8, 2020 at 5:50 pm Dr. Wash states "...We collaborated on this project. As I said before EMAGES is the fiscal sponsor of this grant...At this point I am ready to give the program up,,,I am not involved in the day to day operations of any of the programs and neither should you as a program Director...." Dr. Wash should read the proposal. My job is the day-to-day operations of the program, no matter what job descriptions she produces.

On July 8, 2020 at 6:06 pm I answered Dr. Wash stating "...I asked you to stop threatening me...You need to read our proposal...Give the program up if that is your position...Give the program up. I'll take it. I'll send an email to the grant manager and Mr. Bethea...." On July 8, 2020 at 7:07 pm Dr. Wash stated "Okay call and you can have the program...make it effective as soon as possible."

Mr. Dever: You and your team threw my Whistleblower complaints out the window; taking all my protections away. All of you terminated my employment and retaliated against me for filing Whistleblower complaints. Emails are legal documents.

On Thu, Sep 24, 2020 at 9:20 AM Dever, Michael (OJP) <Michael.Dever@usdoj.gov> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

**2 attachments**

 **9.24.20 U.S. Attorney General for Northern District of Illinois Cover Letter.pdf**
58K

 **7.6.20 Email Chain Dr. Wash and Dr. Nance re Grant Transfer to Dr. Nance.pdf**
1579K

 **Gmail**

<div align="right">Dr. Fred Nance Jr. &lt;drfred.nancejr@gmail.com&gt;</div>

---

## Grant #2018-CY-BX-0025 Termination

2 messages

---

**Dr. Fred Nance Jr.** &lt;drfred.nancejr@gmail.com&gt;        Fri, Sep 25, 2020 at 8:16 AM
To: "Andre.Bethea@usdoj.gov" &lt;Andre.Bethea@usdoj.gov&gt;, "Dever, Michael (OJP)" &lt;Michael.Dever@usdoj.gov&gt;,
"Josie.Ware@mail.house.gov" &lt;Josie.Ware@mail.house.gov&gt;, Thomas Bradley &lt;tbacpa52@yahoo.com&gt;,
"Tumia.Romero@mail.house.gov" &lt;Tumia.Romero@mail.house.gov&gt;, "Williams, Joseph" &lt;jwilliams@air.org&gt;, "Willis, Tracey
(OJP)" &lt;Tracey.Willis@usdoj.gov&gt;
Cc: "Dr. Fred Nance Jr." &lt;drfred.nancejr@gmail.com&gt;, "Dr. Fred Nance Jr." &lt;frednance@clickservices.org&gt;

Good morning. EMAGES held a Zoom meeting for all staff on 9/24/20 reporting she was giving up the Second Chance Act and suspending her sex offender program due Covid-19. DOJ BJA OJP Mr. Michael Dever, Andre Bethea, and Tracey Willis are assisting Dr. Wash in closing out the grant.

Dr. Wash gave no valid reasoning for shutting down the SCA grant. Dedicated mentors were upset because the SCA funding was fluid. The mentors are contractual paid positions. The SCA was operating via teleconferencing very well. 75% of our participants have been on the teleconferencing call since March of 2020. The participants are buying into the curricula and the program overall. We had a plan to work thru the pandemic. Our OJP Technical Advisor, Mr. Joseph Williams, asked us if we had any problems with meeting our goals, we could revise our Implementation Plan as other grantees are doing. In August of 2020, Dr. Wash told Mr. Williams we did not need to revise our Implementation Plan because everything was working well. The only thing that changed with our SCA grant was my Whistleblower complaints against Dr. Wash for misappropriation of funds and fraud, which DOJ BJA OJP are violating my protections.

Dr. Wash talked about suspending EMAGES sex offender program stating lack of funding. She talked about the State of Illinois had not paid her since July 2020. She emphasized how client fees were not being paid. She reminded staff EMAGES has gone thru this dilemma many times in the past; and that she was expecting payment later this year; and that she could not pay staff. She said she had enough money in her bank account to pay rent in October.

EMAGES staff agreed to work without pay as they have done before during times when funding was not there; emphasizing since they were working from home via teleconferencing it was not a burden to them. Therefore, EMAGES is still open for business!!

Wherefore, the real reason Dr. Wash is terminating the SCA Grant is retaliatory in nature. She is shutting the program down to hurt me, and DOJ BJA OJP is complicit in this nefarious act. I have provided more than enough evidence for my Whistleblower complaints. DOJ BJA OJP is supposed to protect my employment and me from any retaliation. Dr. Wash has fed DOJ BJA OJP a sob, false story about our dedicated, successful service delivery via teleconferencing during this Coronavirus.

Since DOJ BJA OJP Representatives have taken my Whistleblower protections from me, I have no other alternatives but to pursue rightful litigation in Federal Court. I have posted, and will continue to post, on social media the nefarious actions taken against me because I tried to protect our grant and the integrity of the Second Chance Act, which the Honorable Congressman Danny K. Davis co-sponsored and President Bush signed in 2008. I had the extreme pleasure of working on Congressman Davis' Advisory Committee for the Second Chance Act in 2007. I know this legislation and it was not created for such nefarious behavior as demonstrated here by Dr. Wash and DOJ BJA OJP Representatives.

This is my posted message below. You will find in the link provided overwhelming evidence of misappropriation of funds and Fraud. You will see how I have exhausted all administrative remedies toward a peaceful solution. I was Dr. Wash's partner in this grant, and had respectfully requested DOJ BJA OJP transfer the grant to my organization. DOJ BJA OJP Representative Mr. Dever offered me to apply for my own grant. This is how he is protecting my employment pursuant to the Whistleblower policies.

@OJPgov @OJPgov COVID-19 had nothing to with EMAGES nefarious actions. Federal lawsuit Defendants: EMAGES, Inc., Hattie Wash, Thomas Bradley, Michael Devers, Andre Bethea, Tracey Willis, DOJ, BJA, OJP in their individual and official capacity.
https://drive.google.com/file/d/1d75UW7ZOgsPjd8qtskq0BKn7jKh8zr1G/view
--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>    Fri, Sep 25, 2020 at 9:55 AM
To: "Andre.Bethea@usdoj.gov" <Andre.Bethea@usdoj.gov>, "Dever, Michael (OJP)" <Michael.Dever@usdoj.gov>,
"Josie.Ware@mail.house.gov" <Josie.Ware@mail.house.gov>, Thomas Bradley <tbacpa52@yahoo.com>,
"Tumia.Romero@mail.house.gov" <Tumia.Romero@mail.house.gov>, "Williams, Joseph" <jwilliams@air.org>, "Willis, Tracey
(OJP)" <Tracey.Willis@usdoj.gov>
Cc: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Dr. Fred Nance Jr." <frednance@clickservices.org>


I forgot to report when I brought this SCA solicitation to Dr. Wash in April of 2018, EMAGES was not getting paid for their
sex offender program regularly by the State of Illinois. When we received the grant in October 2018, EMAGES was not
receiving appropriate funding for their sex offender program. Now, EMAGES has proclaimed to DOJ BJA OJP they are
not receiving their appropriate funding as a predicate to blame the Coronavirus for suspending their sex offender
program. NEWS FLASH...EMAGES has not suspended their sex offender program because the current therapist said
they would work for free and wait until Dr. Wash receives her funding from the State of Illinois. Grant #2018-CY-BX-0025
is funded. Both programs are using teleconferencing to communicate with their clients/participants. This report will be part
of my Statement of Facts in my litigation. During the Discovery phase of the litigation I will get the documents from
EMAGES to support my claims.

[Quoted text hidden]

 Gmail

<div align="right">

**Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>**

</div>

---

## Fw: Grant #2018-CY-BX-0025 3 Whistleblower Complaints
1 message

---

**Dr. Fred L Nance Jr., Ph.D.** <frednance@clickservices.org>                     Thu, Oct 15, 2020 at 10:29 AM
Reply-To: "Dr. Fred L Nance Jr., Ph.D." <frednance@clickservices.org>
To: "Dr. Fred Nance Jr" <drfred.nancejr@gmail.com>


/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message,
and any and all attachments transmitted with it are intended solely for the use of the addressee
and may contain legally privileged and confidential information. If the reader of this message is not
the intended recipient, or an employee or agent responsible for delivering this email message to
the intended recipient, you are hereby notified that any dissemination, distribution, copying, or
other use of the message or its attachments is strictly prohibited. If you have received this email
message and its attachments if any, in error, please notify the sender immediately by replying to
the message and please delete it from your computer. Thank you.


----- Forwarded Message -----
**From:** Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org>
**To:** Congressman Danny K. Davis <tumia@dannykdavis.com>; Tumia Romero <tumia.romero@mail.house.gov>; Josie
Ware <josie.ware@mail.house.gov>
**Cc:** Oig.oversight&review@usdoj.gov <oig.oversight&review@usdoj.gov>; Fred Nance Jr.
<frednance@clickservices.org>; Dever, Michael (OJP) <michael.dever@usdoj.gov>; Bethea Andre (OJP)
<andre.bethea@usdoj.gov>; Willis Tracey (OJP) <tracey.willis@usdoj.gov>; Joseph Williams <jwilliams@air.org>; Sarah
Brown-Foiles <sarah.brown-foiles@illinois.gov>; Dion Dixon <dion.dixon@illinois.gov>
**Sent:** Tuesday, October 13, 2020, 06:12:48 PM CDT
**Subject:** Grant #2018-CY-BX-0025 3 Whistleblower Complaints

Congressman Davis:

Good evening. As you are aware, I filed Whistleblower complaints regarding Grant #2018-CY-BX-
0025. In April of 2020, I discussed with you the misappropriation of funds and possible fraud
regarding this grant, specifically, the drawing down of monies for a previous employee before I filed
my first Whistleblower complaint on April 17, 2020. You told me I had a duty to report it. I not only
reported the misappropriation of funds/fraud incident in my April 17, 2020 Whistleblower complaint,
I reported other incidents of misappropriation of funds/fraud in my Whistleblower complaints dated
August 29, 2020 and September 13, 2020. On  October 13, 2020 I received a dismissal letter from
the Office of the Inspector General (OIG) for the August 29, 2020 complaint (attached). Apparently,
the OIG has ignored my April 17, 2020 and September 13, 2020 complaints. Part of the reasoning
for dismissal in the letter dated October 13, 2020 is I did not meet the threshold of "gross"
misconduct in my complaint, no retaliation,  and that I have no protections under the Whistleblower
Act.

Congressman Davis, you sit on the powerful Ways and Means Committee of the House of Representatives. After this election, there should be an investigation into the Second Chance Act's (SCA) Whistleblower policy. I had the honor of sitting on your SCA Advisory Committee in 2007 assisting in the language development for the SCA, which President Bush signed into law on April 10, 2008.

Congressman Davis, you provided a Letter of Support for my partnership and collaboration with EMAGES, Inc. for Grant #2018-CY-BX-0025 (attached). I received an email from EMAGES, Inc.'s President, Dr. Wash, reporting I am the Grant Administrator. I have not received any notification from DOJ, BJA, OJP representatives Michael Dever, BJA Division Chief, the Honorable Andre Bethea, OJP Senior Policy Advisor, and Tracey Willis, Grant Manager, even though I have asked for verification via email for Grant Administrator confirmation. Mr. Michael Dever sent me an email reporting EMAGES, Inc. is allowed to give Grant #2018-CY-BX-0025 back to OJP. No one from OIG, DOJ, BJA, OJP has spoken to me verbally to get any information or to explain my Whistleblower complaints. When I go into the JustGrants system on October 15, 2020, I will see if Dr. Wash is correct about my assignment as Grant Administrator; even though I do not know how I will administer anything because no one is cooperating as you will read in my next paragraph.

EMAGES, Inc. has the sex offender population for this Grant. DOJ, BJA, OJP allowed Dr. Wash to give the grant back, bogusly dissolving herself from the grant; given false information to DOJ, BJA, OJP for giving the grant back. Nevertheless, I have sent emails to all the parole agents we were working with requesting locations on other sex offender programs so I can transfer services if I am the Grant Administrator. The only parole agent who answered my email was Mr. Jackson, and he asked in his response email why did I want this information. I told him in my reply email. I have not heard anything else from Mr. Jackson. I sent an email to IDOC's Ms. Sarah Brown-Foiles, IDOC Coordinator of Sex Offender Services, and Assistant Director of Parole, Dion Dixon, requesting information on other sex offender programs in the Chicago and suburban areas of Illinois. I have not received a response. I believe someone is hindering my process, and is retaliating against me for filing my Whistleblower complaints. If not, what is the reasoning for the non-responsiveness? Yet, the OIG dismissal letter reports there is no retaliation.

Congressman Davis, you have known my family since the 1940s when your family moved to Chicago's Westside. You have known me since 2007. Yes, I had a checkered past; but I turned my life around almost 30 years ago. I am familiar with criminal behavior; I saw it; and wrote about it in my Whistleblower complaints. I did not have a GED at the age of 42. I have had a Ph.D. since 2009. I am a policy person. As I told you in April of 2020 when I reported the misappropriation of funds/fraud, this is about my integrity and honesty. As long as I have known the Honorable Mr. Bethea, I have demonstrated my integrity and honesty. If I did not report the misappropriation of funds/fraud, then I part of the scheme/problem.

After the 2020 election, the Ways and Means Committee should issue subpoenas to address the SCA Whistleblower policy construct. "Gross" waste and abuse of Federal funds needs to be defined. It seems if a grantee steals a little bit of money it is okay. Congressman Davis, this is not how the language in the original SCA Bill was constructed. Sir, this is not an isolated event; as I so eloquently inform State and Federal judges when addressing abuse and misconduct when litigating my complaints over the past 25 years. What is the total waste and abuse if you count the "little" theft I address? Anyone can respond. Thank you.

**3 attachments**

📄 **10.13.20 OIG Dismissal OSC No  Jurisdiction Congressman Davis Letter of Support.pdf**
840K

📄 **9.22.20 Department of Justice SCA  Whistleblower Complaints.pdf**
1243K

10.13.20 Whistleblower Email to Congressman Davis.pdf
58K

 Gmail

**Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>**

---

## Fwd: Change Grantee Contact or Alternate Contact/Principal Investigator GAN has been Approved

6 messages

---

**Fred Nance Jr.** <frednance@clickservices.org>                                      Fri, Aug 28, 2020 at 5:09 PM
To: "Willis Tracey (OJP)" <tracey.willis@usdoj.gov>, Bethea Andre <andre.bethea@usdoj.gov>
Cc: "Dr. Fred Nance Jr" <drfred.nancejr@gmail.com>, Joseph Williams <jwilliams@air.org>

    I received this message. What does this mean?

    Sent from my iPhone
    Dr. Fred L Nance Jr
    PhD Human Services
    Social Policy Analysis
    708-921-1395
    www.clickservices.org

    Begin forwarded message:

        **From:** do-not-reply@ojp.usdoj.gov
        **Date:** August 28, 2020 at 4:54:00 PM CDT
        **To:** frednance@clickservices.org
        **Subject: Change Grantee Contact or Alternate Contact/Principal Investigator GAN has been Approved**
        **Reply-To:** do-not-reply@ojp.usdoj.gov

        The request for Change Grantee Contact or Alternate Contact/Principal Investigator GAN for 2018-CY-BX-
        0025 has been approved.  Please access GMS for more information regarding GAN Number 011.

---

**Willis, Tracey (OJP)** <Tracey.Willis@usdoj.gov>                                      Mon, Aug 31, 2020 at 7:13 AM
To: "Fred Nance Jr." <frednance@clickservices.org>
Cc: "Dr. Fred Nance Jr" <drfred.nancejr@gmail.com>, Joseph Williams <jwilliams@air.org>, "Dever, Michael (OJP)"
<Michael.Dever@usdoj.gov>, "Bethea, Andre (OJP)" <Andre.Bethea@usdoj.gov>

    Good Morning,


    This is a GAN, where the Point of Contact has changed.


    Tracey Willis

    State Policy Advisor

    [Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                                      Mon, Aug 31, 2020 at 7:30 AM
To: "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>
Cc: "Bethea, Andre (OJP)" <Andre.Bethea@usdoj.gov>, "Dever, Michael (OJP)" <Michael.Dever@usdoj.gov>, "Fred Nance
Jr." <frednance@clickservices.org>, Joseph Williams <jwilliams@air.org>

Why did you change the POC?
[Quoted text hidden]
--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

---

**Willis, Tracey (OJP)** <Tracey.Willis@usdoj.gov>                    Mon, Aug 31, 2020 at 7:49 AM
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>
Cc: "Bethea, Andre (OJP)" <Andre.Bethea@usdoj.gov>, "Dever, Michael (OJP)" <Michael.Dever@usdoj.gov>, "Fred Nance
Jr." <frednance@clickservices.org>, Joseph Williams <jwilliams@air.org>, Hattie Wash <washhattie@gmail.com>

Good Morning Dr. Nance,

Please refer all issues relating to this grant to Dr. Wash.

Tracey Willis

State Policy Advisor

[Quoted text hidden]

---

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>                    Tue, Sep 1, 2020 at 8:22 AM
To: "Dr. Fred Nance Jr." <frednance@clickservices.org>

FYI
[Quoted text hidden]

---

**Dr. Fred L. Nance Jr** <frednance@clickservices.org>                Tue, Sep 1, 2020 at 8:27 AM
Reply-To: "Dr. Fred L. Nance Jr" <frednance@clickservices.org>
To: "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>, "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>
Cc: "Bethea, Andre (OJP)" <andre.bethea@usdoj.gov>, "Dever, Michael (OJP)" <michael.dever@usdoj.gov>, Joseph
Williams <jwilliams@air.org>, Hattie Wash <washhattie@gmail.com>, "Dr. Fred Nance Jr." <frednance@clickservices.org>

Good morning. On the advice of counsel and legislators, I will pursue these issues in Federal Court.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all
attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and
confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible
for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution,
copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and
its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from
your computer. Thank you.

[Quoted text hidden]

---

**2 attachments**

 **4.17.20 SCA Payroll Fraud Letter.pdf**
1134K

 **8.29.20 Whistleblower Complaint Filed.pdf**
101K

SCA Meeting (weekly)
EMAGES 12:30p

* Agenda items     5/13/20

* Mentors communicating ē Daniel when they decide to do Call instead of Group

– Mentors Alerting Daniel when they intend to be absent from group

* Number to dial-in that no one else is using – DANIEL – logging in let DANIEL know

* Participants being charged for connecting to EMAGES; Dr. Nash will reimburse

* Capability to print documents; Print extras from EMAGES

* Internships do not have anything to do ē MAAT

– Please put other Mentors agenda items

* Discuss how valuable it was to repeat the Module 2

* Dr. Nash, in June go to Module 1 repeat

* When are you ē Module 2

SCA Meeting = Dr. Witherspoon
5/13/20   Telehealth/Teleconferencing

— EMAGES is Open

* Dr. Wash probation attendance

Mentor * Monitor attendance — take attendance
before and after groups

— Dr. Wash will forward Teleconferencing
consent

_____ 5/15/20 _____
Case management needs/Referrals
* Larry Riley  No intake docs
* Marcus Clark ✓ ✓  — No test docs
no intake dates

## Second Chance Month Activities Report

From:   Williams, Joseph (jwilliams@air.org)

To:     jwilliams@air.org

Date:   Wednesday, May 20, 2020, 09:23 AM CDT

Good day to you,

I hope this note finds you and your family doing well.

As you might recall we asked you to share with us information about your Second Chance Month activities in early April and the impact that COVID-19 had on your plans. We shared this information with BJA and they appreciated the efforts of the grantees during this unprecedented time. BJA has made a request asking the NRRC to gather a little information on your Second Chance Month activities conducted by your grant (modified activities). If you could answer the following questions for me by noon Tuesday, May 26, 2020, I would appreciate it.

Grantee's Name:

Sentence or two on the activities recognizing SCA month (basically describe the event(s)):

Sentence or two on the outcomes of the activities (number of participants, was it successful, any feedback from participants, "Aha" moments, etc.):

If you have questions please let me know.

My best,

Joseph Williams

Senior Consultant

American Institutes for Research

Email: jwilliams@air.org

Office: 202-403-6924

Mobile: 313-505-3577

SCA Mgmt Meeting
5/20/20

— Do not have any face-to-face contact. 85%
Contacting thru teleconferencing; Following Stay at
Home and Actively engaged = participants = CM
no registrar restrictions for participants

— Progress notes check off list; seek some mental
health counseling

— Module 2 ends in July

— Create separate Excel sheets for Dr. Witherspoon

— Send Daniel Paul Questionnaire via email
for Module 2

5/27/20 SCA MHAT Meeting   Pg. 2

Daniel                      Tracking Attendance by Columns
Hattie   Dr. Witherspoon
Fred

Asked Dr. Witherspoon abt Clerk position

Data Collection
- Repeat cycle - start date, length of day based on enrollment (start and stop dates)
- Knowledge change
- Absences (# of sessions participant attended)
- dropouts
- tracking attendance
- cohort 1 & cohort 2
   differences
      regarding anxiety
- increase in knowledge
* Screening Tools - factor influences differences due to pandemic

* Technical Cell address extension post 9/30/21
6/2/20 full-filled responsibilities of the grant
Pre-release + post release

- Signing consent forms for telehealth

* Telephone codes different for S/o and MHAT Tuesday groups
cll's calling the wrong number

5/27/20  SCA MA'AT Meeting (cont) pg. 2

— schedule for next check-in 6/24/20

5/29/20  Daniel & Fred

— meeting weekly meeting about data collection
— meet every week and report out
— info gathering meeting
— monitoring

Emergency meeting so we can resolve
issues regarding data collection

   30 minutes or less

· post test
· sign sheet
· CM notes

6/2/20 TA Conference Call

Mr. Williams, Fred, Hillie, David

— No 6 mf extension: Pre-release service/money

— Telehealth services = Post release

$200.00 — Thursday + Friday
      X 5 pay periods
$1000.00

— Email a copy of 2nd Qtr report when completed 6/30/20
Cook County Jail website
COVID19 cases locode.

— Ask Safer what federal funding they have
And how many agencies are part of this collaborative

6/3/20 SEA MA'AT Meeting
Daniel, Hattie, Sheila, Bradley, Fred

— Support Staff Sheila effective 6/1/20
send memo to Mr. Beasley + Andrea

— multiple phone number for call in

1/24/20  Module 1  Pre
1/17/20  Module 1  Post
3/9/20   Module 2  Pre
5/1/20        ✓      ✓  Post

www.imdb.com/bill

6/4/20

SCA MA'AT meeting

Dr. Wash, Aniel, Sheila, Chad, Fred, fenta,
Tammie, Valencey, Alicia

- phone number of participant on sign-in sheets
- Education
- no need for service
- participant suspended Add to list of terms
- completed program
- Clt need to evaluate the program before they leave
   exit interview

6/10/20 SCA MA'AT Management Meeting

- change Douglas Lyen MA'AT Saturday

- use progress note 6/5/20 are there any
  issues = the note problems = note
  Ask during meeting on 6/11/20

- Participant Signature — telephonic/telehealth

- Job leads from Daniel
  LaShawn fond for job opportunities

 Gmail

Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

## Request for EMAGES as a company meeting
1 message

**Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>      Fri, Jun 19, 2020 at 5:04 AM
To: "Dr. Hattie Wash" <Washhattie@gmail.com>
Cc: Daniel Jean <daniel_jean716@yahoo.com>, "Dr. Fred Nance Jr." <drfred.nancejr@gmail.com>

Dr. Wash:

At our meeting Thursday, the mentors, led by a suggestion from Jaime, are requesting a meeting with you and all EMAGES staff on the re-opening of EMAGES July 6, 2020. They have health concerns and Daniel and I could not answer these questions.

On another note: Chad did not attend the meeting. This is 2 weeks in a row. A total disregard for our processes of checks and balances. When I requested Recording our meeting, Valerie was the only objection. These actions are unacceptable.

I told Valerie she is welcome not to attend any meetings and receive a copy of the recording. I am not going to take minutes or notes of our mentor meetings to distribute to the mentors when we have access to record the meeting via Skype. Again, no one objected, only Valerie. Any notes I take are personal and for my review and possibly management. Therefore, we do not have any documentation of our meetings. This was a scheduled requirement or job description for the MA'AT clerk.
--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

7/1/20 SCA MAAT Mgmt Meeting

referrals — review referral form
Firm referral

All forms go to Daniel — Referrals + Progress notes
Daniel give to sheila

Move to Module 3 on 7/13/20
check Module 3 Manual for Accuracy

7/6/20 SCA MAAT Project Prepaid 6 mos.

Feb — 2,150.00            2800
Mar 2,600 —              × 5
Apr 2,100 —         $25,000 —
May 1,850 —
June 2,300 —
      $11,000 —

Tillman 512 E. 156th St Harvey

7/8/20 SCA MA'AT Program Meeting
Skype 2:00pm
Fred, Hattie, Sheila, Daniel

— send email to mentors prior to 1st
Session

7/9/20 PEERR Meeting

    62 W. North Avenue

7/9/20 CALISA — Supervise Mentors
— Pre-release + Prevention diversion program
advocating Reentry Court advocacy
connecting = services   non-violent crimes seeking probation
has network + collaborates = other social services agency
reporting = probation and/or supervision officers
Christian Bible Studies to those incarcerated

* Great communicator — Parole and Supervision Officers
  — Knows about S/A and others methodone
Rejection
Abuse                    Comcast — Bernie
Abandonment              734-359-2842   7/10/20
Neglect                  We Repair Phones dial tone
        Alderman24@Aldermanscott.com

7/15/20    SCA MHAT Meeting

\* Contact Dr. W. Theaspoon Surgery meet (email)
**Done** & this month before TA meeting 8/4/20
TA wants you on the call - regested
possible meeting Thu 7/22/20 or 7/29/20 12 P or 1 P

— Dr. Wash discusses opening up EMAGES
waiting for Stay at Home Order; Rec'd
$35,000 — from State of Illinois; social
distancing; bring staff back first; Rotate
attendance, physically & teleconference

\* Send email to Ms. Wicks ur. CANs
for monies sanitizing EMAGES and telehealth

— TA EMAGES ability to engage the jail.
\* Send email to the jail. If we cannot get
in jail we need to revisit P+E

\* jail email strong & gentle

Bolton move from Saturday to Wednesday
Benjamin Rivera - Probation

— 3 new clts end of the month and August

\* Send Sheila all forms in the participant files

Part 1

7/22/20   MA'AT Skype Meeting

Dr. Wash
Dr. Witherspoon
Dr. Nance
Daniel
          Statistical Analysis
— TA person requesting Dr. Witherspoon in attendance
Dr. Nance send Dr. Witherspoon contact email to TA
overview of evaluation

Contract include Dr. Witherspoon on Skype Meeting z jail
— Jail: recruit employee to be a mentor
Skype meeting z jail personnel: what we can do or
not do. to discussion of persons in ways to complete the
program      explore

— People who repeat the info get more out of it

—Schedule out Modules z calendars

— TA discussion on how the program will be
successful because of COVID-19 lasting

✳ Sustainability: Video on curriculum z participants

— Raw data being submitted Questionnaires, Brand Evaluation
Tools, Demographics info, Participant attendance,
Referrals

Part 2

7/22/20 MAAT SCA Meeting
— Attendance by modules; dates

— Module dates; scores success of modules

— length of time of completion module
completing modules shorter/longer times

— ways WAYS in which COVID-19 impacted
program

* Participant need "Assessment test" before
leaving program

— Clinical Tools taken before exit

— Dr. Witherspoon will develop form asking how they were
affected by COVID-19: Questions

— Dr. Witherspoon will develop a summary of service
delivery for TA Meeting

* Benjamin OLVERA #1074 Saturday group

MA'AT Project

Meeting Agenda

July 30, 2020

5:30/P

1. Collaboration ✔
2. Module 3          Psychoeducational
   - Goals and Objectives
   - Content Validity ✔
   - Content delivery for facilitation of knowledge retention ✔
   - Fidelity ✔
   - Style/Responsivity ✔
3. Preparation ✔
4. Pre-test trauma ✔
5. Pre-test Mentoring ✔
6. Documentation ✔
   - Services
   - Referrals (New Referral Form)
   - Progress Notes
7. Updates of Participant Status ✔
8. Mentors Evaluation ✔
9. Feedback & Suggestions from Mentors

— Follow the curricula, define
— Sherrie Safe — misinformation re: s/o + employment
   Daniel can give a presentation on s/o p of

8/4/20 TA Meeting
Mr. Williams, Daniel, Fred, * Ref 7/22/20

— Possibility of revising pre-release due to virus

— Williams met = BJA-GW promoting Post Release
Beathea has access to jails; move pre release to post release
what happens if closure to jail stays for a year
— Wash still negotiating for access - what are options
to jails

— Dr. Witherspoon - are saying increase post release

— Williams no cost extensions do not have to wait
now with money for mentoring only — SBA
how about vacation time

— Pre release participants selling out going
straight to post release
working = out personnel due to virus

— send Dr. Witherspoon link for Friday meeting

— Williams + Witherspoon — Process evaluation
delivered = fidelity; adjustments if needed; how to
use evaluation report for sustainability; COVID-19
sustainability for BJA extension; how can we how
questionnaires are revised or adjusted to due to COVID-19;
video of participant sessions

8/5/20 Safer Meeting 11°⁰/A

— Referrals for S/O

— contact person: Safer EMAGES referral employment
Safer can create a referral form

— What is the volume of referrals from MA'AT
weekly, monthly = 3 people a week

— p-E5

— referral should come to Wellness Center

— Daniel — Employment, Housing, Job Training

— Comprehensive Service Delivery: Safer Wellness Ctr.
* single point of contact ↑ Parole only

— Ask MA'AT staff how many people in the last
3 months

— Jaime called Safer due to no contract =
Safer

— 8/18/20 MA'AT Training for Safer 1:00 p

— Specialty Court Access for S/O

8/5/20 MAAT Management Meeting 1:00 p

Dr. Wash, Dr. Witherspoon, Daniel, Sheila, Fred

— Data Forms, questionnaires, specialty counts, referrals, pre/post release, funding after project, staff training,

— 10th of the month for telephone listing

— What type of system does the jail have for teleconferencing

— Keeping employees salaries under $150,000 — for extension of time

— 2/13/20 update email from Dr. Witherspoon

* email demographic form to Dr. Witherspoon

— submit attendance sheets to Sheila for Dr. Witherspoon how many sessions each participant attended

— Jail options — when can we reenter, teleconferencing

— Research COVID-19 extensions on DOJ website

8/7/20 Cook County Jail
Jane Gubser, Ron Howard, Daniel, Fred
— Jail internally operating ≥ 10 or less
Howard from the same living unit

② — end of August earlier September 2020 opening
to outside vendors

Gubser — thinking + working toward 8 via teleconferencing

③ — When opening screening, temperature and masks
upon entry, social distancing

— Recruitment as usual

① difficulty = teleconferencing
②
③ going back to Howard for recruitment

What division will recruitment take place?

Ms. Gubser saw us as partners

* Strategize how to ~~down the up~~ double up sessions

* Data for compulsatory program is post release

8/18/20 Sex Offender Training for Safer 1:00p - 2:00p

— Participants in the MA'AT Program at
OMAC do not pay for the Trauma
informed and mentoring services. We have
A Grant from the DOJ, Bureau of Justice
Assistance, Office of Justice Programs
which pays for this service. Hopefully
we can continue the MA'AT services at the
end of our grant period September 30, 2021.
with funding from DOJ + other sources.

— Presently, I am attempting to develop a 90-
day transitional house for sex offenders.
Congressman Danny K. Davis supports my
housing project.

* Create a form for referral - Safer

* Safer Point Person - Sherie responsible

Pg. 1

8/30/20 DNC Delegation Meeting 6:30p
"Build Back Better" Karen Yarborough
2020 President Illinois Realtors
Ed Neaves

— Senator Durbin 170 COVID-19 Deaths
Lack of Leadership; University of Illinois
develop saliva test produces results 2 to 6
hours "Illinois Shield Test"; Economy;
Democratic candidates across the board

— Senator Cory Booker criminal justice
reform; this moment demands more; How
High can we Rise; Giving socks to the homeless

— Gov Pritzker "FAIR TAX" Biden instinct to
listen; learning from grief-humility; Kindness and
empathy; FAIR TAX 97%;

— Congressman Davis 7th Dist

— Congresswoman Underwood 14th Dist. lower cost
insulin; 42 pieces of legislation;

DNC Delegations                                    Pg. 2
        Build Back Better

— stregthen families

— Mary Morrissey watch party
        www.ildems.com

_____

Grant Fraud - Module 23
DOJ Grant Financial Management Training
NOAA Whistleblower Matters
National Defense Authorization Act of 2013
makes it illegal for an employee of a federal
contractor, subcontractor, or grantee to be discharged,
demoted, or otherwise discriminated against for
making a protected whistleblower disclosure

Payments/GPRS - Module 17 Drawdowns
Funds requested

Understanding the withholding of Funds - Module 17
— cash has been drawn down in excess of immediate
    needs of disbursement

_____

Fidelity Rep — 8/27/20  Nick
        Cohn CRHC. U $10.00 a sham
        _____