

DANNY K. DAVIS
7TH DISTRICT, ILLINOIS

☐ WASHINGTON OFFICE:
2159 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5006
(202) 225-5641 (fax)

☐ CHICAGO OFFICE:
2813-15 W 5TH AVENUE
CHICAGO, IL 60612
(773) 533-7520
(773) 533-7530 (fax)

**Congress of the United States**
**House of Representatives**

COMMITTEE ON
WAYS AND MEANS
SUBCOMMITTEES:
RANKING MEMBER, HUMAN RESOURCES
TRADE

April 8, 2018

Bureau of Justice Assistance
Department of Justice
Office of Justice Programs
810 Seventh Street, NW
Washington, DC 20531

To whomever it may concern:

Please accept this communique to pledge my full support for the Second Chance Act (SCA) Comprehensive Community-based Adult Reentry Program Grants to Nonprofit Organizations, specifically, EMAGES, Inc. request for funding under this Act. EMAGES Inc.'s project will be administered to trauma-affected medium to high-risk sex offenders who are currently incarcerated in the Cook County jail, on court management, supervision, probation and parole. EMAGES, Inc. presently provides clinical services to the sex offender population.

Since EMAGES inception in 1992, they have been providing culturally-based psychological assessments and testing, individual therapy, substance abuse training, family therapy, group therapy, couple relationship therapy, sex offender training, sex offender treatment, substance abuse treatment, stress management, anger management, parenting training, domestic violence and other training services. C.L.I.C.K. Services, NFP will collaborate with EMAGES, Inc. as the Project Manager. EMAGES, Inc. (Dr. Hattie Wash) and C.L.I.C.K. Services, NFP (Dr. Fred L. Nance Jr.) (www.clickservices.org) collaborated and successfully worked with the sex offender population when EMAGES, Inc. received a 2010 BJA SCA funding for their mentoring program. EMAGES, Inc. concluded the 2010 BJA grant with a 2% recidivism rate. Dr. Nance worked with me and others on my SCA Advisory Committee in 2007.

As a key sponsor of the Second Chance Act, I truly know the significance of having a grant such as this come to fruition. EMAGES and C.L.I.C.K.'s project is unique because it will focus on the complex issues of sexual assaults, trauma and post-traumatic stress disorder, which is plaguing our communities leading to violence against women and men. The project is innovative and useful to Illinois. This project will allow the State of Illinois to explore, heighten and expand the possible scope of services and community provider collaborations offered to medium to high-risk sex offending individuals reentering their communities.

EMAGES' project will address transitional issues, such as recidivism, substance abuse, social learning, mentoring, veteran-specific services, culturally-based programming, support systems, and gender-responsive and trauma-informed services. The type of trauma related services with sex offenders EMAGES and C.L.I.C.K. are proposing was envisioned within the scope of the Second Chance Act of 2007.

Respectfully submitted,

*Danny L. Davis*

Danny K. Davis
7th District of Illinois

**BOBBY L. RUSH**
1ST DISTRICT, ILLINOIS

**COMMITTEE ON ENERGY AND COMMERCE**
SUBCOMMITTEES:
RANKING MEMBER, ENERGY
COMMUNICATIONS AND TECHNOLOGY

**ASSISTANT WHIP**



CONGRESS OF THE UNITED STATES
HOUSE OF REPRESENTATIVES
WASHINGTON, D.C. 20515

WASHINGTON
2188 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1301

CHICAGO
11750 SOUTH WESTERN AVENUE
CHICAGO, IL 60643-4732

HTTP://RUSH.HOUSE.GOV
FACEBOOK.COM/CONGRESSMANBOBBYRUSH
TWITTER: @RepBobbyRush

April 27, 2018

Bureau of Justice Assistance
U.S. Department of Justice
Office of Justice Programs
810 Seventh Street, NW
Washington, DC 20531

I am pleased to write this letter of support for the Second Chance Act (SCA) Comprehensive Community-based Adult Reentry Program Grants to Nonprofit Organizations, specifically, EMAGES, Inc. EMAGES Inc.'s project will be administered to trauma-affected medium to high-risk sex offenders who are currently incarcerated in the Cook County jail, on court management, supervision, probation and parole. EMAGES, Inc. presently provides clinical services to the sex offender population.

Since EMAGES inception in 1992, they have been providing culturally-based psychological assessments and testing, individual therapy, substance abuse training, family therapy, group therapy, couple relationship therapy, sex offender training, sex offender treatment, substance abuse treatment, stress management, anger management, parenting training, domestic violence and other training services. C.L.I.C.K. Services, NFP will collaborate with EMAGES, Inc. as the Project Manager. EMAGES, Inc. (Dr. Hattie Wash) and C.L.I.C.K. Services, NFP (Dr. Fred L. Nance Jr.) (www.clickservices.org) collaborated and successfully worked with the sex offender population when EMAGES, Inc. received a 2010 BJA SCA funding for their mentoring program. EMAGES, Inc. concluded the 2010 BJA grant with a 3% recidivism rate.

EMAGES and C.L.I.C.K.'s project is unique because it will focus on the complex issues of sexual assaults, trauma and post-traumatic stress disorder, which is plaguing our communities leading to violence against women and men. The project is innovative and useful to Illinois. This project will allow the State of Illinois to explore, heighten and expand the possible scope of services and community provider collaborations offered to medium to high-risk sex offending individuals reentering their communities.

EMAGES' project will also address transitional issues, such as recidivism, substance abuse, social learning, mentoring, veteran-specific services, culturally-based programming, support systems, and gender-responsive and trauma-informed services. The type of trauma-related services with sex offenders EMAGES and C.L.I.C.K. are proposing was envisioned within the scope of the Second Chance Act of 2007.

Sincerely,

*Bobby L. Rush*

Bobby L. Rush
Member of Congress