## EMAGES
## 2ND CHANCE GRANT YEAR TO DATE DRAWDOWNS/AVAILABLE FUNDS
### 21-Jan-20

|  | 2ND YEAR BUDGET | TOTAL YTD DRAWDOWN | AVAILABLE AT 12/17/2019 | 01/21/2020/ DRAWDOWN | AVAILABLE AT 01/21/2020 |
|---|---|---|---|---|---|
| PERSONNEL | 115,440 | 28,630 | 86,810 | 8,880 | 77,930 |
| FRINGE BENEFITS | 21,934 | 5,483 | 16,451 | 1,687.20 | 14,764 |
| TRAVEL | 0 | 0 | 0 | 0.00 | 0 |
| EQUIPMENT | 0 | 0 | 0 |  | 0 |
| SUPPLIES | 1,199 | 300 | 899 | 100 | 799 |
| CONSTRUCTION | 0 | 0 | 0 | 0 | 0 |
| SUB AWARDS (SUB GRANTS) | 50,600 | 14,500 | 36,100 | 11,950 | 24,150 |
| PROCUREMENTS CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| OTHER | 10,827 | 2,978 | 7,849 | 926.25 | 6,923 |
|  | 200,000 | 51,891 | 148,109 | 23,543 | 124,566 |

### DRAWDOWN 01/21/2020

| | | | |
|---|---|---|---|
| DR FRED NANCE | 4,615.38 | 2 PAYROLLS | 12/30/2019 & 01/13/2020 |
| DR WASH | 769.24 | 2 PAYROLLS | 12/30/2019 & 01/13/2020 |
| DANIEL JEAN | 2,615.38 | 2 PAYROLLS | 12/30/2019 & 01/13/2020 |
| DOROTHY COLLINS | 880.00 | 2 PAYROLLS | 12/30/2019 & 01/13/2020 |
| FRINGE BENEFITS | 1,687.20 | 2 PAYROLLS | 12/30/2019 & 01/13/2020 |
| SUBAWARDS | | | |
| (Thomas Bradley CPA) | 750.00 | 1/21/2020 | |
| Clinical Consult & Case Managers | 11,200.00 | 4 months x $2,800=$ 11,200.00 (Oct, Nov, Dec 2019 + Jan 2020) | |
| OFFICE SUPPLIES | 50.00 | 1/21/2020 $ | |
| COPY PAPER | 50.00 | 1/21/2020 | |
| OFFICE RENT | 800.00 | 1/21/2020 | |
| TELEPHONE | 86.25 | 1/21/2020 | |
| POSTAGE | 40.00 | 1/21/2020 | |
| TOTAL | 23,543.45 | | |

APPROVED _Hallu Wall_ 1/21/2020

EMAGES
2ND CHANCE GRANT YEAR TO DATE DRAWDOWNS/AVAILABLE FUNDS
26-Feb-20

|  | 2ND YEAR BUDGET | TOTAL YTD DRAWDOWN | AVAILABLE AT 01/21/2020 | 02/26/2020/ DRAWDOWN | AVAILABLE AT 02/26/2020 |
|---|---|---|---|---|---|
| PERSONNEL | 115,440 | 37,510 | 77,930 | 13,314 | 64,616 |
| FRINGE BENEFITS | 21,934 | 7,170 | 14,764 | 1,687.20 | 13,077 |
| TRAVEL | 0 | 0 | 0 | 0.00 | 0 |
| EQUIPMENT | 0 | 0 | 0 | 0 | 0 |
| SUPPLIES | 1,199 | 400 | 799 | 100 | 699 |
| CONSTRUCTION | 0 | 0 | 0 | 0 | 0 |
| SUB AWARDS (SUB GRANTS) | 50,600 | 18,050 | 32,550 | 3,550 | 29,000 |
| PROCUREMENTS CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| OTHER | 10,827 | 3,904 | 6,923 | 926.25 | 5,997 |
|  | 200,000 | 67,034 | 132,966 | 19,577 | 113,389 |

DRAWDOWN 01/21/2020

| | | | | |
|---|---|---|---|---|
| DR FRED NANCE | 6,921.00 | 3 PAYROLLS | 1/27,2/10/2/24 | |
| DR WASH | 1,152.00 | 3 PAYROLLS | 1/27,2/10/2/24 | |
| DANIEL JEAN | 3,921.00 | 3 PAYROLLS | 1/27,2/10/2/24 | |
| DOROTHY COLLINS | 1,320.00 | 3 PAYROLLS | 1/27,2/10/2/24 | |
| FRINGE BENEFITS | 1,687.20 | 2 PAYROLLS | 1/27,2/10/ | # P/R FOR PAY PERIOD 2/24/2020 TO BE ADDED IN ($540) |
| SUBAWARDS | | | | |
| (Thomas Bradley CPA) | 750.00 | | 2/26/2020 | |
| Clinical Consult & Case Managers | 2,800.00 | | 2/26/2020 | |
| OFFICE SUPPLIES | 50.00 | | 2/26/2020 | |
| COPY PAPER | 50.00 | | 2/26/2020 | |
| OFFICE RENT | 800.00 | | 2/26/2020 | |
| TELEPHONE | 86.25 | | 2/26/2020 | |
| POSTAGE | 40.00 | | 2/26/2020 | |
| TOTAL | 19,577.45 | | | APPROVED |

EMAGES
2ND CHANCE GRANT YEAR TO DATE DRAWDOWNS/AVAILABLE FUNDS
30-Mar-20

| | 2ND YEAR BUDGET | TOTAL YTD DRAWDOWN | AVAILABLE AT 02/26/2020 | 03/30/2020 DRAWDOWN | AVAILABLE AT 03/30/2020 |
|---|---|---|---|---|---|
| PERSONNEL | 115,440 | 50,824 | 64,616 | 8,880 | 55,736 |
| FRINGE BENEFITS | 21,934 | 8,857 | 13,077 | 2,530.80 | 10,546 |
| TRAVEL | 0 | 0 | 0 | 0.00 | 0 |
| EQUIPMENT | 0 | 0 | 0 | 0 | 0 |
| SUPPLIES | 1,199 | 500 | 699 | 100 | 599 |
| CONSTRUCTION | 0 | 0 | 0 | 0 | 0 |
| SUB AWARDS (SUB GRANTS) | 50,600 | 21,600 | 29,000 | 4,710 | 24,290 |
| PROCUREMENTS CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| OTHER | 10,827 | 4,830 | 5,997 | 926.25 | 5,071 |
| | 200,000 | 86,611 | 113,389 | 17,147 | 96,242 |

DRAWDOWN 01/21/2020

| | | | |
|---|---|---|---|
| DR FRED NANCE | 4,615.00 | 2 PAY PERIODS | 03/09/2020 & 03/23/2020 |
| DR WASH | 769.24 | 2 PAY PERIODS | 03/09/2020 & 03/23/2020 |
| DANIEL JEAN | 2,615.38 | 2 PAY PERIODS | 03/09/2020 & 03/23/2020 |
| DOROTHY COLLINS | 880.00 | 2 PAY PERIODS | 03/09/2020 & 03/23/2020 |
| FRINGE BENEFITS | 2,530.80 | 3 PAY PERIODS | 2/24/&03/09 &03/23/2020 |
| SUBAWARDS | | | |
|   DR WITHERSPOON | 1,160.00 | 3/30/2020 | |
|   (Thomas Bradley CPA) | 750.00 | 3/30/2020 | |
| Clinical Consult & Case Managers | 2,800.00 | 3/30/2020 | |
| OFFICE SUPPLIES | 50.00 | 3/30/2020 | |
| COPY PAPER | 50.00 | 3/30/2020 | |
| OFFICE RENT | 800.00 | 3/30/2020 | |
| TELEPHONE | 86.25 | 3/30/2020 | |
| POSTAGE | 40.00 | 3/30/2020 | |
| TOTAL | 17,146.67 | | |

# P/R FOR PAY PERIOD 2/24/2020 ADDED IN

APPROVED _[signature]_

3/30/20