Public Service Loan Forgiveness

From:   Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org)

To:     dthompson@taftlaw.com

Cc:     frednance@clickservices.org

Date:   Friday, July 15, 2022 at 05:28 AM CDT

Mr. Thompson:

Do you think it helped or hurt your client to refuse to sign the Public Service Loan Forgiveness document I sent her? Do you think it helped or hurt your client for Judge Alonso to dismiss my retaliation claim regarding this document? Do you think it will help or hurt your client when my Public Service Loan Forgiveness application is denied? For the record, I am attaching the document again and sending it to you. This will be part of my discovery processes. You can return them to me when I request them during the discovery processes. The federal government will deny my request because the due date will have passed. Do you think this helps or hinders your case?

/s/Dr. Fred Nance Jr.
Ph.D. Human Services
Social Policy Analysis and Planning
Founder & CEO, C.L.I.C.K. Services
http://www.clickservices.org
http://www.linkedin.com/in/drnance
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


5.17.22 EMAGES PSLF Forms.pdf
1.8MB


5.18.22 Blank Public Service Loan Forgiveness Form.pdf
331.9kB