PLEASE READ & RESPOND IMMEDIATELY: PDG B-5 CALL FOR PEER REVIEWERS

From: occreview (occreview@grantreview.org)

To: occreview@grantreview.org

Date: Friday, September 30, 2022 at 11:58 AM CDT

# EXHIBIT 26

## CALL FOR PEER REVIEWERS
## PRESCHOOL DEVELOPMENT GRANT BIRTH THROUGH FIVE (PDG B-5)
## RENEWAL AND PLANNING GRANTS COMPETITION

Dear Potential Reviewer,

On behalf of the U.S. Department of Health and Human Services (DHHS), Administration for Children and Families (AFC), Office of Child Care (OCC), and the U.S. Department of Education (ED), (the Departments), we, the Federal Grants Center of Excellence (CoE), are soliciting your interest and availability for participation in our panel review process for the *"Preschool Development Grant Birth Through Five" (PDG B-5) Renewal and Planning Grants"*. Below is a summary of the grant review process in which we are gauging your interest.

**BACKGROUND:** The Departments are soliciting Renewal Grant applications from all states and territories that previously received an initial Preschool Development Grant Birth through Five (PDG B-5) award in December 2018, but did not receive or implement a Renewal grant award in later years. The PDG B-5 Renewal Grant Initiative will fund states and territories to enhance, expand, and/or build upon activities described in their initial grant. Additionally, the Departments are soliciting applications from eligible states and territories to carry out the activities of the Preschool Development Grant Birth through Five (PDG B-5) Planning Grant (formerly known as the PDG B-5 Initial Grant). States and territories eligible to apply for the Planning Grant include any states or territories that have never received a PDG B-5 grant or those for whom their 3rd year of Renewal grant funding will end in December 2022 or April 2023.

**PURPOSE: PDG B-5 Renewal Grant:**
The purposes of the PDG B-5 Renewal Grant remain focused on strengthening the state's integrated ECE system to prepare low-income and disadvantaged children to enter kindergarten and improve their transitions across early childhood into the early elementary school grades. Through this renewal grant, states have the opportunity to pursue objectives that the data, research, and/or needs assessment have indicated are needed within their own state. This will help to break down barriers and improve access to higher quality ECE services.

**PURPOSE: PDG B-5 Planning Grant**
The purposes of the Planning Grant are to assist to improve coordination, collaboration, and meaningful partnerships across all state agencies and with all early childhood stakeholders in the state or territory, as they target helping low-income and disadvantaged children enter kindergarten prepared and ready to succeed in school and to help improve the transitions from the early care and education setting to elementary school. The PDG B-5 Planning Grant aims to assist states in the coordination of their existing early childhood programs, services, and funding streams for the purpose of improving services to children birth through age five in a mixed delivery system.

**KEY DATES:**
The PDG B-5 grant review competitions are scheduled as follows:

If available and selected, you may participate in both peer reviews if there are not sufficient unique reviewers identified for both weeks. The PDG B-5 grant review competitions are scheduled as follows:

> **Renewal Review Timeline:**
> Peer Review: November 14- November 18, 2022
> Orientation & ARM Training: Wednesday, November 9, 2022 2:00 PM – 4:30 PM
>
> **Planning Review Timeline:**
> Peer Review: November 28 – December 2, 2022
> Orientation & ARM Training: Thursday, November 17, 2022 2:00 PM – 4:30 PM

**REQUIREMENTS:**
- The entire review will be conducted remotely via email, conference call, and web-based tools. Email will be used as the main source of contact between reviewers and the entire grant review team. Each panel will be composed of a chair and three reviewers. It is important that all reviewers and chairpersons have the technological ability or access to a WIFI bandwidth that allows them the capacity to download materials and documents and participate in face to face zoom meetings and or conference calls.
- Applications for review will be accessed electronically via a web-based Application Review Module (ARM) system.   Hard copies of the applications will **not** be provided.
- All reviewers are required to read, score, and write detailed, objective, and constructive evaluative comments on all assigned applications. Chairpersons must read all assigned applications, facilitate panel discussion calls, and prepare a panel summary report for each application.
- The grant review typically requires that reviewers and chairpersons be available during regular business hours (9am to 5pm) and occasionally during evening hours and weekends throughout the **entire** review period. Each panel will review approximately 3 applications, so the time commitment is likely to be substantial.
  - The review will begin with a mandatory two-hour webinar training. We will provide you with all logistical and programmatic information, as well as training for the remote grant review system, ARM, and a detailed overview of the FOA during this training.

**<u>Please note</u>**: *This correspondence gauges your interest and availability and does not confirm that you will serve on a panel, nor does it confirm the role in which you may be utilized. Federal staff will assign roles based upon a number of factors including expertise and availability, and projected application count and eligibility. Should the number of applications received be less than projected, some panelists may be placed in an Alternate status or informed that their participation is not needed.*

**HONORARIUM: Upon the successful completion of all grant review responsibilities,** non-federal chairpersons will be compensated a flat honorarium stipend of **$1,600.00** and non-federal reviewers will be compensated a flat honorarium stipend of **$1,300.00.** Honorarium stipends will be processed and administered following the conclusion of the grant review.

*NEXT STEPS: CONFIRM YOUR AVAILABILITY <u>AND</u> SEND YOUR RESUME*

**1.  We request that you confirm your availability by 6:00 PM (ET) on Tuesday, October 4, 2022 by completing the following survey:** *(Please click the survey link below or paste it into your preferred browser)*
**http://new.grantreviewinfo.net/content/fy22-preschool-development-grant-birth-through-five**

2. **In addition to responding to the FY22 PDG Availability Survey, <u>you must also send your resume</u> to us by 6:00 PM (ET) on Tuesday, October 4, 2022 to** OCCReview@grantreview.org **to be considered for participation by Federal Staff.**

More information on the FY 2022 PDG B-5 Grants can be found at the following links:

Renewal Grant NOFO: https://www.acf.hhs.gov/grants/grants-gov/340965

Planning Grant NOFO: https://www.acf.hhs.gov/grants/grants-gov/341428

If you have any questions about the peer review process, please contact us at OCCReview@grantreview.org.

Regards,

OCC Grant Review Team

CONFIDENTIALITY NOTICE: This email and any attachments are intended only for the named recipient(s) and may contain information that is legally privileged, confidential or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), you may not retain copy or use this email or any attachment for any purpose or disclose all or any part of the contents to any other person. Any such dissemination, distribution or copying of this email or its attachments is strictly prohibited.

# PDG Peer Review

From: Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org)

To: occreview@grantreview.org

Cc: frednance@clickservices.org

Date: Friday, September 30, 2022 at 02:35 PM CDT

Good evening. I am applying for Peer Reviewing the
## PRESCHOOL DEVELOPMENT GRANT BIRTH THROUGH FIVE (PDG B-5) RENEWAL AND PLANNING GRANTS COMPETITION

Here is my CV

/s/Dr. Fred Nance Jr.
Ph.D. Human Services
Social Policy Analysis and Planning
Founder & CEO, C.L.I.C.K. Services
http://www.clickservices.org
http://www.linkedin.com/in/drnance
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

 Dr. Fred L Nance CV.pdf
157.7kB

PLEASE READ! FY22 PDG B-5 Renewal Orientation Confirmation - Reviewer

From:   occreview (occreview@grantreview.org)

To:     occreview@grantreview.org

Date:   Tuesday, November 1, 2022 at 09:29 AM CDT

Dear Reviewer,

On behalf of the Administration for Children and Families (ACF), Office of Child Care (OCC), we want to inform you that you have been selected to participate in the FY 2022 Preschool Development Grant Birth through Five *(*PDG B-5) Renewal Grant objective grant review as a **Reviewer**. Non-federal reviewers will be compensated **$1600.00** for **full participation** in this review.

*Federal staff have assign roles based upon a number of factors including projected application count and eligibility. Should the number of applications received be less than projected, some panelists may be placed in an Alternate status or informed that their participation is not needed.*

This review is a remote review, where all aspects of the review are managed in the Application Review Module (ARM), via email and toll-free conference call lines.

Please visit the Program Support Page and read all documents pertaining to this grant review by clicking on the hyperlink: FY22 PDG B-5 Renewal Program Support Page

The following is a mandatory list of requirements provided to assess your ability to serve as a Panelist:

- Reviewers must be accessible via email and phone to their panel and to federal staff (Panel Manager) during the entire review period; each panel will determine their panel discussion schedule times.
- Reviewers must participate in panel discussions concerning application strengths and weaknesses via conference calls.
- While the panel discussion calls will be determined by each individual panel, reviewers must be flexible and available to participate in panel discussions during regular business hours (9 AM to 7 PM) and occasionally during evening hours and weekends.
- Reviewers must be knowledgeable about accessing the internet and have regular access to email as a requirement to participate as a reviewer for this program.
- Reviewers must have high-speed internet connectivity to properly interact with ARM system.
- Reviewers must be familiar with and have reliable access to Adobe Acrobat Reader or other PDF reading software. To download Adobe Acrobat Reader for free visit: http://get.adobe.com/reader/.
- Full cooperation and participation of all panel members is expected. Responsiveness is mandatory; failure to respond in a timely fashion may result in dismissal.

**Grant Review Schedule and Time Commitments** – The review schedule and key time commitments are as follows:

**November 14, 2022 – Work Agreement**
➢ Work Agreement Form must be signed and returned via email to OCCReview@grantreview.org before **5:00 PM (ET).**

**November 14, 2022 – Conflict of Interest (COI) Review of Applications Assigned**
➢ A panel list of applications tentatively assigned for your review will be sent via email. Please consider each organization's name, city and state for potential knowledge of and/or affiliation with the applying organization. We understand that not all conflicts are foreseeable, given only the applicant name and location. We ask only that you certify that no obvious conflict of interest exists.  Please inform the PDG B-5 Grant Review Team at OCCReview@grantreview.org, **immediately**, of any potential COIs. If no COI is found, instructions for completing the COI Form will be provided when you access the ARM system.

**November 9, 2022– ARM and Grant Review Orientation Training – Webinar**
➢ All confirmed panelists must participate in a training webinar to address key factors from the "Preschool Development Grant Birth through Five (PDG B-5) Renewal Grant" Notice of Funding Opportunity (NOFO). The training webinar date and time information is listed below:

✓ **ARM and Grant Review Orientation Training Webinar**
**Date:** Wednesday, November 9, 2022
**Time:** 2:00 PM – 4:30 PM (Eastern Time)
**Dial-in Number:**  929-352-1870
**Passcode:** 854799148#
**Webinar Hyperlink:** Click here to join the meeting

**Monday, November 14, 2022 – Tuesday, November 18, 2022 — Grant Review Performance Period**
➢ On **November 14, 2022, at 4:00 PM (ET),** the ARM system will become available to all grant review participants.  Panelists will have 24 hour / 7 day a week access to the ARM session until **6:00 PM (ET), November 18, 2022.**  During this performance period, chairpersons will work collaboratively with assigned panelists to ensure the timely completion of all application reading assignments, application scoring, participation in panel discussions, and preparation of written evaluative comments in the ARM system.

➢ **Access to the ARM System.**
- Panelists will be granted access to the ARM system.
- Instructions for creating your own personalized Username and Temporary Password will be provided via email from No_Reply@grantsolutions.gov on **November 14, 2022.**
- Applications will be available in PDF format via hyperlinks in the ARM system. Panelists should initiate: 1) the review of their assigned applications, 2) scoring of each application in accordance with the evaluation criteria and/or sub-criterion, and 3) preparation of detailed written evaluative comments.

➢ **Panel Discussions** will be conducted via conference call on a toll-free line reserved solely for your panel. Individual panels will determine their discussion and submission schedule under the direction of the panel Chairperson*. The discussion and submission schedule must provide the Chairperson ample time to finalize panel summary reports in ARM by the end of the grant review. This will require your quick attention and response to any changes in comments or scores reached during panel discussions.

**\*Note**: **Your Chairperson will work with you to schedule the first panel call. In general, you should anticipate that your Chairperson will want to confirm the application review schedule, following the opening of the review on November 14th**. The purpose of the first call is for panel members to develop the panel discussion schedule. Please be flexible when working to schedule panel calls and honor your commitment to the review. Any conflicts and/or difficulties within the panel should be communicated immediately to the PDG B-5 Grant Review Team at OCCReview@grantreview.org

<u>Friday, November 18, 2022</u>
**Final Review and Approval Close of Review**
➢ The chairperson must submit all final review reports to the federal Review Director (RD) by 10:00 AM for final approval. Review panels must remain available to respond to the call for clarity and/or edits from the federal program staff until all applications on the panel are approved.

Please confirm your participation as a Reviewer and/or your availability has changed please notify us at OCCReview@grantreview.org by 12 NOON (ET) **Thursday, November 3, 2022** so that we may withdraw your name from further consideration.

Thank you again for your support and participation in this important grant review process.

Regards,

OCC Grant Review Team

.

CONFIDENTIALITY NOTICE: This email and any attachments are intended only for the named recipient(s) and may contain information that is legally privileged, confidential or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), you may not retain copy or use this email or any attachment for any purpose or disclose all or any part of the contents to any other person. Any such dissemination, distribution or copying of this email or its attachments is strictly prohibited.

11/14/22, 7:19 AM  Yahoo Mail - Mandatory ARM and Grant Review Orientation Training - Today @ 2pm (ET) - Teams Link Below

Case: 1:22-cv-03861 Document #: 11-33 Filed: 11/14/22 Page 8 of 9 PageID #:564

# Mandatory ARM and Grant Review Orientation Training - Today @ 2pm (ET) - Teams Link Below

From:   occreview (occreview@grantreview.org)

To:     occreview@grantreview.org

Date:   Wednesday, November 9, 2022 at 10:57 AM CST

**FRIENDLY REMINDER - ARM and Grant Review Orientation Training is Today at 2pm (ET)**
**Teams Link below**

**Preschool Development Grant Birth through Five (PDG B-5) Renewal Grant**
**ARM and Grant Review Orientation Training – Webinar**
**Date:** Wednesday, November 9, 2022
**Time:** 2:00 PM – 4:30 PM (ET)

**November 9, 2022** **– ARM and Grant Review Orientation Training – Webinar**
➢ **All** confirmed panelists must participate in a training webinar to address key factors from the "Preschool Development Grant Birth through Five (PDG B-5) Renewal Grant" Notice of Funding Opportunity (NOFO). The training webinar date and time information is listed below:

✓ **ARM and Grant Review Orientation Training Webinar**
**Date:** Wednesday, November 9, 2022
**Time:** 2:00 PM – 4:30 PM (Eastern Time)
**Dial-in Number:** 929-352-1870
**Passcode:** 854799148#
**Teams link:** Click here to join the meeting

If your availability has changed please notify us at OCCReview@grantreview.org immediately so that we may withdraw your name from further consideration.

Thank you again and we look forward to your attendance at mandatory Arm and Grant Review Orientation Training.

Regards,

OCC Grant Review Team

.

CONFIDENTIALITY NOTICE: This email and any attachments are intended only for the named recipient(s) and may contain information that is legally privileged, confidential or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), you may not retain copy or use this email or any attachment for any purpose or disclose all or any part of the contents to any other person. Any such dissemination, distribution or copying of this email or its attachments is strictly prohibited.

## Alternate Reviewer Status

| | |
|---|---|
| From: | Gonzales, Richard (ACF) (richard.gonzales@acf.hhs.gov) |
| To: | mdfearnowken@vcu.edu; wells_family306@verizon.net; lcrim@roanokecityschools.org; johnnettamail@aol.com; jalisa.whitley@gmail.com; frednance@clickservices.org |
| Cc: | clarise.jackson-hall@grantsolutions.gov; clarise.hall@lcginc.com |
| Date: | Saturday, November 12, 2022 at 03:21 PM CST |

Hello all,

I am sending you this email because, unfortunately, we did not receive as many applications as expected so you six have been moved to ALTERNATE Reviewer status. I hope you received a communication informing you of this change, and, if you did not I apologize for that oversight, and hope you will still be available should we lose a reviewer sometime during this coming week.

In fact, we may start Monday needing 2 or 3 of you already, since some people have not yet signed-in.

As a result of this uncertainty, please get back to me before Monday, if possible, (or Monday morning) letting me know that you are still interested and available. Otherwise, someone from GrantSolutions will follow-up with you sometime Monday to share additional information.

Thanks,
Richard

Richard Gonzales
Director, Division of Interagency & Special Initiatives
Project Manager, Preschool Development Grants Birth through Five (PDG B-5)
DHHS/Administration for Children and Families/Office of Early Childhood Development
Washington, D.C. 20201
Office: 202-401-5138
Work Cell: 202-480-6897
Email: richard.gonzales@acf.hhs.gov