# EXHIBIT G



**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505
(202) 804-7000

September 30, 2020

Dr. Fred Nance, Jr.
17239 Evans Avenue
South Holland, IL 60473
Via email to: frednance@clickservices.org

OSC *File No. MA-20-002834*

Dear Dr. Nance:

This letter responds to your complaint to the Office of Special Counsel concerning your allegation of loss of employment in retaliation for your report of misappropriation of funds, and fraud by EMAGES, Inc.

The Office of Special Counsel is authorized to investigate allegations of prohibited personnel practices and certain activities prohibited by civil service law, rule, or regulation. 5 U.S.C. §§ 1214(a)(1)(A), 1216(a) and 2302(b). The provisions of 5 U.S.C. § 2302 and 5 U.S.C. § 2105 establish that our authority extends only to current or former employees or applicants for employment to competitive or excepted service positions in Executive Branch departments and agencies of the federal government.

The information provided reflects that you are not a federal employee, or an applicant for federal employment. Thus, we lack jurisdiction over this matter, as you are not a covered employee in, or applicant for, a covered position in the Executive Branch departments and agencies of the federal government within the meaning of 5 U.S.C § 2302 and 5 U.S.C. § 2105.

Accordingly, because this office does not have jurisdiction to investigate the matter you describe, we are closing this file. For further information, you may view our website at www.osc.gov.

Sincerely,

*Colette Key Slaton*

Colette Key Slaton
Case Review Specialist
Case Review Division