# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fred L Nance Jr

                    Plaintiff,

v.                                           Case No.: 1:22−cv−03861
                                                      Honorable LaShonda A. Hunt

United States, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 14, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: For the reasons set forth in the Memorandum Opinion and Order, the Government Defendants' motion to dismiss is granted without prejudice as to the FTCA claim and with prejudice as to the remaining claims. If Nance is capable of realleging the FTCA claim consistent with this order and Federal Rule of Civil Procedure 11(b), he may do so by filing an amended complaint by September 11, 2023. If no amended complaint is filed by that date, the case will be terminated without further notice. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.