UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRED L NANCE JR | ) | |
| | ) | CASE # 22 CV 3861 |
| PLAINTIFF | ) | |
| | ) | HONORABLE JUDGE |
| | ) | LASHONDA A. HUNT |
| VS | ) | |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## NOTICE OF FILING

KURT N. LINDLAND
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4163
kurt.lindland@usdoj.gov

     PLEASE TAKE NOTICE THAT on September 9, 2023, Plaintiff filed his Amended Complaint with exhibits.

## CERTIFICATE OF SERVICE

     I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing Plaintiff Amended Complaint and Exhibits by causing a true and correct copy of the same to be sent by operation of the court.

**Dated: September 9, 2023**

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org