

# EMAGES, INC.

**Establishing, Managing and Generating Effective Services Inc.**
7601 S. Kostner, Suite 500, Chicago, Illinois 60652
(773) 224-7386 Fax (773) 224-7685

---

September 21, 2020

**Hattie Wash, Psy. D**
*Founder & Chief Executive Officer*

**Larry Ross, LCSW**
*Honorary President Served 1992-2011 (Posthumously)*

**Donna Harris**
*President*

**Marilyn Scott, Psy.D**
*Vice President*

*Secretary*
**Linda Brown-Jackson**

**Edward Butler, Psy.D**
*Treasurer*

*Board Members*
**Sabrina Nelson**
**Brenda Hodges-Leggard**
**Leatha Woolfolk**
**Arnie Harris**
**Brad Warner**
**Mary Cox**
**Joann Jones**

Office of Justice Programs
U.S. Department of Justice
810 7th Street NW
Washington, DC 20531

Dear Mrs. Tracey Willis:

Effective October 1, 2020, the Board of Directors of EMAGES, Inc. will terminate our grant award under the FY18 Second Chance Comprehensive Community-Based Adult Reentry Program, #2018-CY-BX-0025. The reasons for the termination are as follow: EMAGES financial instability and a failure to meet programmatic and evaluation requirements of the grant.

The COVID-19 Pandemic impacted the City of Chicago the first week of March 2020. The high death rate and positive cases from the virus, lead the Governor of Illinois to issue a Disaster Proclamation and a Shelter in Place mandate that same week for the State of Illinois. EMAGES is considered an essential service during the Shelter in Place order therefore our agency has not closed. However, because of the shelter in place mandate and because our clients are sheltering in place, service delivery to our client populations has decreased by more than 60% as well as revenue from them and other funding options. The reduction in revenue has created a serious cash-flow problem which is threatening the survival of EMAGES. Currently EMAGES has not received our Fee-for-Services monies owed from the State of Illinois for FY21, which began July 1, 2020. EMAGES will have to temporary closed the agency if funds are not received by the middle of October, 2020.

The COVID-19 Pandemic and the State of Illinois Shelter in Place mandate has also prevented EMAGES from fulfilling the Performance measures of the Second Chance grant. EMAGES performance measures include providing a trauma informed and mentoring curriculum to five sex offender groups housed inside of EMAGES, one sex offender group inside the Cook County Jail and one sex offender group in the special needs' unit located inside the State of Illinois Department of Corrections. Services to all seven groups were provided the first six months of the second year of the grant. However, no services were provided inside Cook County Jail or the Illinois Department of Correction after the second week of March. To date EMAGES has been able to adhere to the performance

measures for our site, by providing Telehealth group services to our sex offenders. But we have no data for the pre-released detainees after March 2020.

The COVID-19 Pandemic has also compromised our ability to effectively evaluate outcome measures that were developed for the second chance program. Seven evaluation instruments as well as pre/post questionnaires were collected the first six months from all seven groups. However, the Shelter in Place mandate for the State of Illinois has prevented us from collecting data inside Cook County Jail and the Illinois Department of Correction.

EMAGES would like to thank the Office of Justice programs for providing EMAGES with an opportunity to meet the service needs of an underserved client population. Even though we are giving the grant up for circumstances outside of our control, we are confident that we have addressed trauma as it relates to sex offending behaviors and have provided clients with positive role models to emulate.

Sincerely,

Donna Harris, Board President
Hattie Wash, PSY.D, CEO