

**U.S. Department of Justice**

Office of Justice Programs

*Office of the Chief Financial Officer*

Washington D.C. 20531

July 19, 2023

Ms. Hattie Wash
Chief Executive Officer
EMAGES, Inc
110 East 79th Street
Chicago, IL 60619

Dear Ms. Wash:

This is to inform you that the Office of the Chief Financial Officer (OCFO) has received **Establishing, Managing and Generating Effective Services, Inc. (EMAGES)** correspondence concerning the recommendations provided during our February 10, 2021 financial monitoring and technical assistance enhanced desk review. During our review, we reviewed the following Department of Justice (DOJ) award:

| Grant Number | Grant Program | Program Office | Award Amount |
|---|---|---|---|
| 2018-CY-BX-0025 | BJA FY 18 SCA RE 2 | BJA | $500,000.00 |

Our follow up letter dated March 26, 2021, contained seven (7) recommendations. The OCFO reviewed **EMAGES** corrective action plan dated May 3, 2021, addressing the recommendations provided during our review. Based on EMAGES responses and subsequent correspondence, we consider the recommendations **SV2021-Feb363895807-01, SV2021-Feb363895807-02, SV2021-Feb363895807-03, SV2021-Feb363895807-04, SV2021-Feb363895807-05, SV2021-Feb363895807-06, SV2021-Feb363895807-07 and $1,250.63 in question costs closed as follows:**

**SV2021-Feb363895807-01 Procedures need improvement – Federal Grants Management was closed on May 10, 2023.**

The EMAGES provided a copy of their updated enhanced written policies and procedures for managing federal grants.

**SV2021-Feb363895807-02 Procedures Need Improvement - Travel was closed on May 10, 2023.**

The EMAGES provided a copy of their updated Travel policies and procedures.

**SV2021-Feb363895807-03 Policies need improvement – Procurement – Conflicts of interest closed on May 10, 2023.**

The EMAGES provided the OCFO their enhanced procurement policies and procedures which include provisions to address actual or potential organizational conflicts of interest when procuring products or services. In addition, the EMAGES also provided an updated conflict of interest certification form.

**SV2021-Feb363895807-04 Commingling of Grant Funds – Individual accounts not established was closed on May 10, 2023.**

The EMAGES provided their accounting records which included their Chart of Accounts and Trial Balance that shows separate accounts and general ledger control numbers. The EMAGES also provided their Financial Statements for the fiscal year. Lastly, the EMAGES provided their policies and procedures that addresses how the grantee tracked their expenditures and revenues for each federal grant.

**SV2021-Feb363895807-05 Consultant Service Charge Exceed Rate Limit closed on July 19, 2023.**

The EMAGES submitted a GAM request for approval of $450.63 for award 2018-CY-BX-0025 to OJP. OJP has denied the GAM request and advised EMAGES to return the unallowable costs funds to OJP. EMAGES has returned the $450.63 to OJP/DOJ. In addition, the EMAGES has provided a copy their general ledger that shows the removal of the returned funds as well as the general journal transaction for the entry. Lastly, the EMAGES provided a physical copy of their revised FFR (SF-425) that reflects the removal of the $450.63.

**SV2021-Feb363895807-06 Unsupported Costs – Other was closed on May 10, 2023.**

The EMAGES provided the OCFO with documentation to show how the total cost of $800.00 for rental/space was allocated and charged to award 2018-CY-BX-0025. EMAGES provided their leasing agreement with their landlord Ford City Office, LLC, as well as invoices and payments made to the landlord for usage of the building.

**SV2021-Feb363895807-07 Award Special Condition Violated – Unauthorized Expenditures was closed on May 10, 2023.**

The EMAGES provided documentation from the Bureau of Justice Assistance (BJA) for retroactive costs that were incurred under award 2018-CY-BX-0025 prior to the release dates of these Special Conditions through a Grant Award Modification (GAM).

The EMAGES' responses and additional documentation provided adequately addressed OCFO's recommendations. Therefore, we consider the recommendations, and this financial monitoring enhanced desk review officially closed.

Thank you for your cooperation and assistance in resolving these issues. If you have any questions or require additional information, please contact Jin Liu at <u>Jin.Liu@usdoj.gov</u> or call (202) 598-9020.

Sincerely,



Jin Liu
Staff Accountant
Grants Financial Management Division
Office of the Chief Financial Officer


cc:
      Tracey Willis
      Grant Program Manager
      Bureau of Justice Assistance

      Aida Brumme
      Evaluation and Oversight Branch Manager
      Grant Financial Management Division

      Edith Faith Sunga
      Financial Monitoring Manager
      Grants Financial Management Division

      Karen H. Carr
      Staff Accountant

      Grants Financial Management Division

      Abdinnah Jalloh
      Financial Monitoring Manager
      Grants Financial Management Division

      Ira Holmes
      Training and Policy Manager
      Grant Financial Management Division

      Crystal Wilkerson
      Staff Accountant
      Grants Financial Management Division

      JustGrants System (M-347656)

## Recommendation Action Summary

| Recommendation Number | Grants | Status | Questioned Costs As of Site Visit Date | Amount Recovered | Questioned Costs Balance |
|---|---|---|---|---|---|
| SV2021-Feb363895807-01 | 2018-CY-BX-0025 | Closed | $0.00 | $0.00 | $0.00 |
| SV2021-Feb363895807-02 | 2018-CY-BX-0025 | Closed | $0.00 | $0.00 | $0.00 |
| SV2021-Feb363895807-03 | 2018-CY-BX-0025 | Closed | $0.00 | $0.00 | $0.00 |
| SV2021-Feb363895807-04 | 2018-CY-BX-0025 | Closed | $0.00 | $0.00 | $0.00 |
| SV2021-Feb363895807-05 | 2018-CY-BX-0025 | Closed | $450.63 | $450.63 | $0.00 |
| SV2021-Feb363895807-06 | 2018-CY-BX-0025 | Closed | $800.00 | $800.00 | $0.00 |
| SV2021-Feb363895807-07 | 2018-CY-BX-0025 | Closed | $0.00 | $0.00 | $0.00 |
| | **Total** | | **$1,250.63** | **$1,250.63** | **$0.00** |