# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Fred L Nance Jr

                          Plaintiff,

v.                                                       Case No.: 1:22−cv−03861

                                                              Honorable LaShonda A. Hunt

United States, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 27, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' Motion to Reset Hearing Date [32] is granted. The 1/18/24 hearing on Defendants' motion to dismiss or alternatively for summary judgment [27] is stricken and rescheduled to 1/11/24, at 10:30 AM, in Courtroom 1425. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.