UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRED L NANCE JR | ) | |
| | ) | CASE # 22 CV 3861 |
| PLAINTIFF | ) | |
| | ) | HONORABLE JUDGE |
| VS | ) | LASHONDA HUNT |
| | ) | HONORABLE MAGISTRATE JUDGE: |
| UNITED STATES, et al. | ) | BETH W. JANTZ |
| | ) | |
| DEFENDANTS. | ) | Courtroom: 1903 |

**PLAINTIFF RESPONSE TO DEFENDANT'S MOTION TO DISMISS
OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

NOW COMES, Fred L Nance Jr., Pro se plaintiff, hereby moves this court to deny defendant's motion to dismiss or alternatively for summary judgment with prejudice. In support, plaintiff provides the "real" statement of facts, which plaintiff states, as if fully stated herein his statement of facts filed on September 9, 2023. In addition, if this court decided to rule in defendant's favor pursuant to FRCP 12(b)(1) and (6) all facts would be considered true. Thus, negating defendant's summary judgment. In support, plaintiff submits a response to defendant's statement of material facts, a statement of additional facts, the evidentiary material that support plaintiff's response to the defendant's statement of facts and any statement of additional facts, and memorandum of law based on plaintiff's facts and the law.

**FEDERAL TORT CLAIMS ACT**

The Federal Tort Claims Act (FTCA) allows a plaintiff to bring certain state-law tort claims against the United States for torts committed by federal employees acting within the scope of their employment, provided that the plaintiff alleges six statutory elements of an actionable claim. See 28 U. S. C. §1346(b). The Federal Tort Claims Act (FTCA) allows a plaintiff to bring certain state-law tort suits against the Federal Government. 28 U. S. C. §2674;

see also §1346(b). It also includes a provision, known as the judgment bar, which precludes "any action by the plaintiff, by reason of the same subject matter, against the employee of the government whose act or omission gave rise to the claim" if a court enters "the judgment in an action under section 1346(b)." §2676.

A claim is actionable if it alleges the six elements of §1346(b), which are that the claim be: "[1] against the United States, [2] for money damages, . . . [3] for injury or loss of property, or personal injury or death [4] caused by the negligent or wrongful act or omission of any employee of the Government [5] while acting within the scope of his office or employment, [6] under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred." *Ibid*. (quoting §1346(b)).

Respectfully submitted,

/s/Dr. Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org