DocuSign Envelope ID: 624D2D55-BD05-466F-A747-83A695ACF9B6

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| FRED L NANCE JR | ) | |
| | ) | CASE # 22 CV 3861 |
| PLAINTIFF | ) | |
| | ) | HONORABLE JUDGE |
| VS | ) | JORGE L ALONSO |
| | ) | HONORABLE MAGISTRATE JUDGE: |
| UNITED STATES, et al. | ) | BETH W. JANTZ |
| | ) | |
| DEFENDANTS. | ) | Courtroom: 1903 |

## PLAINTIFF STATEMENT OF ADDITIONAL MATERIAL FACTS

NOW COMES, Pro se Plaintiff pursuant to LR 56.1(b)(3). Plaintiff submits the following additional material facts. Plaintiff submits this declaration pursuant to 28 U.S.C. § 1746 "I declare under penalty of perjury that the foregoing is true and correct. Executed on 11/29/2023,

Signature: *Dr. Fred L Nance Jr*

1. On October 1, 2018, EMAGES created correspondence sent to DOJ stating, in part, "EMAGES has subawards…." (Ex.3)

2. Plaintiff was the subawardee.

3. In or around January 2020 the Coronavirus was prevalent and all EMAGES, Inc. consultants, staff, and clients received an "Informed Consent for Telepsychology and Effective Video Conferencing" documentation. (Ex.4)

4. On April 1, 2020, defendant Dr. Hattie Wash (hereinafter, "Hattie") sent an email stating, in part, "Please see attached conference call list phone number and access code for EMAGES groups." (Ex.7)

5. On April 2, 2020, Daniel Jean (hereinafter, "Jean") sent an email to the consultants

stating "I was on tonight call. Everything was fine. In fact, Serita and Alicia did a great job." (Ex.8)

6. On April 9, 2020, Defendant Wash email reporting Covid-19 Status Good (Ex.43)

7. On April 21, 2020, plaintiff sent an email stating, "Good evening. Attached is a Weekly Conference Call list created by Dr. Wash for this Coronavirus season…." (Ex.7 & 10)

8. On April 22, 2020, Jean sent an email to consultants Chad and Serita stating "I was informed by Dr. Nance that last night the clients participated in the MA'AT group via the use of zoom…." (Ex.11)

9. On April 22, 2020, Hattie sent an email stating "I am scheduling a meeting with persons on this email for Friday at 1 pm. The meeting will be on line and I will notify you what method of communication we will use…." (Ex.12)

10. On May 19, 2020, Jean sent an email stating "Alicia and Earlene will conduct a MA'AT group on Saturday May 30, 2020 in replacement of their May 25th group…." (Ex.13)

11. On May 21, 2020, Jean sent an email stating "The last attached document is the progress note that every mentor should use to document their case management services…." (Ex.14)

12. On June 2, 2020, Jean sent an email stating "…With this format, we may be able to count the number of individuals who have received case management as well as the type of case management…." (Ex.16)

13. On July 8, 2020, Dr. Wash stated "Okay call and you can have the program but not at my agency or with my clients we can make it effective as soon as possible." (Ex.40)

14. On July 28, 2020, Jean sent an email stating "Good morning. I am set to enroll a new participant this morning…." (Ex.22)

15. On July 30, 2020, Jean sent an email to all consultants and defendant Hattie stating

"Please find attached the agenda and the new Referral form for today's meeting…." (Ex.23)

16. On August 10, 2020, Jean sent an email stating "Here are the names of the two participants I enrolled today. Please notice also their assigned numbers, groups, and their parole officers…." (Ex.24)

17. On August 24, 2020, Jean sent an email stating "On Monday, August 24, I enrolled a new participant. His name is Derion XXXXX…."

18. On August 25, 2020, EMAGES Inc. Program Evaluator, Dr. Witherspoon, issued a Covid-19 plan. (Ex.44)

19. On August 26, 2020, DOJ Tracey Willis sent an email to defendant Hattie Wash stating, in part, "We received information about an employee of EMAGES who was being paid but does not exist. Please provide via email, the following…." (Ex.26)

20. On August 31, 2020, Jean sent 2 emails stating "The new participant, Derion XXXXX, is assigned to the Monday group. I already administered him both pre-tests" and "The new participant, Derion XXXXX, is assigned to the Monday group…."

21. On September 2, 2020, plaintiff sent an email to Jean stating "Good afternoon. The Cook County jail has contacted me with a start date. We will be going back to the jail on September 18, 2020 from 4:00 pm to 5:00 pm. I have contacted Serita and Alicia. Both agreed to work in the jail…." (Ex.45)

22. On September 2, 2020, Jean sent an email stating "Yesterday, I enrolled a new participant in the MA'AT program."

23. On September 9, 2020, defendant Hattie Wash sent an email to DOJ stating, in part, "On September 30, 2020 there was a draw-down of $880.00 that appeared under Dorothy Collins name. I explained to Dr. Nance that the draw-down was for the candidate that we were

interviewing for that position….” Defendant never had this conversation with plaintiff. Defendant did not copy plaintiff on this email correspondence sent to DOJ. (Ex.27)

24. On September 10, 2020, plaintiff sent an email stating "Good evening. Alicia and Serita will work with the participants in the Cook County jail. During our Skype meeting today we talked about the upcoming re-opening of the Cook County jail…." (Ex.45)

25. On September 10, 2020, plaintiff sent an email to Cook County Sheriff regarding the reopening of the jail for the SCA program. (Ex.46)

26. On September 11, 2020, Jean sent an email stating "I just enrolled a new participant. His name is Marco XXXXXXX. He is assigned number is 2082…."

27. On September 16, 2020, Jean sent an email stating "Please see attached agenda for our monthly mentors meeting…." (Ex.28)

28. On September 21, 2020, defendant Hattie Wash sent an email to all staff stating, in part, "…The Covid-19 Pandemic, the Shelter in Place Mandate by the State of Illinois, less than 15% of sex offender clients paying their fees as well as EMAGES not receiving a payment from the FY21 State budget which began July, 2020 has created an economic hardship and cash flow problem for EMAGES…."(Ex.30)

29. On September 21, 2020, plaintiff sent an email to DOJ basically refuting defendant Hattie Wash's claim on how many clients were being served during Covid. (Ex.32)

30. On December 28, 2020, defendant Hattie sent false information to DOJ employee, Tracey Willis, stating "March 2019, the COVID 19 pandemic hit Chicago…only six months of services were delivered to the seven groups…." (Ex.37)

31. On March 26, 2021, DOJ, Bureau of Justice Programs (BJA) Office of the Chief

Financial Officer sent a letter to defendant Hattie Wash stating, in part, "…Based on our review…these procedures did not clearly define areas of responsibilities relative to federal grants management, and did not include specific provisions for tracking grant expenditures by approved budget categories…Based on an analysis of the EMAGES financial activities, we noted that the EMAGES is commingling the grant 2018-CY-BX-0025 funds with other federal agencies' funds within their accounting system…Based on a judgmental sample review of expenditures, we noted that the EMAGES was unable to fully support and justify the rational allocation method used to charge $800 in Other Cost to award 2018-CY-BX-0025…." (Ex.1)

32. On April 29, 2021 Ms. Bernice Horne and Abitha William (hereinafter," Bernice") of BETHA Associates, Ine. (OJP Peer Review Support Services) contacted plaintiff via email requesting his availability to peer review the FY 2021 Second Chance Aet Community-Based Reentry Program, which is the process.

33. Plaintiff accepted the invitation to peer review this solicitation.

34. Bernice responded via email stating "Dr. Fred Nance Jr., Thank you for reaching out. Yes, please follow the steps of clicking on the JustGrants Peer Review Portal icon and completing your contact information."

35. On May 25, 2021, DOJ, BJA, OP's Bethea sent an email to plaintiff stating "The Office of Justice Programs (0JP) has received your appeal in response to the Second Chance Act Community-based Reentry FY 2021 grant solicitation. After careful consideration of your case, unfortunately the decision has been made to deny your appeal...."

36. On June 10, 2021, plaintiff sent the following messages via email to Bernice et al. stating "I worked for you guys on the 2019 peer review team with the same grant, which I had a financial interest with another grant #2018-CY-BX-0025. I also worked on the same grant in

2020 for you guys while I had a financial interest with another grant# 2018-CY-BX-0025." (Ex.38)

37. On July 15, 2022, plaintiff sent an email to defendant Hattie's lawyer, Attorney Derrick Thompson regarding defendant Hattie refusing to provide information for plaintiff's student loan relief package. (Ex.39)

38. On August 30, 2023, plaintiff submitted himself for a deposition with EMAGES, Inc. Attorney Derrick Thompson, which led to settlement talks. (Ex.2)

39. On November 20, 2023, Plaintiff and EMAGES, Inc.'s Attorney attended a status hearing with Magistrate Judge Beth W. Jantz in case #20cv06316, which Judge Jantz reported District Judge LaShonda Hunt has both cases. (Ex.42)

40. Pursuant to Magistrate Judge Jantz's Minute Entry, Plaintiff and EMAGES Inc. have entered into settlement talks. (Ex.42)

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org