UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRED L NANCE JR | ) | |
| | ) | CASE # 22 CV 3861 |
| PLAINTIFF | ) | |
| | ) | HONORABLE JUDGE |
| VS | ) | LASHONDA HUNT |
| | ) | HONORABLE MAGISTRATE JUDGE: |
| UNITED STATES, et al. | ) | BETH W. JANTZ |
| | ) | |
| DEFENDANTS. | ) | Courtroom: 1903 |

### AFFIDAVIT OF FRED L NANCE JR

Discovery will bring to light some information that would help plaintiff analyze his respective strengths/weaknesses and the chance to successfully litigate his claims. Discovery is a critical phase of any trial or lawsuit and can make the difference between a successful case and one that goes horribly awry. Parties are required to share evidence supporting their case. Failure to do so can preclude that evidence from being used at trial. Parties are given a chance to correct any wrong information that may have been submitted.

I, Dr. Fred Nance Jr., hereby declare that the following statement is pursuant to FRCP 56(d) and submits the following affidavit to support the reason for discovery before any decision by this court to dismiss or grant summary judgment on plaintiffs' complaint against the United States et al.

1. Plaintiff needs discovery to support his claims.

2. Plaintiff filed his Original Complaint on October 23, 2020.

3. On or about February 2020, plaintiff, Dr. Fred L Nance Jr., contacted the United States Department of Justice employees supervising grant #2018-CY-BX-0025 reporting fraud and misappropriation of funds citing the Whistleblower Act.

4. Six months later, on August 26, 2020, DOJ employee Grant Manager, Tracey Willis, sent an email to defendant Hattie Wash stating, in part, "We received information about an employee of EMAGES who was being paid but does not exist. Please provide via email, the following…."

5. DOJ employees never conducted an investigation into whether defendant EMAGES, Inc. and Hattie Wash were retaliating against the plaintiff, even though the plaintiff mentioned retaliatory action in his 3 Whistleblower complaint sent to them.

6. Plaintiff 3 Whistleblower complaints sent to defendants EMAGES, Inc., Hattie Wash, and the DOJ employees led to the conspiratorial relationship and the termination of the grant without investigation.

7. DOJ employees never investigated defendants EMAGES, Inc. and Hattie Wash comingling funds after plaintiff reported fraud and misappropriation of funds in his 3 Whistleblower complaints sent to them before accepting EMAGES, Inc.'s termination of grant letter.

8. On October 15, 2020, plaintiff received an email from BJA Division Chief Michael Dever stating "Per Dr. Wash and in **coordination** with the EMAGES, Board of Directors, BJA was notified that the award activity ceased as of 10/01/2020, and no grant funded activities are permitted beyond that date…."

9. On March 26, 2021, DOJ, Bureau of Justice Programs (BJA) Office of the Chief Financial Officer sent a letter to defendant Hattie Wash stating, in part, "…Based on our review…these procedures did not clearly define areas of responsibilities relative to federal grants management, and did not include specific provisions for tracking grant expenditures by approved budget categories…Based on an analysis of the EMAGES financial activities, we noted that the EMAGES is commingling the grant 2018-CY-BX-0025 funds with other federal agencies' funds

within their accounting system…Based on a judgmental sample review of expenditures, we noted that the EMAGES was unable to fully support and justify the rational allocation method used to charge $800 in Other Cost to award 2018-CY-BX-0025…." (Ex.1)

10. On April 29, 2021 Ms. Bernice Horne and Abitha William (hereinafter," Bernice") of BETHA Associates, Inc. (OJP Peer Review Support Services) contacted plaintiff via email requesting his availability to peer review the FY 2021 Second Chance Act Community-Based Reentry Program, which is the process.

11. Plaintiff accepted the invitation to peer review this solicitation.

12. Bernice responded via email stating "Dr. Fred Nance Jr., Thank you for reaching out. Yes, please follow the steps of clicking on the JustGrants Peer Review Portal icon and completing your contact information."

13. On May 25, 2021, DOJ, BJA, OP's Bethea sent an email to plaintiff stating "The Office of Justice Programs (OJP) has received your appeal in response to the Second Chance Act Community-based Reentry FY 2021 grant solicitation. After careful consideration of your case, unfortunately the decision has been made to deny your appeal…."

14. On May 25, 2021, plaintiff responded to Bethea's email filing a supplement to his original complaint, which this District Court did not respond to except for denying the supplement to the original complaint.

15. On May 26, 2021, Bethea sent the following email to plaintiff stating "… The Office of Justice Programs (OJP) has received your request to apply late in response to the Second Chance Act Community-based FY 2021 grant solicitation. We understand that your agency experienced technical difficulties while using our new system Justice Grants System (JustGrants), and we are pleased to offer additional time to submit/ complete your application. This represents a change in

our decision as previously communicated. We will be opening Second Chance Act Community-based FY2021 grant solicitation on 7 am EST on May 27, 2021 to 1:00 pm EST on May 28, 2021. Please log in to JustGrants during this time to submit/ complete your application.

16. DOJ, BJA, OJP announced BJA FY 21 Second Chance Act Community-Based Reentry Program Solicitation.

17. Plaintiff's organization C.L.I.C.K. Services, NFP attempted to submit an application for this solicitation but missed the deadline for submission because the JustGrants website had technical glitches/difficulties.

18. Plaintiff sent an email requesting re-submission of his application.

19. Plaintiff's organization did not receive the grant.

20. DOJ, BJA, OJP's JustGrants system had technical difficulties and due to these technical difficulties plaintiff's application was rejected on the deadline date.

21. Plaintiff went through complaint procedure as instructed by the JustGrants system filing an appeal.

22. On Monday, June 7, 2021, 0947:24 AM CDT, Horne, Bernice <bernice.horne@leidos.com> wrote: Dear Reviewers, You've been selected to participate on the FY 21 Second Chance Act Community-Based Reentry Program peer review. Below are the details for the Orientation Call.

23. Bernice et al. were on the Orientation Call, including DOJ, BJA, OJP employee Bethea.

24. Bernice informed all peer reviewers on the call we would receive our peer review assignments within 24 hours. Bernice also sent this message via email Dear Reviewers, A replay of today's live Orientation Session will be available for your review after 4:00 p.m ET. You may access the replay by following the dial in information provided below. If you were unable to

participate in the live orientation call earlier today, it is mandatory for you to access the replay of this session prior to getting started on the review. Please note: When accessing the replay you will be prompted to 'state your name' Please ensure that you clearly enunciate both your first and last name, so that your replay access is captured by the conferencing system. Replay Dial-in Number: 855-859-2056 Conference ID: 5679036# The replay recording will be available until 06/21/2021 Please contact me if you have any questions or concerns. Thank you." Since 2009 this has been the normal response since plaintiff has been a peer reviewer before receiving our assignments.

25. On June 7, 2021, plaintiff sent an email to his Executive team (CL.LC.K. Services NFP) regarding the JustGrants application and possible retaliation.

26. On June 8, 2021, plaintiff sent this email to Bernice et al. "I have not received anything since listening to the orientation call on June 7, 2021. When will I receive the email giving me access to the grant applications for peer review? During the orientation call it was said we would receive information via email on proceeding by the end of business on June 8, 2021. Please respond. Thank you"

27. On June 9, 2021, plaintiff sent an email to Bernice et al. stating "Since you guys are failing to respond to my inquiry, I will include you in my ongoing Whistleblower complaints with the Office of the Inspector General, General Council for retaliation. I am attaching our email communications regarding this 2021 peer review process to my Whistleblower complaints I know Andre Bethea is behind this retaliation, which have already reported. I anticipated this retaliatory action."

28. On June 9, 2021, Bernice et al. sent an email to plaintiff stating "Hello Dr. Nance, Thank

you for reaching out, We appreciate your time and patience while we finalized the panel composition for this grant. As there are fewer applications going forward to peer review than initially anticipated, we will not need to utilize the total number of peer reviewers initially invited to participate.

29. On June 9, 2021, plaintiff responded stating "What are you saying here? Have I been taken off this peer review? Please respond. Thank you."

30. On Thursday, June 10, 2021, 12:01:04 PM CDT, Horne, Bernice <bernice.horne@leidos.com> wrote: "Dear Dr. Nance, You are not eligible to serve on this peer review panel. Peer reviewers must comply with BJAs conflict of interest rules and regulations. A peer reviewer cannot have a financial relationship with an organization that submitted an application under the solicitation being peer reviewed. Thank you for your interest.

31. On June 10, 2021, plaintiff sent an email to the peer review team objecting to their statement "…You are not eligible to serve on this peer review panel.

32. Bernice et al, are changing their statements for why plaintiff is being retaliated against. This has never happened to plaintiff in 1 years! Decision have always been made to exclude peer reviewers "before" the peer review Orientation call! When the Orientation call is made BETHA Associates, Inc. staff know what peer reviewers are needed.

33. On June 10, 2021, plaintiff sent the following messages via email to Bernice et al. stating "I worked for you guys on the 2019 peer review team with the same grant, which I had a financial interest with another grant #2018-CY-BX-0025. I also worked on the same grant in 2020 for you guys while I had a financial interest with another grant# 2018-CY-BX-0025."

34. This decision has DOJ, BJA, OJP Bethea's fingerprints all over it. Bethea is retaliating against plaintiff due to this litigation.

35. The actions of DOJ, BJA, OJP, and possible conspiratorial connections to and between EMAGES, Inc. and Dr. Wash, are ongoing and happened after the District Courts Memorandum Opinion and Order of June 8, 2021, in case #20cv6316.

36. On August 29, 2023, during plaintiff's deposition taken by EMAGES, Inc. plaintiff found out DOJ, Bureau of Justice Programs (BJA) Office of the Chief Financial Officer issued a statement to defendant Hattie Wash stating defendant EMAGES was commingling federal and state funds.

37. This is not and will not be an exhaustive list of plaintiffs' requests for production of documents and interrogatories for the United States defendants.

38. Plaintiff needs to further justify some of his facts and give legal support and authority to his statements because he has not had any discovery in this case.

Wherefore, plaintiff declares under penalty of perjury, and to the best of his knowledge, that the foregoing is true and correct.

_____
Fred L Nance Jr.

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of _Illinois_  
County of _Cook_ } ss.

On this the _28_ day of _November_, _2023_, before me,
_MARTIN A. SIMS_, the undersigned Notary Public,
personally appeared _FRED NANCE JR_

☐ personally known to me – OR –
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_[signature]_
Signature of Notary Public

MARTIN A SIMS
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 16, 2026

Place Notary Seal/Stamp Above

_MARTIN A. SIMS_
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

─ OPTIONAL ─

This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2023 National Notary Association

M1304-07 (09/23)
Used for states (AL, AZ, CO, CT, DE, GA, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN, MS, MT, NC, ND, NE, NH, NJ, NM, OK, OR, RI, SC, SD, TN, VA, VT, WV, WI, WY)