UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRED L NANCE JR | ) | |
| | ) | CASE # 22 CV 3861 |
| PLAINTIFF | ) | |
| | ) | HONORABLE JUDGE |
| VS | ) | LASHONDA HUNT |
| | ) | HONORABLE MAGISTRATE JUDGE: |
| UNITED STATES, et al. | ) | BETH W. JANTZ |
| | ) | |
| DEFENDANTS. | ) | Courtroom: 1903 |

## TABLE OF EXHIBITS

**Statement of Additional Material Facts**

Exhibit 1: EMAGES, Inc. Commingling Second Chance Act Funds

Exhibit 2: EMAGES, Inc. Settlement Discussions with Plaintiff

Exhibit 3: EMAGES, Inc. has Subawards

Exhibit 4: EMAGES, Inc. Informed Consent for Telepsychology and Effective Video Conferencing

Exhibit 7: EMAGES, Inc. Conference Call List

Exhibit 8: Covid-19 Services Recorded

Exhibit 43: EMAGES, Inc. Covid-19 Status Services Good

Exhibit 7 & 10: Covid-19 Weekly Call-In List for Clients and Staff

Exhibit 11: Plaintiff informed Clinical Supervisor on zoom call service by staff

Exhibit 12: Dr. Wash scheduled meeting with staff for notice for online communication with clients during Covid-19

Exhibit 13: Clinical Supervisor giving instructions to staff on re-scheduling date for service

Exhibit 14: Clinical Supervisor providing documentation for case management services duing Covid-19

Exhibit 16: Clinical Supervisor providing documentation to staff for counting clients attending program during Covid-19

Exhibit 40: Dr. Wash informing plaintiff he can have the SCA program when she gives it back to DOJ

Exhibit 22: Clinical Supervisor reports enrolling new clients for program during Covid 19

Exhibit 23: Clinical Supervisor and Dr. Wash issuing new referral forms for clients

Exhibit 24: Clinical Supervisor providing names of new clients he enrolled in the program on August 10, 2020 and August 24, 2020

Exhibit 44: Program Evaluator issued Covid-19 plan for servicing clients

Exhibit 26: On August 26, 2020, DOJ Tracey Willis, Grant Specialist, alerting Dr. Wash on ghost employee being paid with SCA funds

Exhibit 45: Plaintiff alerted Clinical Supervisor that the Cook County jail was reopening. Clinical Supervisor continues to enroll clients in the program.

Exhibit 27: Dr. Wash issues false statements to DOJ about plaintiff

Exhibit 45: Plaintiff alerts staff on scheduling work at the Cook County jail

Exhibit 46: On September 10, 2020, Plaintiff contacted the Sheriff of Cook County jail regarding reopening for our SCA services. Clinical Supervisor continues to enroll new clients.

Exhibit 28: On September 16, 2020, Clinical Supervisor provides agenda for monthly meeting.

Exhibit 30: On September 21, 2020, Dr. Wash sent an email to all staff discussing economic hardship with the program.

Exhibit 32: On September 21, 2020, plaintiff sent an email to DOJ refuting Dr. Wash's claims of economic hardship with the SCA grant funds and Covid-19 services.

Exhibit 37: On December 28, 2020, Dr. Wash sent false information to the Grant Specialist.

Exhibit 38: Plaintiff provides email chain April 29, 2021, May 25, 2021, and June 10, 2021 regarding retaliatory actions taken against him for filing Whistleblower complaints and this litigation.

Exhibit 39: On July 15, 2022, plaintiff alerted Dr. Wash's attorney that she was denying completing paperwork plaintiff sent to her for Student Loan Forgiveness.

Exhibit 42: On August 20, 2023, plaintiff attended a status hearing with Judge Jantz, which Judge Jantz stated Judge Hunt had both cases now; and Judge Jantz acknowledged plaintiff and EMAGES, Inc. attorney are involved in settlement discussions.

**Plaintiff Memorandum of Law**

Exhibit 47, pg. 3: Case No. 20cv06316, Dkt. #49-20, Ex. 16; Dkt. #49-35, Ex. 31

Exhibit 48, pg. 3: Case No. 20cv06316, Dkt. #49-28, Ex. 24

Exhibit 49, pg. 3: Case No. 20cv06316, Dkt. #49-44, Ex.41, p.4

Exhibit 50, pg. 3: Dkt. #11-9

Exhibit 51, pg. 3: Case No. 20cv06316, Dkt. #52-9, Ex. 48, p.4

Exhibit 52, pg. 4: Case No. 20cv06316, Dkt. #52-9, Ex. 49

Exhibit 53, pg. 4: Dkt. #15

Exhibit 54, pg. 4: Dkt. #11-17)

Exhibit 55, pg. 4: Dkt. 11-18

Exhibit 56, pg. 4: Case No. 20cv06316, Dkt. #49-34, Ex. 30

Exhibit 57, pg. 4: Dkt. #11-21

Exhibit 58, pg. 4: Dkt. #11-24

Exhibit 59, pg. 5: Case No. 20cv06316, Dkt. #49-9, p.5

Exhibit 60, pg. 5: Case No. 20cv06316, Dkt. #22-4, Ex.3; #22-5, Ex.4

Exhibit 61, pg. 5: Dkt. #11-12

Exhibit 62, pg. 5: Dkt. #11-13

Exhibit 63, pg. 5: Dkt. #11-31

Exhibit 64: Dkt. #11-10, Ex. 2