**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Fred L Nance Jr
                                 Plaintiff,

v.                                                                           Case No.: 1:22−cv−03861
                                                                           Honorable LaShonda A. Hunt

United States, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 9, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Motion hearing held telephonically. Pro Se Plaintiff and counsel for the United States appeared. For the reasons stated on the record and in the accompanying order, the Government Defendants' second motion to dismiss or alternatively for summary judgment [27] is granted. The amended complaint is dismissed with prejudice. All pending motions are terminated as moot. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.