# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Fred L. Nance, Jr.,

Plaintiff(s),

v.

United States, *et al.*,

Defendant(s).

Case No. 22 C 3861
Hon. LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

    which ☐ includes        pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendants United States, *et al.,* and against plaintiff Fred L. Nance, Jr. Plaintiff's amended complaint was dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on a motion.

Date: 1/9/2024

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk